# APPENDIX A

# APPENDIX A – LISTING OF CLAIM LANGUAGE AT ISSUE

**’868 Patent, Cl. 7:**

7. A diagnostic system comprising:

a light source comprising:

one or more semiconductor diodes generating an input light beam; and

a lens system configured to receive at least a portion of the input light beam and to communicate at least the portion of the input light beam onto a part of a user's body comprising blood, wherein at least the portion of the input light beam is used in a measurement on a user;

a software application capable of generating data based at least in part on the measurement on the user, wherein the data represents at least in part physiological information associated with the user;

the software application capable of operating on a control system adapted to receive, store and process at least a portion of the physiological information, the control system having a touch-screen, circuitry for obtaining **position information from a location sensor**, and a wireless transceiver to transmit wireless data over a wireless link, the wireless data comprising at least a part of the physiological information, wherein the control system is further capable of receiving **voice input signals** and manually entered input signals; and

a host comprising:

a digital file for receiving and storing at least a portion of the wireless data;

control logic at the host to process at least the portion of the wireless data to generate a status of the user;

a memory storage device for recording the status; and

an output for communicating at least a portion of the status or associated information over a communication link to one or more display output devices,

wherein the one or more display output devices are located remotely from the host.

**'455 Pat., Cl. 1**:
1. A system for measuring one or more physiological parameters and for use with a smart phone or tablet, the system comprising:

a wearable device adapted to be placed on teeth, a wrist, or an ear of a user, and including **a light source comprising a driver and a plurality of semiconductor sources**, the plurality of semiconductor sources configured to generate an output optical light having a plurality of optical wavelengths;

the wearable device comprising one or more lenses configured to receive at least a portion of the output optical light and to deliver a lens output light to tissue;

the wearable device further comprising a detection system configured to receive at least a portion of the lens output light reflected from the tissue and to generate an output signal having a signal-to-noise ratio, wherein the detection system is configured to be synchronized to the light source;

wherein the detection system comprises a plurality of detectors that are spatially separated from each other, and wherein at least one analog to digital converter is coupled to at least one of the spatially separated detectors;

the smart phone or tablet comprising a wireless receiver, a wireless transmitter, a display, a speaker, a voice input module, a microprocessor and a touch screen, the smart phone or tablet configured to receive and process at least a portion of the output signal, wherein the smart phone or tablet is configured to store and display the processed output signal, and wherein at least a portion of the processed output signal is configured to be transmitted over a wireless transmission link;

wherein the output signal is indicative of one or more of the physiological parameters;

the wearable device configured to increase the signal-to-noise ratio by increasing light intensity of at least one of the semiconductor sources from an initial light intensity;

the detection system further configured to:

generate a first signal responsive to light received while the semiconductor sources are off,

generate a second signal responsive to light received while at least one of the semiconductor sources is on; and

increase the signal-to-noise ratio by comparing the first signal and the second signal; and

wherein the plurality of optical wavelengths comprises three optical wavelengths for measuring at least a portion of the one or more of the physiological parameters, wherein the optical wavelengths comprise near infrared or visible wavelengths.

**’475 Pat., Cl. 1**:

1. An apparatus adapted to be worn by a user comprising:

**one or more biosensors adapted to be placed on the user, wherein one or more physiological parameters are measured, wherein measuring of the one or more physiological parameters comprises a differential measurement, and wherein the one or more physiological parameters comprises a pulse rate monitoring and a blood flow measurement**;

a light source comprising a plurality of light emitting diodes that are configured to generate an output optical light having one or more optical wavelengths;

one or more lenses configured to receive at least a portion of the output optical light and to deliver a lens output light to tissue comprising skin;

a detection system configured to receive at least a portion of the lens output light reflected from the tissue and to generate an output signal having a signal-to-noise ratio, wherein the detection system is configured to be synchronized to the light source, wherein the detection system comprises a plurality of detectors that are spatially separated from each other, and wherein at least one analog to digital converter is coupled to at least one of the plurality of detectors;

wherein the output signal is indicative of the one or more physiological parameters;

the apparatus being configured to increase the signal-to-noise ratio by increasing light intensity of at least one of the plurality of light emitting diodes from an initial light intensity; and

the detection system further configured to:

generate a first signal responsive to light received while the light emitting diodes are off,

generate a second signal responsive to light received while at least one of the light emitting diodes is on, and

increase the signal-to-noise ratio by comparing the first signal and the second signal; and

wherein the apparatus is at least in part configured to determine, based at least in part on the output signal, that the apparatus is being worn by the user.

**’475 Patent, Cl. 5**:
5. The apparatus of claim 1, wherein the apparatus further comprises a processor configured to be coupled to a non-transitory computer readable medium, and wherein the apparatus including the processor is configured to use artificial intelligence in making decisions associated with at least a portion of the output signal.