**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| OMNI MEDSCI, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | C.A. No. 25-140 (WCB) |
| | ) | |
| WHOOP, INC., | ) | |
| | ) | |
| *Defendant.* | ) | |

**DECLARATION OF DR. PATRICK MERCIER, PH.D.**

# TABLE OF CONTENTS


Page

I. SCOPE OF ENGAGEMENT ........ 1

II. QUALIFICATIONS AND EXPERIENCE ........ 1

A. Research and Development ........ 2

B. Teaching Experience ........ 5

C. Service to the Scientific Community ........ 6

III. UNDERSTANDING OF THE LAW ........ 7

A. Person of Ordinary Skill in the Art ........ 7

B. Date of the Invention ........ 8

C. Claim Construction ........ 8

D. Indefiniteness ........ 10

IV. BACKGROUND ON THE ASSERTED PATENTS ........ 11

A. Technology Background ........ 11

B. Summary of the '475 Patent ........ 13

C. File History of the '475 Patent ........ 14

V. OPINIONS ........ 16

A. "one or more biosensors adapted to be placed on the user, wherein one or more physiological parameters are measured, wherein measuring of the one or more physiological parameters comprises a differential measurement, and wherein the one or more physiological parameters comprises a pulse rate monitoring and a blood flow measurement" ('475 Pat., cl. 1) ........ 16

**TABLE OF APPENDICES/EXHIBITS**

| Document | Description |
|---|---|
| **Appendix A** | *Curriculum Vitae* of Dr. Patrick Mercier |
| **Appendix B** | List of Materials Considered |
| **Appendix C** | Excepts from J. Bronzino, *The Biomedical Engineering Handbook* (1995) |
| **Appendix D** | Excerpts of the File Wrapper of U.S. Patent No. 12,268,475 |

I, Dr. Patrick Mercier, hereby declare as follows:

## I. SCOPE OF ENGAGEMENT

1. I have been retained on behalf of WHOOP, Inc ("WHOOP") as an independent expert to provide my opinions regarding the meaning that certain disputed claim terms of U.S. Patent No. 12,268,475 (the "'475 patent") would have to persons of ordinary skill in the art.

2. I expect to potentially be asked to provide testimony on my opinions. In explaining my opinions, I expect to rely on the documents and testimony used in this declaration, as well as any additional materials that I have relied upon to reach my opinions. To the extent I obtain additional information, I reserve the right to supplement my opinion accordingly, and to use that additional information during testimony at deposition and/or trial.

3. I am being compensated for my work on this case at my standard consulting rate of $650. I am also being reimbursed for my expenses that I may incur. My compensation is in no way contingent upon the results of my study, the substance of my testimony, or the outcome of this case.

4. In preparation of this declaration, I have received and relied upon a number of documents. Attached as **Appendix B** is a list of materials considered for the purposes of this declaration. The opinions expressed in this declaration are based on facts currently known to me. I reserve the right to rely upon additional information that becomes available to me after the date of this report and, if necessary, to supplement or modify my opinions accordingly.

## II. QUALIFICATIONS AND EXPERIENCE

5. My educational background, professional experience, and a list of my publications are set forth in my *curriculum vitae*, attached to this Declaration as **Appendix A**.

6. As discussed in more detail below, I have particular expertise in the subject matter discussed in the Asserted Patents as I am the co-founder and co-director of the Center for Wearable Sensors at the University of California San Diego ("UCSD").

7. I received my B.Sc. degree in Electrical and Computer Engineering in 2006 from the University of Alberta. I received my S.M. in 2008, and my Ph.D. in Electrical Engineering in 2012, both from the Massachusetts Institute of Technology.

8. In 2012, after receiving my Ph.D., I joined UCSD as an Assistant Professor, and I became a Full Professor in 2023 and Vice Chair of the Electrical and Computer Engineering department in 2024. My professional experience includes three main components: research, teaching, and service to the scientific community.

**A. Research and Development**

9. My research relates to the design of energy-efficient microsystems, including the design of RF circuits, power converters, and sensor interfaces for miniaturized systems. My research has involved the development of wearable sensors, low-power wireless sensing systems, and power management integrated circuits. My research has been and/or is being incorporated for use in retinal prosthetics, diagnostic saliva sensing, and wearable microneedle platforms.

10. I currently lead an approximately 20-person group undertaking high-impact research spanning multiple domains, from near-zero-power integrated circuits, power management, energy harvesting, neural interfaces, wearable physiochemical sensors, RFICs and RF systems, and beyond.

11. As noted above, I am the co-founder and co-director of the Center for Wearable Sensors at UCSD, which includes over 20 faculty across four engineering departments within UCSD, the School of Medicine, and the Arts and Humanities Department (Department of Visual Arts). The purpose of the Center is to bring together top UCSD faculty, students, and researchers

with complementary expertise in areas such as sensors, low-power circuits, materials, electrochemistry, bioengineering, wireless network technologies, preventive medicine, and life sciences to create an environment that fosters the acceleration of research and system development.

12. I am also the Site Director for the Power Management Integration Center ("PMIC"), a National Science Foundation Industry University Collaborative Research Center that is a partnership between UCSD and Dartmouth College. The mission of the PMIC is to target innovations that support higher efficiency, smaller size, and reduced cost by considering system reliability, robustness, and performance in a diverse range of industry sectors and applications spanning consumer, industrial, and automotive electronics. My work with both the Center for Wearable Sensors and the PMIC includes hardware design for wearable, wireless, and power management systems.

13. My research has resulted in over 230 peer-reviewed publications, including 32 ISSCC papers, 33 JSSC papers, and several papers in high-impact journals such as *Science*, *Nature Biotechnology*, *Nature Biomedical Engineering*, *Nature Electronics*, *Nature Communications*, *Advanced Science*, and *Energy and Environmental Science*. Some of the articles I have published on the topic of wearables and power management include, for example:

- E. De La Paz, N.H. Maganti, A. Trifonov, I. Jeerapan, K. Mahato, L. Yin, T. Sonsa-ard, N. Ma, W. Jung, R. Burns, A. Zarrinpar, J. Wang, P.P. Mercier, "A Self-Powered Ingestible Wireless Biosensing System for Real-Time in Situ Monitoring of Gastrointestinal Tract Metabolites," *Nature Communications*, Vol. 13, 7405, Dec. 2022.

- F. Tehrani, H. Teymourian, B. Wuerstle, J. Kavner, R. Patel, A. Furmidge, R. Aghavali, H. Hosseini-Toudeshki, C. Brown, F. Zhang, K. Mahato, Z. Li, A. Barfidokht, L. Yin, P. Warren, N. Huang, Z. Patel, P.P. Mercier & J. Wang, "An Integrated Wearable Microneedle Array for the Continuous Monitoring of Multiple Biomarkers in Interstitial Fluid," *Nature Biomedical Engineering*, May 2022.

- J. Tian, P. Mercier, C. Paolini, "Ultra Low-Power, Wearable, Accelerated Shallow-Learning Fall Detection for Elderly At-Risk Persons," *Smart Health*, Vol. 33, Sept. 2024.

- A. Akinin, J.M. Ford, J. Wu, C. Kim, H.D. Thacker, P.P. Mercier, G.

Cauwenberghs, "An Optically Addressed Nanowire-Based Retinal Prosthesis with Wireless Stimulation Waveform Control and Charge Telemetering," *IEEE Journal of Solid-State Circuits*, Vol. 56, No. 11, pp. 3263-73, Nov. 2021.

- P.P. Mercier, J. Wang, "Why Sweat Will Power Your Next Wearable," *IEEE Spectrum*, Jun. 2020 (Cover article).

- A. Abdulslam, P.P. Mercier, "A Symmetric Modified Multilevel Ladder PMIC for Battery-Connected Applications," *IEEE Journal of Solid-State Circuits*, Vol. 55, No. 3, pp. 767-80, Mar. 2020. (CICC Special Issue).

- J. Warchall, P. Theilmann, Y. Ouyang, H. Garudadri, P. Mercier, "Robust Biopotential Acquisition Via a Distributed Multi-Channel FM-ADC," *IEEE Transactions on Biomedical Circuits and Systems*, Vol. 13, No. 6, pp. 1229-42, Dec. 2019.

- J. Park, P.P. Mercier, "A Sub-10pJ/bit 5Mbps Magnetic Human Body Communication Transceiver," *IEEE Journal of Solid-State Circuits*, Vol. 54, No. 11, pp. 3031-42, Nov. 2019.

- J. Kim, J.R. Sempionatto, S. Imani, M.C. Hartel, A. Barfidokht, G. Tang, A.S. Campbell, P.P. Mercier, J. Wang, "Simultaneous Monitoring of Sweat and Interstitial Fluid Using a Single Flexible Wearable Iontophoretic-Biosensor Platform," *Advanced Science*, 5, 1800880, Aug. 2018.

- J. Park, H. Garudadri, P.P. Mercier, "Channel Modeling of Miniaturized Battery-Powered Capacitive Human Body Communication Systems," *IEEE Transactions on Biomedical Engineering*, Vol. 64, No. 2, pp. 452-62, Feb. 2017.

- S. Imani, A.J. Bandodkar, A.M.V. Mohan, R. Kumar, S. Yu, J. Wang, P.P. Mercier, "A Wearable Chemical-Electrophysiological Hybrid Biosensing System for Real-Time Health and Fitness Monitoring," *Nature Communications*, Vol. 7, May 2016.

14. I have also published chapters and edited books in the area of wearable and implantable medical monitors and power management. For example, I was co-editor of books entitled "Power Management Integrated Circuits," "Ultra-Low-Power Short-Range Radios," and "High-Density Integrated Electrocortical Neural Interfaces," and also authored a chapter titled "Low-Power Integrated Circuits for Wearable Electrophysiology" in the book titled "Wearable Sensors – Fundamentals, Implementation and Applications 2nd Edition."

15. Beyond my scientific articles and publications, I am also a named inventor on 28 U.S. patents, including several directed to wearable devices.

**B. Teaching Experience**

16. At UCSD, I have taught the following courses:

- Digital Integrated Circuits, ECE 165 (2013-2015, 2017-2026): a course that discusses fundamentals of transistor-based implementations of Boolean logic functions, then expands towards design of various combinational and sequential logic circuits. The final project involves the design of a high-speed, yet low-power digital arithmetic circuit for use in microprocessors.

- Biomedical Integrated Circuits and Systems, ECE 203 (2013-2025): a course of my own design that covers the basics of low-power integrated circuit design, including topics on pulse oximetry, instrumentation amplifiers, wearable medical devices, and more.

- VLSI Digital System Algorithms and Architectures (2014-2016): this is the graduate version of ECE 165 that includes advanced topics on microprocessor design.

17. These and the other courses I teach include a number of subjects that bear on the technology in this case. For example, in ECE 203 we discuss how pulse oximeters work, and discuss methods to develop low-power and low-noise optical readout technologies. Beyond this specific example, much of ECE 203 is focused on how to minimize power in both analog and digital circuits, while meeting performance (e.g., noise for analog, clock frequency/throughput for digital) targets. We discuss concepts like duty-cycling, power gating, power-saving modes, dynamic voltage and frequency scaling (and thus dynamic power scaling), and so on.

18. I have received a number of awards recognizing my teaching. For example, in 2016 I received the UCSD Academic Senate Distinguished Teaching Award, which is awarded yearly to five distinguished teachers across all departments at UCSD. In 2023, I received the Teacher of the Year Award from the Jacobs School of Engineering at UCSD, which is selected by ballot of UCSD students.

19. Beyond my teaching at UCSD, I have taught tutorials as part of engineering organization conferences. For example, I taught a tutorial entitled "Interface Circuits for Wearable and Implantable Sensing Systems" at the IEEE International Solid-State Circuits Society. I also

presented a tutorial entitled "Power Management for the Internet-of-Things" at the IEEE Custom Integrated Circuits Conference (CICC), and gave a keynote presentation entitled "Energy-Efficient Power Management Circuits for IoT and Wearable Devices" at the IEEE Sensor Interfaces Meeting. As part of these presentations, I discuss circuit design techniques that can deliver low-power operation.

**C. Service to the Scientific Community**

20. My most time-consuming role related to UCSD service is the directorship of the Center for Wearable Sensors and the Power Management Integration Center, covered earlier.

21. Beyond UCSD, I have been an Associate Editor with IEEE Solid-State Circuits Letters (2017-2023), IEEE Transactions on Biomedical Circuits & Systems (2013-2023), and IEEE Transactions on VLSI (2015-2017). I have been a Guest Editor with IEEE Open Journal of the Solid-State Circuits Society (OJ-SSCS) Special Issue on Low-Power RF Circuits and Systems (2023), and IEEE Journal of Solid-State Circuits Special Issue on the 2018 International Solid-State Circuits Conference (ISSCC) (2018). I have chaired numerous committees for international conferences including, for example, as the Executive Committee member – Demo Chair – IEEE International Solid-State Circuits Conference (ISSCC) (2022-2026), Technical Program Co-Chair – IEEE Sensor Interfaces Meeting (2022-2024), Subcommittee Chair – Power Management – IEEE Custom Integrated Circuits Conference (CICC) (2021-2023), Technical Program Committee member – IEEE VLSI Circuits Symposium (2018-2022), International Technical Program Committee member – IEEE International Solid-State Circuits Conference (ISSCC) Technology Directions subcommittee (2017-2022), and Technical Program Committee member – IEEE Custom Integrated Circuits Conference (CICC) (2017-2023). I am also a peer reviewer for numerous journals including, for example, IEEE *Journal of Solid-State Circuits* (JSSC), IEEE *Transactions on Circuits and Systems I* (T-CAS I), IEEE *Transactions on Circuits and Systems II*

(T-CAS II), IEEE *Transactions on Microwave Theory and Techniques* (T-MTT), IEEE *Sensors Journal*, IEEE *Transactions on Power Electronics, Journal of Low Power Electronics and Applications* (JLPEA), IET *Circuits, Devices & Systems,* IEEE *International Conference on Ultra-Wideband* (ICUWB), IEEE *Transactions on Biomedical Circuits & Systems* (TBioCAS), IEEE *Transactions on Biomedical Engineering* (TBME), IEEE *International Symposium on Circuits and Systems* (ISCAS), IEEE *Biomedical Circuits and Systems Conference* (BioCAS), IEEE *Journal of Emerging and Selected Topics in Power Electronics*, and IEEE *Transactions on Industrial Electronics.*

## III. UNDERSTANDING OF THE LAW

22. I am not an attorney and offer no opinions on the law. I have relied on instructions from counsel as to the applicable legal standards to use in arriving at my opinions in this report. Below is my understanding regarding the relevant legal standards based on those instructions.

### A. Person of Ordinary Skill in the Art

23. I understand that a person having ordinary skill in the art ("POSITA") is a hypothetical person considered to have the normal skills and knowledge in the relevant technical field at the time of the invention and without the benefit of hindsight.

24. Having reviewed the patents at issue in this case, I consider a POSITA to be an individual with at least a good working knowledge of optical sensing techniques and their applications, including the design of such systems and signal processing techniques used in such systems. Specifically, a POSITA would have had an undergraduate degree in engineering (electrical, mechanical, biomedical, or optical) or a related field of study, along with either (a) relevant industrial experience studying or developing physiological monitoring devices (*e.g.*, non-invasive optical biosensors) in industry or (b) additional education or experience in academia (*e.g.*,

a Ph.D. degree) studying or developing physiological monitoring devices. In other words, additional education in the field could compensate for less professional experience, and vice versa.

### B. Date of the Invention

25. I understand that when the date of invention is based on the filing of a patent application, the date of invention is the earliest effective filing date of a patent's claims. I understand that the earliest effective filing date of a patent's claims may, in some circumstances, be proven to predate the actual filing date of the U.S. application for that patent. For example, if an application is a continuation of an earlier application (a "parent application"), the earliest effective filing date of the claims resulting from the later application may be the filing date of the parent application, but only if the parent application's disclosure satisfies the enablement and written description requirements for those claims. Similarly, if a non-provisional application claims priority to an earlier provisional application, the earliest effective filing date of the claims resulting from the non-provisional application may be the filing date of the provisional application, but only if the provisional application's disclosure satisfies the enablement and written description requirements for those claims.

### C. Claim Construction

26. I understand that claim construction is a matter of law decided by the Court and that claim terms are interpreted as one of ordinary skill in the art would understand them at the time of the invention, in view of the patent and evidence related thereto.

27. In construing the claims, I understand that one must first look to what is called the "intrinsic evidence" of the patent. The intrinsic evidence includes the language of the claims, the patent specification, the prosecution history, and documents cited on the face of the patent and/or during its prosecution history.

28. I understand that claim terms are generally given their ordinary and customary meaning, which is the meaning that the term would have to a person of ordinary skill in the art in question at the time of the claimed invention. I further understand that there are two exceptions to this general rule: (1) when a patentee acts as his or her own lexicographer—meaning the patentee has clearly set forth a definition of the disputed claim term other than its plain and ordinary meaning—or (2) when a patentee makes a clear and unmistakable disclaimer of the full scope of a claim term either in the specification or during prosecution.

29. I understand that claims are generally construed to cover the embodiments disclosed in the patent specification, particularly when those embodiments are characterized as "preferred." I also understand that claims do not have to cover all embodiments disclosed in the patent, and that certain claim terms may be limited to specific embodiments.

30. Nevertheless, I understand that limitations from the embodiments in the specification must not be read into the claims. I understand that it is improper to read limitations from a preferred embodiment described in the specification—even if it is the only embodiment—into the claims absent a clear indication in the intrinsic record that the patentee intended the claims to be so limited.

31. I understand that a presumption exists that the same terms appearing in different portions of the claim should be given the same meaning, unless it is clear from the specification and prosecution history that the terms have different meanings at different portions of the claims. By contrast, I understand that different words or phrases used in separate claims are presumed to indicate that the claims have different meanings and scope. To the extent that the absence of such difference in meaning and scope would make a claim superfluous, I understand a presumption exists that the difference between the claims is significant. I understand that the presence of a

dependent claim that adds a particular limitation gives rise to a presumption that the limitation in question is not present in the independent claim.

32. I understand that after looking at intrinsic evidence, "extrinsic evidence" may be considered. Extrinsic evidence can include expert testimony, dictionaries, learned treatises, and other literature that provide an understanding of the background technology and prior art—provided that the extrinsic evidence does not contradict claim meaning that is unambiguous in light of the intrinsic evidence of the patent.

**D. Indefiniteness**

33. I understand that claims of an issued U.S. Patent are presumed to be valid. Specifically, I understand that, according to 35 U.S.C. § 282, "[e]ach claim of a patent (whether in independent, dependent, or multiple dependent form) shall be presumed valid independently of the validity of other claims; dependent or multiple dependent claims shall be presumed valid even though dependent upon an invalid claim."

34. I understand that generally the party challenging the validity of an issued U.S. patent bears the burden of proof to demonstrate that such patent is invalid.

35. I understand that the challenging party's burden of proof at trial is by clear and convincing evidence, which is a higher standard than the preponderance of the evidence standard that applies to proving patent infringement. I understand that for evidence to be clear and convincing, it must produce in the mind of the finder of fact an abiding conviction that the truth of the factual contentions is highly probable.

36. I understand that a claim may be invalid as indefinite. Specifically, I understand that a claim must point out with particularity the subject matter of the invention. I further

understand that definiteness is evaluated from the perspective of a POSITA at the effective filing date of the patent.[1]

37. I further understand that a POSITA, when reviewing the claim language with the specification and the prosecution history of the patent, must be able to understand the scope of the claimed invention, including its boundaries, with reasonable certainty. I understand that if a claim fails to inform a POSITA of the scope and boundaries of the claimed invention with reasonable certainty, it is invalid as indefinite.

## IV. BACKGROUND ON THE ASSERTED PATENTS

### A. Technology Background

38. To put my opinions on meaning of the claims in context, in this section I provide some background on wearable optical sensors, including those used for physiological monitoring. All the concepts discussed in this section were well-known and widely used well before December 31, 2012, which is what I understand to be the earliest alleged priority date for the '475 Patent.

39. Optical sensors have been used in medical monitoring systems for decades. Although these optical systems may vary in the details, they typically consist of "basic building blocks" that include (1) one or more light sources (*e.g.*, lasers, lamps, or light-emitting diodes (LEDs)) producing light of a particular wavelength; (2) certain "optical elements" (*e.g.*, filters and lenses) that can be used to manipulate the light from the light source and direct it to the target (*e.g.*,

---

[1] I am informed by counsel for WHOOP that the patent laws were amended by the America Invents Act (AIA), but that the earlier statutory requirements still apply to pre-AIA patents. I have been informed by counsel that the '475 patent was prosecuted as an AIA patent, but that Omni asserts an effective filing date of December 31, 2012, which is a pre-AIA date. I have been asked to assume for purposes of this Declaration only that the '475 patent is entitled to a December 31, 2012 effective filing date. Thus, my understanding of the law about patent invalidity as set forth in this Declaration relates to the pre-AIA requirements, but from what I understand from Counsel for WHOOP, my opinion would not change under the AIA requirements.

human tissue); (3) one or more photodetectors that capture the light transmitted through or reflected back from the target; and (4) signal processing technology (*e.g.*, analog-to-digital conversion circuitry, digital signal processors, microprocessors, etc.) that processes the signal obtained from the photodetector and can thereby extract data relating to one or more physiological parameters. Appendix C, Bronzino, J., "The Biomedical Engineering Handbook" (1995) at p. 765–66. An illustration of a typical optical sensor system is shown below.




**FIGURE 52.1** General diagram representing the basic building blocks of an optical instrument for optical sensor applications.

Appendix C, Bronzino, J., "The Biomedical Engineering Handbook" (1995) at p. 765.

40. Photoplethysmography (PPG) is a particular optical sensing technique that has also been used in medical monitoring systems for decades, since at least the 1930s. PPG works by shining a light through the subject's tissue and measuring the light that is either reflected back from the tissue or transmitted through the tissue. The various components of blood and tissue (*e.g.*, hemoglobin) reflect and absorb different wavelengths of light, such that a PPG device can calculate the composition of the blood flow or tissue by measuring how much light is absorbed and reflected over time at one or more wavelengths. For example, hemoglobin (the substance in

blood that carries oxygen to the cells) reflects more red light when it has a higher oxygen content (*i.e.*, is oxygenated, $HbO_2$) and absorbs more red light when it has a lower oxygen content (*i.e.*, is deoxygenated, Hb), but reflects the same amount of infrared (IR) light regardless of whether it is oxygenated or deoxygenated. Thus, by measuring the absorption of red and IR light multiple times per second, a PPG device can calculate a subject's (i) oxygen saturation (*i.e.*, ratio of oxygenated hemoglobin to deoxygenated hemoglobin) and (ii) pulse (based on the change in blood volume in the tissue over time). The measurement of the degree of oxygen saturation is referred to as "oximetry," and the addition of the continuous monitoring of blood volume to evaluate pulse rate is referred to as "pulse oximetry."

41. Optical sensors, including those employing PPG and non-invasive pulse oximetry, can also be integrated into portable devices, which increases their usefulness for medical monitoring, since they can then travel with (or be worn by) the subjects anywhere. In order to return the most accurate data possible, optical sensors are designed to maximize the strength of the target signal received by the detector (corresponding to a particular physiological measurement from the tissue) relative to other light received by the detector (*e.g.*, ambient light reflected from the patient's surroundings), known as "interference," "background," or "noise." The better the system is able to isolate the target signal captured from the tissue from the surrounding noise, the higher the "signal-to-noise ratio" (SNR) of the sensor will be, and, thus, the more accurate the resulting health data will be.

**B. Summary of the '475 Patent**

42. The '475 Patent relates to a "wearable device to measure a user's physiological parameters comprising one or more biosensors, as well as a light source comprising light emitting diodes, lenses for directing light towards tissue of the user comprising blood vessels, and a

detection system receiving reflected tissue light." '475 Pat., Abstract. The wearable device "may be configured to communicate with a smartphone or tablet." *Id.*

43. Figure 31 of the '475 Patent shows a "medical measurement device" as "part of a personal or body area network." '475 Pat., Fig. 31; *id.*, 11:60–65. In this depiction, the measurement device "communicates with another device (e.g., smartphone or tablet) that communicates with the cloud. The cloud may in turn communicate with the user, dental or healthcare providers, or other designated recipients." *Id.*




FIG. 31

*Id.*, Fig. 31.

**C. File History of the '475 Patent**

44. In forming my opinions, I have also reviewed the file history of the '475 patent.

45. The '475 Patent issued from U.S. Pat. App. 18/927,698, filed October 25, 2024. '475 Pat., at (21), (22). As mentioned above, I understand the '475 Patent claims priority to December 31, 2012, provisional patent applications. *Id.* at (60). As mentioned above, I further understand that the '475 Patent was prosecuted as an AIA patent application and that the applicant acknowledged that at least one claim in the '475 Patent "contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013," such that the application was "examined under the first inventor to file provisions of the AIA." Appendix D, '475 File History, Application Data Sheet (10/25/2024), at p. 16. The applicant filed a terminal disclaimer to some of the patents in this chain one day after an Examiner-initiated interview where, according to meeting notes, the Applicant's representative was told that "the application would be in condition for allowance," if the Applicant were to "file the terminal disclaimer." Appendix D, '475 File History, Examiner-Initiated Interview Summary (1/27/2025), p. 30; Appendix D, '475 File History, pp. 22–24. The pending claims were then allowed on February 13, 2025, without any amendments to the claims or any Office Actions. Appendix D, '475 File History, Notice of Allowance (Feb. 13, 2025), pp. 31–40.

46. I understand that the '475 Patent is the subject of an ongoing IPR filed by Samsung Electronics Co., Ltd. and other parties ("Samsung IPR") asserting unpatentability of the Challenged Claims based on certain prior art references. I understand that Omni filed a preliminary response (POPR) to Samsung's Petition on November 12, 2025, and that the PTAB instituted review on February 3, 2026. I understand that Omni filed its Patent Owner Response (POR) to Samsung's Petition on May 7, 2026. I understand that these materials submitted in the Samsung IPR are considered part of the file history of the '475 Patent.

## V. OPINIONS

### A. "one or more biosensors adapted to be placed on the user, wherein one or more physiological parameters are measured, wherein measuring of the one or more physiological parameters comprises a differential measurement, and wherein the one or more physiological parameters comprises a pulse rate monitoring and a blood flow measurement" ('475 Pat., cl. 1)

47. In my opinion, neither the claims themselves nor the specification of the '475 patent provides sufficient guidance to inform a POSITA with reasonable certainty of the boundaries of the term "one or more biosensors adapted to be placed on the user, wherein one or more physiological parameters are measured, wherein measuring of the one or more physiological parameters comprises a differential measurement, and wherein the one or more physiological parameters comprises a pulse rate monitoring and a blood flow measurement."

48. A POSITA at the time of the alleged invention (December 31, 2012) would have understood the term "biosensor" to be a context-specific term that would not have connoted a particular structure. Rather, a POSITA would have understood that to understand what is meant by a "biosensor," it would have been necessary to look to the context in which the term "biosensor" is being applied. For example, in a typical optical sensing device employing PPG and non-invasive pulse oximetry, like those I described above (*supra* Section IV.A), a POSITA would have understood a "biosensor" may refer to the detection system (*e.g.*, photodiodes) or the combination of the light source (*e.g.*, LEDs) and detection system, since those elements are responsible for detecting the target physiological parameter and converting it to a quantifiable signal that can then be, *e.g.*, processed, stored, or shared.

49. Because "biosensor" is a context-specific term, a POSITA would have looked to the language of the claims of the '475 patent in view of the specification to understand its meaning. Claim 1 of the '475 patent recites that the claimed apparatus includes "one or more biosensors adapted to be placed on the user," wherein "one or more physiological parameters" are measured

using a "differential measurement," including a "pulse rate monitoring" and "blood flow." The specification further states that a "biosensor" can be used to non-invasively measure blood constituents or analytes:

- "The **non-invasive blood constituent or analytes measurement device** may also benefit from communicating the data output to the 'cloud'" (e.g., data servers and processors in the web remotely connected) via wired and/or wireless communication strategies. **The non-invasive devices may be part of a series of biosensors applied to the patient,** and collectively these devices form what might be called a body area network or a personal area network. **The biosensors and non-invasive devices may communicate to a smart phone, tablet, personal data assistant, computer, and/or other microprocessor-based device, which may in turn wirelessly or over wire and/or fiber optically transmit some or all of the signal or processed data to the internet or cloud**. The cloud or internet may in turn send the data to doctors or health care providers as well as the patients themselves. Thus, it may be possible to have a panoramic, high-definition, relatively comprehensive view of a patient that doctors can use to assess and manage disease, and that patients can use to help maintain their health and direct their own care." '475 Pat., 35:13–31.

50. Accordingly, a POSITA reading claim 1 would have understood that the apparatus with the "biosensor" must perform certain functions, including "pulse rate monitoring" and measuring "blood flow." Consistent with conventional pulse oximetry systems, described above, the specification suggests that those measurements would be performed by a light source and detection system, for example:

- **One approach to non-invasive monitoring of blood constituents or blood analytes is to use near-infrared spectroscopy**, such as absorption spectroscopy or near-infrared

diffuse reflection or transmission spectroscopy. Some attempts have been made to use broadband light sources, such as tungsten lamps, to perform the spectroscopy. However, several challenges have arisen in these efforts. First, many other constituents in the blood also have signatures in the near-infrared, so spectroscopy and pattern matching, often called spectral fingerprinting, is required to distinguish the glucose with sufficient confidence. Second, the non-invasive procedures have often transmitted or reflected light through the skin, but skin has many spectral artifacts in the near-infrared that may mask the glucose signatures. Moreover, the skin may have significant water and blood content. These difficulties become particularly complicated when a weak light source is used, such as a lamp. **More light intensity can help to increase the signal levels, and, hence, the signal-to-noise ratio. As described in this disclosure, by using brighter light sources, such as fiber-based supercontinuum lasers, super-luminescent laser diodes, light-emitting diodes or a number of laser diodes, the near-infrared signal level from blood constituents may be increased**. By shining light through the teeth, which have fewer spectral artifacts than skin in the near-infrared, the blood constituents may be measured with less interfering artifacts. Also, by using pattern matching in spectral fingerprinting and various software techniques, the signatures from different constituents in the blood may be identified. Moreover, value-add services may be provided by wirelessly communicating the monitored data to a handheld device such as a smart phone, and then wirelessly communicating the processed data to the cloud for storing, processing, and transmitting to several locations. '475 Pat., 3:18–51.

- **Optical methods of imaging and spectroscopy** can be non-invasive using non-ionizing electromagnetic radiation, and these techniques **could be exploited for screening of wide**

**populations and for therapy monitoring**. "Optical mammography" may be a diffuse optical imaging technique that aims at detecting breast cancer, characterizing its physiological and pathological state, and possibly monitoring the efficacy of the therapeutic treatment. **The main constituents of breast tissue may be lipid, collagen, water, blood, and other structural proteins**. These constituents may exhibit marked and characteristic absorption features in the NIR wavelength range. Thus, **diffuse optical imaging and spectroscopy in the NIR may be helpful for diagnosing and monitoring breast cancer**. Another advantage of such imaging is that optical instruments tend to be portable and more cost effective as compared to other instrumentation that is conventionally used for medical diagnosis. This can be particularly true, if the mature technologies for telecommunications and fiber optics are exploited. **Spectroscopy using NIR or short-wave infrared (SWIR) light** may be beneficial, because most tissue has organic compounds that have overtone or combination absorption bands in this wavelength range (e.g., between approximately 0.8-2.5 microns). **In one embodiment, a NIR or SWIR super-continuum (SC) laser that is an all-fiber integrated source may be used as the light source for diagnosing cancerous tissue**. Exemplary fiber-based super-continuum sources may emit light in the NIR or SWIR between approximately 1.4-1.8 microns, 2-2.5 microns, 1.4-2.4 microns, 1-1.8 microns, or any number of other bands**. In particular embodiments, the detection system may be one or more photo-detectors, a dispersive spectrometer, a Fourier transform infrared spectrometer, or a hyper-spectral imaging detector or camera**. **In addition, reflection or diffuse reflection light spectroscopy may be implemented using the SWIR light source**, where the spectral

reflectance can be the ratio of reflected energy to incident energy as a function of wavelength. ’475 Pat., 7:43–8:13.

- As an illustration, **non-invasive measurement of blood constituents such as glucose, ketone bodies, and HbA1c has been discussed thus far**. However, **other blood constituents can also be measured using similar techniques**, and these are also intended to be covered by this disclosure. In other embodiments, blood constituents such as proteins, albumin, urea, creatinine or nitrites could also be measured. For instance, **the same type of SWIR optical techniques might be used**, but the pattern matching algorithms and software could use different library features or functions for the different constituents.” ’475 Pat., 20:7–17.

51. A POSITA reading claim 1 in view of the ’475 specification would therefore have understood that the measurements attributed to the “biosensor” in claim 1 would have been accomplished using a light source and detection system (*e.g.*, photodiode). Thus, the context of the “biosensor” limitation in claim 1 would have suggested to a POSITA that the term “biosensor” refers to a photodiode/detection system or a combination of the detection system and light source elements.

52. The remainder of claim 1, however, separately recites a “light source” and a “detection system” as distinct elements from the claimed “biosensor.” I understand that in the Samsung ’475 IPR, Omni argued that the prior art could not meet the “biosensor” limitation because it taught simply a “light source” and “detection system,” rather than a separate “biosensor” element. ’475 POPR at 14–15; ’475 POR at 18–19. I understand that Omni further argued that a “biosensor” must be something “distinct” from a “light source” or a “detection system” (or the combination of the light source and detection system) in the claimed wearable apparatus. *Id.*

53. The specification, too, appears to suggest that a "biosensor," "light source," and "detection system" could be separate elements, but provides no guidance as to how to understand the term "biosensor" if it is intended to be a distinct device (*i.e.*, not a light source and detection system) that performs non-invasive pulse rate monitoring and blood flow measurements. For example, the '475 specification recites:

- "A wearable device to measure a user's physiological parameters **comprising one or more biosensors**, **<u>as well as</u> a light source** comprising light emitting diodes, lenses for directing light towards tissue of the user comprising blood vessels, **<u>and</u> a detection system** receiving reflected tissue light." '475 Pat., Abstract.
- "According to one aspect of this disclosure, an apparatus is disclosed that is adapted to be worn by a user. **The apparatus comprises one or more biosensors** adapted to be placed on the user, wherein one or more physiological parameters are measured, wherein measuring of the one or more physiological parameters comprises a differential measurement, and wherein the one or more physiological parameters comprises a pulse rate monitoring and a blood flow measurement. **The apparatus <u>also</u> comprises a light source** comprising a plurality of light emitting diodes that are configured to generate an output optical light having one or more optical wavelengths. The apparatus also comprises one or more lenses configured to receive at least a portion of the output optical light and to deliver a lens output light to tissue comprising skin. **The apparatus <u>further</u> comprises a detection system** configured to receive at least a portion of the lens output light reflected from the tissue and to generate an output signal is indicative of the one or more physiological parameters that has a signal-to-noise ratio." '475 Pat., 8:39–57; *id.* 44:29–47.

54. In my opinion, if a "biosensor" as recited in claim 1 cannot refer to a "light source," "detection system," or the combination of those elements, as Omni argues and the '475 specification suggests, then the scope of the "biosensor" term would not have been reasonably certain to a POSITA reading claim 1.

55. I understand that claim 5 of the '475 patent is also asserted in this case and that claim 5 depends on claim 1. Claim 5 recites: "The apparatus of claim 1, wherein the apparatus further comprises a processor configured to be coupled to a non-transitory computer readable medium, and wherein the apparatus including the processor is configured to use artificial intelligence in making decisions associated with at least a portion of the output signal." In my opinion, nothing in claim 5 provides reasonable certainty as to the scope of the term "biosensor."

Executed this 5th day of August, 2026.

Dr. Patrick Mercier

# APPENDIX A

# Patrick P. Mercier

Professor and Vice Chair, Electrical and Computer Engineering
Co-Director, Center for Wearable Sensors
Site Director, Power Management Integration Center
University of California, San Diego
9500 Gilman Drive, 0407
La Jolla, CA 92093

Phone: +1-858-534-6026
Email: pmercier@ucsd.edu
Web: http://efficiency.ucsd.edu | http://cws.ucsd.edu | https://pmic.engineering.dartmouth.edu/


## Professional Highlights

- Currently leading a ~20-person group undertaking high-impact research spanning multiple domains, from near-zero-power integrated circuits, power management, energy harvesting, neural interfaces, wearable physiochemical sensors, RFICs and RF systems, and beyond
- Over 220 peer-reviewed publications, including 30 *ISSCC* papers, 37 *JSSC* papers, and several papers in high-impact journals such as *Science, Nature Biotechnology, Nature Biomedical Engineering, Nature Electronics, Nature Communications, Advanced Science, Energy and Environmental Science*, and more
- Recognized as one of the top contributors of all time at the 2023 *IEEE International Solid-State Circuits Conference (ISSCC)*
- Co-founder and co-director of the successfully industry-supported UCSD Center for Wearable Sensors
- Site Director of the successfully industry/NSF-supported IUCRC Power Management Integration Center, partnered with Dartmouth College
- Multiple young investigator awards: DARPA YFA, NSF CAREER, Beckman YIA
- ISSCC Jack Kilby Award for Outstanding Student Paper
- Over $40MM in research fundraising to date
- UCSD-wide Academic Senate Teaching Award, and two ECE department teaching awards
- IEEE Fellow, Class of 2025
- ISSCC Executive Committee member; former ISSCC, VLSI, and CICC TPC member
- Startup co-founder (Traq), board member (QuantalRF), and scientific advisory board member (Nanovision and NeuroVigil)
- 24 issued US patents

## Education

Ph.D. **Massachusetts Institute of Technology**, Electrical Engineering, June 2012
Thesis title: *Communication and Power Delivery Architectures for Personal Medical Devices* (GPA: 5.0/5.0)
Advisor: Anantha P. Chandrakasan

S.M. **Massachusetts Institute of Technology**, Electrical Engineering, June 2008
Thesis title: *An All-Digital Transmitter for Pulsed Ultra-Wideband Communication* (GPA: 5.0/5.0)
Advisor: Anantha P. Chandrakasan

B.Sc. **University of Alberta**, Electrical and Computer Engineering, May 2006
GPA: 4.0/4.0

## Related Experience

**University of California, San Diego**
*Vice Chair,* Electrical and Computer Engineering (2024-present)
*Professor*, Electrical and Computer Engineering (2023-present)
*Site Director,* Power Management Integration Center (2021-present)
*Associate Professor,* Electrical and Computer Engineering (2018-2023)
*Co-Founder/Co-Director,* Center for Wearable Sensors (2014-present)
*Assistant Professor*, Electrical and Computer Engineering (2012-2018)

**Expert Witness**
Providing expert technical advice, reports, and depositions on a variety of patent litigation cases (2020-present)

**NeuroVigil**
*Scientific Advisory Board Member* (2020-present)

**Nanovision**
*Scientific Advisory Board Member* (2019-present)

**Quantal RF**
*Board Member* (2018-2024)

**Traq / Mouthsense Inc.**
*Co-Founder/Scientific Advisor* (2016-present)

**Mercier Engineering**
Owner, providing engineering and technical expertise to technology companies. (2013-present)

**Massachusetts Institute of Technology***,* Microsystems Technology Laboratory, *Research Assistant* (2006-2012)

**Intel Corporation**, Circuits Research Lab, *Graduate Technical Intern* (2008)

## Selected Honors and Awards

- **IEEE Fellow** – awarded to less than 0.1% of voting members in the IEEE Solid-State Circuits Society – Class of 2025
- **Teacher of the Year Award** – Jacobs School of Engineering at UC San Diego Annual Best Teacher Award Selected by Ballot of the Students – 2023

- **IEEE International Solid-State Circuits Conference (ISSCC) Author-Recognition Award** – Awarded to authors who have contributed more than 20 papers to ISSCC – 2023
- **San Diego County Engineering Council Outstanding Engineer Award** – Awarded annually to a single local engineer who has made significant technical contributions to their society – 2020
- **National Academy of Engineering Frontiers of Engineering Speaker** – A competitive invitation-only event for those who have demonstrated accomplishment in engineering research and technical work with recognizable contributions to advancing the frontiers of engineering – 2019
- **IEEE Solid-State Circuits Society Distinguished Lecturer** – Nominated to deliver invited lecturers at local chapters and regional meetings across the world for a two-year term – 2019
- **NSF CAREER Award** – The National Science Foundation's most prestigious awards in support of early-career faculty – 2018
- **Biocom Catalyst Award** – Awarded to ten academics, entrepreneurs, investors, corporate leaders, and business advisers under 40 years old who are igniting innovation and growth in the San Diego and Los Angeles life sciences industry – 2017
- **IEEE Senior Member** – Elected for showing significant performance over a 10+ year career – 2017
- **Moore Inventor Fellow Finalist** – Selected as a top-10 fellow amongst >200 other applicants at top US universities; received $25k award – 2017
- **UCSD Academic Senate Distinguished Teaching Award** – Awarded yearly to five distinguished teachers across all departments at UCSD (totaling ~2200 senate members – i.e., the top 0.2% of teachers). First winner in the ECE department since Jack Wolf in 1999. Received 2016
- **DARPA Young Faculty Award** – Awarded to young faculty members who propose high-impact, high-risk research programs – 2015
- **Beckman Young Investigator Award** – Awarded to eight junior faculty members across the US for innovating research within the chemical and biological sciences – 2015
- **Hellman Fellowship Award** – Awarded to junior faculty members who show capacity for great distinction in their research and creative activities – 2014
- **Graduate Teaching Award** – Awarded annually to one (of ~50) faculty in the UCSD ECE department for outstanding teaching and service – 2013
- **Jack Kilby Award** – One awarded per year for outstanding student paper at the *International Solid-State Circuits Conference (ISSCC)* – received 2010
- **Intel Foundation Ph.D. Fellowship** – awarded to 26 applicants across the US – 2009
- **Post Graduate Scholarship** – Natural Sciences and Engineering Council of Canada (NSERC) – 2007, 2009
- **Best Presentation Award**, Microsystems Technology Lab Annual Research Conference – 2008, 2010
- **Julie Payette Postgraduate Research Fellowship** – Awarded to the top 24 Master's NSERC applicants in Canada – 2006
- **APEGGA Medal** – Highest undergraduate GPA in Electrical Engineering – 2006
- **Atco Electric Centennial Award** – March 2005
- **Schlumberger Scholarship** in Electrical Engineering – 2004, 2005

## Other Awards and Recognitions

- **IEEE Custom Integrated Circuits Conference (CICC) 2025 –** Best Paper Award Finalist
- **IEEE International Solid-State Circuits Conference (ISSCC) Student Research Preview Poster Award** – 2024
- **IEEE Solid-State Circuits Society (SSCS) Outstanding Reviewer Reward** – 2024.
- **IEEE ISCAS Women in Circuits and Systems (WiCAS)** – Runner Up Paper Award – 2023.
- **IEEE International Symposium on Circuits and Systems (ISCAS)** – Best Runner Up Paper – 2023.
- **Qualcomm Innovation Fellowship (QIF) 2023** – Winner
- **IEEE Applied Power Electronics Conference (APEC) –** Outstanding Presentation Award 2023 – "A Series/Parallel Magnetic-Less Step-Down Converter Based on Piezoelectric Resonators"
- **IEEE Brain Technical Community and IEEE Solid-State Circuits Society** – Brain-Related Best Paper Award 2021 – "An Optically-Addressed Nanowire-Based Retinal Prosthesis with 73% RF-to-Stimulation Power Efficiency and 20nC-to-3^C Wireless Charge Telemetering" presented at ISSCC 2021.
- **IEEE Symposium on Very Large Scale Integration (VLSI Symposium) 2020** – Best Student Paper Award Nominee – "A -105dB THD 87dB-SNDR VCO-based Sensor Front-end Enabled by Background-Calibrated Differential Pulse Code Modulation"
- **IEEE Symposium on Very Large Scale Integration (VLSI Symposium) 2020** – Best Student Paper Award Nominee – "A 4.4µW -92/-90.3dBm Sensitivity Dual-mode BLE/Wi-Fi Wake-up Receiver"
- **Qualcomm Innovation Fellowship (QIF) 2020** – Winner
- **IEEE EMBS Workshop on Brain, Mind and Body – Cognitive Neuroengineering for Health and Wellness 2019 –** Third place poster award
- **IEEE Custom Integrated Circuits Conference (CICC) 2019** – Outstanding Student Paper Award Nominee
- **IEEE Custom Integrated Circuits Conference (CICC) 2018** – Outstanding Student Paper Award Nominee
- **IEEE Custom Integrated Circuits Conference (CICC) 2015** – Outstanding Student Paper Award Nominee
- **Qualcomm Innovation Fellowship (QIF) 2014** – Finalist

## List of Publications

BOOKS

[1] S. Ha, C. Kim, P.P. Mercier, G.C. Cauwenberghs, **High-Density Integrated Electrocortical Neural Interfaces**, Elsevier Academic Press, 2019, 187 pages.

[2] M.M. Hella and P.P. Mercier (eds), **Power Management Integrated Circuits,** CRC Press, 2016, 329 pages.

[3] P.P. Mercier and A.P. Chandrakasan (eds), **Ultra-low-power Short-Range Radios,** Springer, 2015, 394 pages.

## BOOK CHAPTERS

[1] F. Laiwalla, V.W. Leung, J. Lee, P. Mercier, P. Asbeck, R. Rao, L. Larson, A. Nurmikko, "Next Generation Microscale Wireless Implant System for High-Density, Multi-areal, Closed-Loop Brain Computer Interfaces," in **Brain-Computer Interface Research**, C. Guger et al. (eds.), Springer Nature Switzerland, 2021.

[2] S. Ha, C. Kim, H. Wang, Y.M. Chi, P.P. Mercier, G. Cauwenberghs, "Low-power integrated circuits for wearable electrophysiology," in **Wearable Sensors – Fundamentals, Implementation and Applications 2nd Edition**, E. Sazonov, Ed., Academic Press, 2021.

[3] L.G. Salem and P.P. Mercier, "Recursive Switched-Capacitor DC-DC Converters," in **Power Management Integrated Circuits**, M.M. Hella and P.P. Mercier, Eds., CRC Press, 2016.

[4] D. Lee and P.P. Mercier, "Introduction to Ultra Low Power Transceiver Design," in **Ultra-low-power Short-Range Radios**, P.P. Mercier and A.P. Chandrakasan, Eds., Cham, Switzerland: Springer, 2015.

[5] P.M. Nadeau, A. Paidimarri, P.P. Mercier, and A.P. Chandrakasan, "Architectures for Ultra-Low-Power Multi-Channel Resonator-Based Wireless Transceivers," in **Ultra-low-power Short-Range Radios,** P.P. Mercier and A.P. Chandrakasan, Eds., Cham, Switzerland: Springer, 2015.

[6] P.P. Mercier, D.C. Daly, F.S. Lee, D.D. Wentzloff, and A.P. Chandrakasan, "Pulsed Ultra-Wideband Transceivers," in **Ultra-low-power Short-Range Radios,** P.P. Mercier and A.P. Chandrakasan, Eds., Cham, Switzerland: Springer, 2015.

[7] P.P. Mercier and A.P. Chandrakasan, "Near-Field Wireless Power Transfer," in **Ultra-low-power Short-Range Radios**, P.P. Mercier and A.P. Chandrakasan, Eds., Cham, Switzerland: Springer, 2015.

## JOURNAL PAPERS

[1] N.S.K. Fathy, R. Vatsyayan, A.M. Bourhis, S.A. Dayeh, P.P. Mercier, "A TDMA Neural Recording SoC With IIR-RLS Adaptive Filters for 83.4 dB Artifact Suppression Across 256 Channels," *IEEE Journal of Solid-State Circuits*, 2025.

[2] D. Valencia, P.P. Mercier, A. Alimohammad, "An Efficient Brain-Switch for Asynchronous Brain-Computer Interfaces," *IEEE Transactions on Biomedical Circuits and Systems*, vol. 19, no. 1, pp. 130-141, Feb. 2025.

[3] W.-C.B. Liu, G. Pillonnet, P.P. Mercier, "An Integrated Dual-Side Series/Parallel Piezoelectric Resonator-Based DC–DC Converter," *IEEE Journal of Solid-State Circuits*, vol. 59, no. 12, pp. 4162-4174, Dec. 2024.

[4] H. Lu, P.P. Mercier, "Linear Periodically Time-Variant Digital PLL Phase Noise Modeling Using Conversion Matrices and Uncorrelated Upsampling," *IEEE Transactions on Circuits and Systems I*, vol. 71, no. 12, pp. 6021-6033, Dec. 2024.

[5] Y. Xu, A. Uppal, M.S. Lee, K. Mahato, B.L. Wuerstle, M. Lin, O. Djassemi, T. Chen, R. Lin, A. Paul, S. Jain, F. Chapotot, E. Tasali, P. Mercier, S. Xu, J. Wang, G. Cauwenberghs, "Earable Multimodal Sensing and Stimulation: A Prospective Towards Unobtrusive Closed-Loop Biofeedback," *IEEE Reviews in Biomedical Engineering*, vol. 18, pp. 5-25, Nov. 2024.

[6] W.-C.B. Liu, P.P. Mercier, "Design and Analysis of a Frontside Series/Parallel Piezoelectric Resonator-Based DC-DC Converter," *IEEE Transactions on Power Electronics*, vol. 40, no. 1, pp. 1389-1403, Sep. 2024.

[7] J. Tian, P. Mercier, C. Paolini, "Ultra low-power, wearable, accelerated shallow-learning fall detection for elderly at-risk persons," *Smart Health*, vol. 33, Sep. 2024.

[8] N.S.K. Fathy, R. Vatsyayan, A.M. Bourhis, S.A. Dayeh, P.P. Mercier, "A 0.00179 $mm^2$/Ch Chopper-Stabilized TDMA Neural Recording System with Dynamic EOV Cancellation and Predictive Mixed-Signal Impedance Boosting," *IEEE Transactions on Biomedical Circuits and Systems*, vol. 18, no. 4, pp. 908-922, Aug. 2024.

[9] H. Lu, A.G. Gadelkarim, J. Huang, P.P. Mercier, "A 0.69-mW Sub-Sampling NB-IoT Receiver Employing a Linearized Q-Boosted LNA," *IEEE Open Journal of the Solid-State Circuits Society*, vol. 4, pp. 57-68, Jun. 2024.

[10] D. Valencia, P.P. Mercier, A. Alimohammad, "Efficient In Vivo Neural Signal Compression Using an Autoencoder-based Neural Network," *IEEE Transactions on Biomedical Circuits and Systems*, vol 18., no 3, pp. 691-701, Jun. 2024.

[11] G. Pillonnet, P. Mercier, "Analytical Benchmarking of Direct Hybrid Switched-Capacitor DC-DC Converters," *IEEE Open Journal of Power Electronics*, vol. 5, pp. 664-682, May 2024.

[12] J. Wu, A. Akinin, J. Somayajulu, M.S. Lee, A. Paul, H. Lu, Y. Park, S.-J. Kim, P.P. Mercier, G. Cauwenberghs, "A Low-Noise Low-Power 0.001Hz-1kHz Neural Recording System-on-Chip with Sample-Level Duty-Cycling," *IEEE Transactions on Biomedical Circuits and Systems*, vol. 18, no. 2, pp. 263-273, Apr. 2024.

[13] E.H. Shinn, A.S. Garden, S.K. Peterson, D.J. Leupi, M. Chen, R. Blau, L. Becerra, T. Rafeedi, J. Ramirez, D. Rodriquez, F. VanFossen, S. Zehner, P.P. Mercier, J. Wang, K. Hutcheson, E. Hanna, D.J. Lipomi, "Iterative Patient Testing of a Stimuli-Responsive Swallowing Activity Sensor to Promote Extended User Engagement During the First Year After Radiation: Multiphase Remote and In-Person Observational Cohort Study", *JMIR Cancer*, 2024.

[14] H. Lu, H.R. Kooshkaki, P.P. Mercier, "A Mixer-First Receiver with On-Demand Passive Harmonic Rejection," *IEEE Solid-State Circuits Letters*, vol. 7, pp. 46-49, Jan. 2024.

[15] S.-H. Kuo, M. Dunna, D. Bharadia, P.P. Mercier, "A WiFi and Bluetooth Low Energy Backscatter Combo Chip with Beam Steering Capabilities," *IEEE Open Journal of the Solid-State Circuits Society*, vol. 3, pp. 239-248, Sep. 2023.

[16] Y. Xu, E. De la Paz, A. Paul, K. Mahato, J.R. Sempionatto, N. Tostado, M. Lee, G. Hota, M. Lin, A. Uppal, W. Chen, S. Dua, L. Yin, B.L. Wuerstle, S. Deiss, P. Mercier, S. Xu, J. Wang, G. Cauwenberghs, "In-ear integrated sensor array for the continuous monitoring of brain activity and of lactate in sweat," *Nature Biomedical Engineering*, Sep. 2023.

[17] M. Meng, M. Dunna, S.-K. Kuo, P.-H.P. Wang, D. Bharadia, P.P. Mercier, "A Fully-Reflective WiFi-Compatible Backscatter Communication System with Retro-Reflective MIMO Gain for Improved Range," *IEEE Journal of Solid-State Circuits,* vol. 58, no. 9, pp. 2501-2512, Sep. 2023.

[18] S.-K. Kuo, M. Dunna, H. Lu, A. Agarwal, D. Bharadia, P.P. Mercier, "LTE-Powered BLE-to-WiFi Backscattering Chip Toward Single-Device Interrogation RFID-Like Systems," *IEEE Solid-State Circuits Letters*, vol. 6, no. 8, pp. 225-228, Aug. 2023.

[19] W.-C. Liu, C.-H. Cheng, P.P. Mercier, C.C. Mi, "Small Signal Analysis and Design of Constant On-Time Controlled Buck Converters with Duty-Cycle-Independent Quality Factors," *IEEE Transactions on Power Electronics*, vol. 38, no. 7, pp. 8379-8393, Jul. 2023.

[20] E. Wen, D.F. Sievenpiper, P.P. Mercier, "Analysis of Coil Coupling in the Near-Field Far-Field Hybrid Region," *IEEE Antennas and Wireless Propagation*, vol. 22, no. 7, pp. 1771-1775, Jul. 2023.

[21] H.A. Zadeh, H.R. Kooshkaki, K.-Y. Lee, P.P. Mercier, "An Adaptive Constant-On-Time-Controlled Hybrid Multilevel DC-DC Converter Operating from Li-ion Battery Voltages with Low Spurious Output," *IEEE Transactions on Power Electronics*, vol. 38, no. 5, pp. 5763-5776, May 2023.

[22] C.B. Gungor, P.P. Mercier, H. Toreyin, "A 2.2 nW Analog Electrocardiogram Processor based on Stochastic Resonance Achieving a 99.94% QRS Complex Detection Sensitivity," *IEEE Transactions on Biomedical Circuits and Systems*, vol. 17, no. 1, Feb. 2023.

[23] A. Nikoofard, H. Givehchian, N. Bhaskar, A. Schulman, D. Bharadia, P.P. Mercier, "Protecting Bluetooth User Privacy through Obfuscation of Carrier Frequency Offset," *IEEE Transactions on Circuits and Systems II*, vol. 70, no. 2, pp. 541-545, Feb. 2023.

[24] D. Valencia, G. Leone, N. Keller, P.P. Mercier, A. Alimohammad, "Power-Efficient In Vivo Brain-Machine Interfaces via Brain-State Estimation," *Journal of Neural Engineering*, 20, 016032, Jan. 2023.

[25] B. Polat, T. Rafeedi, L. Becerra, A.X. Chen, K. Chiang, V. Kaipu, R. Blau, P.P. Mercier, C.-K. Cheng, D.J. Lipomi, "External Measurement of Swallowed Volume During Exercise Enabled by Stretchable Derivatives of PEDOT:PSS, Graphene, Metallic Nanoparticles, and Machine Learning," *Advanced Sensor Research*, 2200060, Jan. 2023.

[26] B.H. Lam, H. Lu, A.G. Gadelkarim, N. Fathy, P. Gudem, P.P. Mercier, "A 0.11mW 2.4GHz Receiver Employing a Q-Boosted Impedance Transformer and Regenerative Amplifier Achieving a -101dBm Sensitivity and -28dB SIR," *IEEE Solid-State Circuits Letters*, vol. 6, Jan. 2023.

[27] H.R. Kooshkaki, P.P. Mercier, "A 36 uW 2.8–3.4 dB Noise Figure Impedance Boosted and Noise Attenuated LNA for NB-IoT," *IEEE Transactions on Circuits and Systems I,* vol. 70, no. 1, pp. 101-113, Jan. 2023.

[28] E. De La Paz, N.H. Maganti, A. Trifonov, I. Jeerapan, K. Mahato, L. Yin, T. Sonsa-ard, N. Ma, W. Jung, R. Burns, A. Zarrinpar, J. Wang, P.P. Mercier, "A self-powered ingestible wireless biosensing system for real-time in situ monitoring of gastrointestinal tract metabolites," *Nature Communications*, vol. 13, 7405, Dec. 2022.

[29] P.P. Mercier, B.H. Calhoun, P.-H.P. Wang, A. Dissanayake, L. Zhang, D.A. Hall, S.M. Bowers, "Low-Power RF Wake-Up Receivers: Analysis, Trade-Offs, and Design," *IEEE Open Journal of the Solid-State Circuits Society, vol. 2, pp. 144-164,* 2022.

[30] D. Valencia, P.P. Mercier, A. Alimohammad, "In Vivo Neural Spike Detection with Adaptive Noise Estimation," *Journal of Neural Engineering*, 19, 046018, Jul. 2022.

[31] B.H. Lam, P. Gudem, P.P. Mercier, "Analysis and Measurement of Noise Suppression in Nonlinear Regenerative Amplifier," *IEEE Transactions on Circuits and Systems I*, vol. 69, no. 10, pp. 4117-4127, Oct. 2022.

[32] S. Chamanian, P.P. Mercier, "MIPSIMO: A Multi-Input Piezo-Adaptive Single-Inductor Multi-Output Energy Harvester Achieving using a Shared Inductor with an Integrated Analog Computer Achieving 95% MPPT Efficiency," *IEEE Solid-State Circuits Letters*, vol. 5, pp. 222-225, Sep. 2022.

[33] A. Nikoofard, P.P. Mercier, "A 900MHz GFSK and 16-FSK TX Achieving up to 63.9% TX Efficiency and 76.2% PA Efficiency via a DC-DC-Powered Class-D VCO and a Class-EE PA," *IEEE Transactions on Circuits and Systems II*, vol. 69, no. 9, pp. 3739-3743, Sep. 2022.

[34] C.B. Gungor, P.P. Mercier, H. Toreyin, "A Stochastic Resonance Electrocardiogram Enhancement Algorithm for Robust QRS Detection," *IEEE Journal of Biomedical and Health Informatics*, vol. 26, no. 8, pp. 3743-3754, Aug. 2022.

[35] H. Cui, D. Yao, H. Lu, A. Calderon, Z. Xu, S. Davaria, Z. Wang, P. Mercier, P. Tarazaga, X. Zheng, "Design and printing of proprioceptive three-dimensional architecture robotic metamaterials," *Science*, 376, 6599, pp. 1272-1272, Jun. 2022.

[36] F. Tehrani, H. Teymourian, B. Wuerstle, J. Kavner, R. Patel, A. Furmidge, R. Aghavali, H. Hosseini-Toudeshki, C. Brown, F. Zhang, K. Mahato, Z. Li, A. Barfidokht, L. Yin, P. Warren, N. Huang, Z. Patel, P.P. Mercier & J. Wang, "An integrated wearable microneedle array for the continuous monitoring of multiple biomarkers in interstitial fluid," *Nature Biomedical Engineering*, May 2022.

[37] M. Meng, H.R. Kooshkaki, X. Wang, S.-H. Kuo, E. Wen, P.P. Mercier, "A GMSK/PAM4 Multi-Channel Magnetic Human Body Communication Transceiver," *IEEE Solid-State Circuits Letters*, vol. 5, pp. 66-69, Mar. 2022.

[38] N.S.K. Fathy, J. Huang, P.P. Mercier, "A Digitally Assisted Multiplexed Neural Recording System With Dynamic Electrode Offset Cancellation via an LMS Interference-Canceling Filter," *IEEE Journal of Solid-State Circuits*, vol. 57, no. 3, pp. 953-964, Mar. 2022.

[39] E. Wen, D. Sievenpiper, P.P. Mercier, "Channel Characterization of Magnetic Human Body Communication," *IEEE Transactions on Biomedical Engineering*, vol. 69, no 2, pp. 569-579, Feb. 2022.

[40] C. Pochet, J. Huang, P. Mercier, D. Hall, "A 174.7-dB FoM, 2nd-order VCO-based ExG-to-Digital Front-End Using a Multi-phase Gated-Inverted Ring Oscillator Quantizer," *IEEE Transactions on Biomedical Circuits and Systems*, vol. 15, no. 6, pp. 1283-1294, Dec. 2021.

[41] A. Akinin, J.M. Ford, J. Wu, C. Kim, H.D. Thacker, P.P. Mercier, G. Cauwenberghs, "An Optically Addressed Nanowire-Based Retinal Prosthesis With Wireless Stimulation Waveform Control and Charge Telemetering," *IEEE Journal of Solid-State Circuits*, vol. 56, no. 11, pp. 3263-3273, Nov. 2021. **(ISSCC Special Issue)**

[42] J. Huang, P.P. Mercier, "A 178.9-dB FoM 128-dB SFDR VCO-Based AFE for ExG Readouts With a Calibration-Free Differential Pulse Code Modulation Technique," *IEEE Journal of Solid-State Circuits*, vol. 56, no. 11, pp. 3236-3246, Nov. 2021.

[43] W.-C. Liu, C.-H. Cheng, C.C. Mi, P.P. Mercier, "A Novel Ultra-Fast Transient Constant On-Time Buck Converter for Multi-Phase Operation," *IEEE Transactions on Power Electronics*, vol. 36, no. 11, pp. 13096-13106, Nov. 2021.

[44] B. Polat, L. Becerra, P.-Y. Hsu, V. Kaipu, P. Mercier, C.-K. Cheng, D. Lipomi, "Epidermal Graphene Sensors and Machine Learning for Estimating Swallowed Volume," *ACS Applied Nano Materials*, Aug. 2021. **(Editors' Choice highlight)**

[45] J. Lee, V. Leung, A. Lee, J. Huang, P. Asbeck, P.P. Mercier, S. Shellhammer, L. Larson, F. Laiwalla, A. Nurmikko, "Neural recording and stimulation using wireless networks of microimplants," *Nature Electronics*, no 4, pp. 604-614, Aug. 2021.

[46] J. Huang, P.P. Mercier, "A 94.2-dB SNDR 142.6-μW VCO-based Audio ADC with a Split-ADC Differential Pulse Code Modulation Architecture," *IEEE Solid-State Circuits Letters*, vol. 4, pp. 121-124, Jun. 2021.

[47] C. Gungor, P. Mercier, H. Toreyin, "A 1.2nW Analog Electrocardiogram Processor Achieving a 99.63% QRS Complex Detection Sensitivity," *IEEE Transactions on Biomedical Circuits and Systems*, vol. 15, no. 3, pp. 617-628, Jun. 2021.

[48] C. Gungor, P.P. Mercier, H. Toreyin, "Investigating well potential parameters on neural spike enhancement in a stochastic-resonance pre-emphasis algorithm," *Journal of Neural Engineering*, May 2021.

[49] J. Huang, P.P. Mercier, "A 112-dB SFDR 89-dB SNDR VCO-based Sensor Front-end Enabled by Background-Calibrated Differential Pulse Code Modulation," *IEEE Journal of Solid-State Circuits*, vol. 56, no. 4, pp. 1046-1057, Apr. 2021. **(VLSI Special Issue)**

[50] P.-H. P. Wang, P.P. Mercier, "A Dual-Mode Wi-Fi/BLE Wake-up Receiver," *IEEE Journal of Solid-State Circuits*, vol. 56, no. 4, pp. 1288-1298, Apr. 2021. **(VLSI Special Issue)**

[51] A. Nikoofard, H. Abbasi Zadeh, P.P. Mercier, "A 0.6-mW 116-FSK Receiver Achieving a Sensitivity of -103 dBm at 100 kb/s," *IEEE Journal of Solid-State Circuits*, vol. 56, no. 4, pp. 1299-1309, Apr. 2021. **(VLSI Special Issue)**

[52] P.-H. Wang, P.P. Mercier, "An Interference-Resilient BLE-Compatible Wake-up Receiver Employing Single-Die Multi-Channel FBAR-Based Filtering and a 4-D Wake-Up Signature," *IEEE Journal of Solid-State Circuits*, vol. 56, no. 4, pp. 416-426, Feb. 2021.

[53] P.-H. Wang, C. Zhang, H. Yang, M. Dunna, D. Bharadia, P.P. Mercier, "A Low-Power Backscatter Modulation System Communicating Across Tens of Meters with Standards-Compliant Wi-Fi Transceivers," *IEEE Journal of Solid-State Circuits*, vol. 55, no. 11, pp. 2959-2969, Nov. 2020. **(ISSCC Special Issue)**

[54] D.-G. Lee, A. Nikoofard, P.P. Mercier, "A -254.1 dB FoM 2.4 GHz Sub-Sampling PLL with a -76 dBc Reference Spur by Employing a Varactor-Based Cancellation Technique," *IEEE Solid-State Circuits Letters*, vol. 3, pp. 102-105, Jul. 2020.

[55] D.-G. Lee, P.P. Mercier, "A Sub-mW 2.4-GHz Active-Mixer-Adopted Sub-Sampling PLL Achieving an FoM of -256 dB," *IEEE Journal of Solid-State Circuits*, vol. 55, no. 6, pp. 1542-1552, Jun. 2020.

[56] H. Jiang, P.-H. Wang, L. Gao, C. Pochet, G.M. Rebeiz, D.A. Hall, P.P. Mercier, "A 22.3-nW, 4.55 $cm^2$ Temperature-Robust Wake-Up Receiver Achieving a Sensitivity of -69.5 dBm at 9 GHz," *IEEE Journal of Solid-State Circuits*, vol. 55, no. 6, pp. 1530-1541, Jun. 2020.

[57] P.P Mercier, J. Wang, "Why Sweat Will Power Your Next Wearable," *IEEE Spectrum*, Jun. 2020. **(Cover article)**

[58] A. Abdulslam, P.P. Mercier, "A Symmetric Modified Multilevel Ladder PMIC for Battery-Connected Applications," *IEEE Journal of Solid-State Circuits*, vol. 55, no. 3, pp. 767-780, Mar. 2020. **(CICC Special Issue)**

[59] X. Wang, P.P. Mercier, "A Dynamically-High-Impedance Charge-Pump-Based LDO with Digital-LDO-Like Properties Achieving a sub-4fs FoM," *IEEE Journal of Solid-State Circuits*, vol. 55, no. 3, pp. 719-730, Mar. 2020 **(CICC Special Issue)**

[60] H. Teymourian, C. Moonla, F. Tehrani, E. Vargas, A. Barfidokht, R. Aghavali, T. Tangkuaram, P.P. Mercier, E. Dassau, J. Wang, "Microneedle-Based Detection of Ketone Bodies along with Glucose and Lactate: Toward Real-Time Continuous ISF Monitoring of Diabetic Ketosis/Ketoacidosis," *Analytical Chemistry*, Dec. 2019.

[61] C. Kim, J. Park, S. Ha, A. Akinin, R. Kubendran, P.P. Mercier, G.C. Cauwenberghs, "A 3 mm × 3 mm Fully Integrated Wireless Power Receiver and Neural Interface System-on-Chip" *IEEE Transactions on Biomedical Circuits and Systems*, vol. 13, no. 6, pp. 1736-1746, Dec. 2019.

[62] J. Warchall, P. Theilmann, Y. Ouyang, H. Garudadri, P. Mercier, "Robust Biopotential Acquisition via a Distributed Multi-Channel FM-ADC," *IEEE Transactions on Biomedical Circuits and Systems*, vol. 13, no. 6, pp. 1229-1242, Dec. 2019. ***(ISSCC Special Issue)***

[63] J. Park, P.P. Mercier, "A sub-10pJ/bit 5Mbps Magnetic Human Body Communication Transceiver," *IEEE Journal of Solid-State Circuits*, vol. 54, no. 11, pp. 3031-3042, Nov. 2019. ***(ISSCC Special Issue)***

[64] A. Abdulslam, P.P. Mercier, "A Passive-Stacked Third-Order Buck Converter with Inherent Input Filtering Achieving 0.7 W/mm$^2$ Power Density and 94% Peak Efficiency," *IEEE Solid-State Circuits Letters*, 2019. ***(ISSCC Special Issue)***

[65] L. Pisha, J. Warchall, T. Zubatiy, S. Hamilton, C.-H. Lee, G. Chockalingam, P.P. Mercier, R. Gupta, B.D. Rao, H. Garudadri, "A Wearable, Extensible, Open-Source Platform for Hearing Healthcare Research," *IEEE Access*, vol. 7, pp. 162083-162101, Nov. 2019.

[66] H. Wang, P.P. Mercier, "A 763 pW 230 pJ/conversion Fully-Integrated CMOS Temperature-to-Digital Converter with +0.81/-0.75°C Inaccuracy," *IEEE Journal of Solid-State Circuits*, vol. 54, no. 8, pp. 2281-2290, Aug. 2019.

[67] C.S. Levy, T.W. Kornack, P.P. Mercier, "Bell-Bloom Magnetometer Linearization by Intensity Modulation Cancellation," *IEEE Transactions on Instrumentation and Measurements*, vol. 69, no. 3, pp. 883-892, Mar. 2019.

[68] S.S. Amin, P.P. Mercier, "A Fully-Integrated Li-ion-Compatible Hybrid 4-Level DC-DC Converter in 28nm FDSOI," *IEEE Journal of Solid-State Circuits*, vol. 54, no. 3, pp. 720-732, Mar. 2019. ***(CICC Special Issue)***

[69] S. Ha, C. Kim, J. Park, G. Cauwenberghs, P. Mercier, "A Fully Integrated RF-powered Energy-Replenishing Current-Controlled Stimulator," *IEEE Transactions on Biomedical Circuits and Systems*, vol. 13, no. 1, pp. 191-202, Feb. 2019.

[70] S.S. Amin, P.P. Mercier, "MISIMO: A Multi-Input Single-Inductor Multi-Output Energy Harvesting Platform in 28nm FDSOI for Powering Net-Zero-Energy Systems," *IEEE Journal of Solid-State Circuits*, vol. 53, no. 12, pp. 3407-3419, Dec. 2018. ***(ISSCC Special Issue)***

[71] A. Fazli Yeknami, X. Wang, I. Jeerapan, S. Imani, A. Nikoofard, J. Wang, P.P. Mercier, "A 0.3V Biofuel-Cell-Powered Glucose/Lactate Biosensing System," *IEEE Journal of Solid-State Circuits*, vol. 53, no. 11, pp. 3126-3139, Nov. 2018. ***(ISSCC Special Issue)***

[72] T. Kan, F. Lu, T.-D. Nguyen, P.P. Mercier, C. Mi, "Integrated Coil Design for EV Wireless Charging Systems Using LCC Compensation Topology," *IEEE Transactions on Power Electronics*, vol. 33, no. 11, pp. 9231-9241, Nov. 2018.

[73] J. Warchall, S. Kaleru, N. Jayapalan, B. Nayak, H. Garudadri, P.P. Mercier, "A 678μW Frequency-Modulation Based ADC with 104dB Dynamic Range in 44kHz Bandwidth," *IEEE Transactions on Circuits and Systems II*, vol. 65, no. 10, pp. 1370-1374, Oct. 2018.

[74] H. Jiang, P.-H. Wang, P.P. Mercier, D.A. Hall, "0.4 V 0.93 nW/kHz Relaxation Oscillator Exploiting Comparator Temperature-Dependent Delay to Achieve 94 ppm/°C Stability," *IEEE Journal of Solid-State Circuits*, vol. 53, no. 10, pp. 3004-3011, Oct. 2018.

[75] J. Kim, J.R. Sempionatto, S. Imani, M.C. Hartel, A. Barfidokht, G. Tang, A.S. Campbell, P.P. Mercier, J. Wang, "Simultaneous Monitoring of Interstitial Fluid and Sweat using a Single Flexible Wearable Iontophoretic-Biosensor Platform," *Advanced Science*, 5, 1800880, Aug. 2018.

[76] T. Kan, Y. Zhang, Z. Yan, P.P. Mercier, C.C. Mi, "A Rotation-Resilient Wireless Charging System for Lightweight Autonomous Underwater Vehicles," *IEEE Transactions on Vehicular Technology,* vol. 67, no. 8, pp. 6935-6942, Aug. 2018.

[77] T. Kan, R. Mai, P.P. Mercier, C. Mi, "Design and Analysis of a Three-Phase Wireless Charging System for Lightweight Autonomous Underwater Vehicles," *IEEE Transactions on Power Electronics,* vol. 33, no. 8, pp. 6622-6632, Aug. 2018.

[78] A. Abdulslam, B. Mohammad, M. Ismail, P.P. Mercier, Y. Ismail, "A 93% Peak Efficiency Fully-Integrated Multilevel Multistate Hybrid DC-DC Converter", *IEEE Transactions on Circuits and Systems I*, vol. 65, no. 8, pp. 2617-2630, Aug. 2018.

[79] J. Huang, F. Laiwalla, J. Lee, L. Cui, V. Leung, A. Nurmikko, P.P. Mercier, "A 0.01mm$^2$ Mostly Digital Capacitor-Less AFE for Distributed Autonomous Neural Sensor Nodes," *IEEE Solid-State Circuits Letters*, vol. 1, no. 7, pp. 162-165, Jul 2018.

[80] H. Wang, X. Wang, J. Park, A. Barfidokht, J. Wang, P.P. Mercier, "A Battery-Powered Wireless Ion Sensing System Consuming 5.5 nW of Average Power," *IEEE Journal of Solid-State Circuits*, vol. 53, no. 7, pp. 2043-2053, Jul. 2018. ***(ESSCIRC Special Issue)***

[81] P.-H. Wang, H. Jiang, L. Gao, P. Sen, Y.-H. Kim, G.M. Rebeiz, P.P. Mercier, D.A. Hall, "A Near-Zero-Power Wake-up Receiver Achieving -69 dBm Sensitivity," *IEEE Journal of Solid-State Circuits*, vol. 53, no. 6, pp. 1640-1652, Jun. 2018.

[82] H. Wang, P.P. Mercier, "A Current-Mode Capacitively-Coupled Chopper Instrumentation Amplifier for Biopotential Recording With Resistive or Capacitive Electrodes," *IEEE Transactions on Circuits and Systems II*, vol. 65, no. 6, pp. 699-703, Jun. 2018.

[83] J. Ramírez, D. Rodriquez, F. Qiao, J. Warchall, J. Rye, E. Aklile, A.S.-C. Chiang, B.C. Marin, P.P. Mercier, C.K. Cheng, K.A. Hutcheson, E.H. Shinn, D.J. Lipomi, "Metallic Nanoislands on Graphene for Monitoring Swallowing Activity in Head and Neck Cancer Patients," *ACS Nano*, vol. 12, no. 6, pp. 5913-5922, Jun. 2018.

[84] H. Wang, P.P. Mercier, "A 3.4 pW 0.4 V 469.3 ppm/°C Five-Transistor Current Reference Generator," in *IEEE Solid-State Circuits Letters*, vol. 1, no. 5, pp. 122-125, May 2018.

[85] P.-H. Wang, H. Jiang, L. Gao, P. Sen, Y.-H. Kim, G.M. Rebeiz, P.P. Mercier, D.A. Hall, "A 6.1 nW Wake-Up Receiver Achieving -80.5 dBm Sensitivity via a Passive Pseudo-Balun Envelope Detector," in *IEEE Solid-State Circuits Letters*, vol. 1, no. 5, pp. 134-137, May 2018.

[86] A.J. Bandodkar, S. Imani, R. Nunez-Flores, R. Kumar, C. Wang, A.M.V. Mohan, J. Wang, P.P. Mercier, "Re-usable electrochemical glucose sensors integrated into a smartphone platform," *Biosensors and Bioelectronics*, vol. 101, pp. 181-187, Mar. 2018.

[87] L.G. Salem, J. Warchall, P.P. Mercier, "A Successive-Approximation Recursive Digital Low-Dropout Voltage Regulator with PD Compensation and Sub-LSB Duty Control," *IEEE Journal of Solid-State Circuits*, vol. 53, no. 1, pp. 35-49, Jan. 2017. ***(ISSCC Special Issue)***

[88] C. Kim, S. Ha, J. Park, A. Akinin, P.P. Mercier, G. Cauwenberghs, "A 144 MHz Fully Integrated Resonant Regulating Rectifier with Hybrid Pulse Modulation for mm-sized Implants," *IEEE Journal of Solid-State Circuits*, vol. 52, no. 11, pp. 3043-3055, Nov. 2017.

[89] D.-G. Lee, P.P. Mercier, "Noise Analysis of Phase-Demodulating Receivers Employing Super-Regenerative Amplification," *IEEE Transactions on Microwave Theory and Techniques*, vol. 65, no. 9, pp. 3299-3311, Sep. 2017.

[90] X. Wang, P.-H. Wang, Y. Cao, P.P. Mercier, "A 0.6V 75nW All-CMOS Temperature Sensor with 1.67m◦C/mV Supply Sensitivity," *IEEE Transactions on Circuits and Systems I: Regular Papers*, vol. 64, no. 9, pp. 2274-2283, Sep. 2017.

[91] L.G. Salem, J.F. Buckwalter, P.P. Mercier, "A Recursive Switched-Capacitor House-of-Cards Power Amplifier," *IEEE Journal of Solid-State Circuits (JSSC)*, vol. 52, no. 7, pp. 1719-1738, Jul. 2017. ***(ESSCIRC Special Issue)***

[92] T.F. O'Connor, M.E. Fach, R. Miller, S.E. Root, P.P. Mercier, D.J Lipomi, "The Language of Glove: Wireless gesture decoder with low-power and stretchable hybrid electronics," *PLoS ONE*, vol. 12, no. 7, e0179766, Jul. 2017.

[93] H. Wang, P.P. Mercier, "Near-Zero-Power Temperature Sensing via Tunneling Currents Through Complementary Metal-Oxide-Semiconductor Transistors," *Scientific Reports*, vol. 7, no. 4427, Jun. 2017. *(highlighted in many press articles such as **Yahoo News, The Engineer**, and others, putting it in the top 5% of all research outputs as scored by Altmetric)*

[94] A.J. Bandodkar, J.-M. You, N.-H. Kim, Y. Gu, R. Kumar, A. M.V. Mohan, J. Kurniawan, S. Imani, T. Nakagawa, B. Parish, M. Parthasarathy, P.P. Mercier, S. Xu, J. Wang, "Soft, stretchable, high power density electronic skin-based biofuel cells for scavenging energy from human sweat," *Energy and Environmental Science*, vol. 10, pp. 1581-1589, Jun. 2017. *(highlighted in many press articles such as* ***Yahoo News, New Scientist****, and others)*

[95] J. Sempionatto, T.T. Nakagawa, A. Pavinatto, S.T. Menash, S. Imani, P. Mercier, J. Wang, "Eyeglasses-based Wireless Electrolyte and Metabolite Sensing Platform," *Lab on a Chip*, vol. 17, pp. 1834-1842, Apr. 2017.

[96] J. Park, H. Garudadri, P.P. Mercier, "Channel Modeling of Miniaturized Battery-Powered Capacitive Human Body Communication Systems," *IEEE Transactions on Biomedical Engineering*, vol. 64, no. 2, pp. 452-462, Feb. 2017.

[97] S. Ha, A. Akinin, J. Park, C. Kim, H. Wang, C. Maier, P.P. Mercier, G.C Cauwenberghs, "Silicon Integrated High-Density Electrocortical Interfaces," *Proceedings of the IEEE*, vol. 105, no. 1, pp. 11-33, Jan. 2017.

[98] L.G Salem, J.G. Louie, P.P. Mercier, "Flying-Domain DC-DC Conversion," *IEEE Journal of Solid-State Circuits (JSSC)*, vol. 51, no. 12, pp. 2830-2842, Dec. 2016. ***(ISSCC Special Issue)***

[99] J. Kim, I. Jeerapan, S. Imani, T.N. Cho, A. Bandodkar, S. Cinti, P.P. Mercier, J. Wang, "Non-Invasive Alcohol Monitoring using a Wearable Tattoo-based Iontophoretic Biosensing System," *ACS Sensors*, vol. 1, no. 8, pp. 1011-1019, Aug. 2016. *(highlighted in many press articles, live radio, and live TV ranging from the* ***BBC, IEEE Spectrum, PC Magazine, Yahoo News, CTV Canada****, etc.)*

[100] D. Ahn and P.P. Mercier, "Wireless Power Transfer with Concurrent 200 kHz and 6.78 MHz Operation in a Single Transmitter Device," *IEEE Transactions on Power Electronics,* vol. 31, no. 7, pp 5018-5029, Jul. 2016. *(highlighted in many press articles from* ***EE Times, phys.org, Science Daily, RF Globalnet****, etc.)*

[101] H. Wang, P.P. Mercier, "A Reference-Free Capacitive-Discharging Oscillator Architecture Consuming 44.4pW/75.6nW at 2.8Hz/6.4kHz," *IEEE Journal of Solid-State Circuits (JSSC)*, vol. 51, no. 6, pp 1423-1435, Jun. 2016.

[102] S. Imani, A.J Bandodkar, A.M.V. Mohan, R. Kumar, S. Yu, J. Wang, P.P. Mercier, "A Wearable Chemical-Electrophysiological Hybrid Biosensing System for Real-Time Health and Fitness Monitoring," *Nature Communications*, vol. 7, May 2016. *(highlighted in over 1000 press articles from* ***Popular Science, NBC News, Gizmodo, CNET,*** *etc., putting it in the top 5% of all research outputs scored by Altmetric)*

[103] R. Cánovas, M. Parrilla, P. Mercier, F.J. Andrade, J. Wang, "Balloon-Embedded Sensors Withstanding Extreme Multiaxial Stretching and Global Bending Mechanical Stress: Towards Environmental and Security Monitoring," *Advanced Materials Technology*, May, 2016.

[104] J. Kim, S. Imani, W. R. de Araujo, J. Warchall, G. Valdés-Ramírez, T. R.L.C. Paixão, P. P. Mercier, J. Wang, "Wearable salivary Uric acid Mouthguard biosensor with integrated Wireless Electronics," *Biosensors & Bioelectronics,* vol. 74, pp 1061-1068, Dec. 2015. *(highlighted in many press articles from the* ***MIT Technology Review, EE Times, KPBS, Science World Report, Inside Science TV****, etc.)*

[105] D. Lee, L.G. Salem, and P.P. Mercier, "Narrowband Transmitters: Ultralow-Power Design," *IEEE Microwave Magazine*, vol. 16, no. 3, pp 130-142, Apr. 2015.

[106] L.G. Salem and P.P. Mercier, "A Recursive Switched-Capacitor DC-DC Converter Achieving 2^N-1 Ratios with High Efficiency over a Wide Output Voltage Range," *IEEE Journal of Solid-State Circuits (JSSC)*, vol. 49, no. 12, pp 2773-2787, Dec. 2014. ***(ISSCC Special Issue)***

[107] S. Bandyopadhyay, P.P. Mercier, A.C Lysaght, K.M. Stankovic, and A.P. Chandrakasan, "A 1.1nW Energy Harvesting System with 544pW Quiescent Power for Next Generation Implants," *IEEE Journal of Solid-State Circuits (JSSC)*, vol. 49, no. 12, pp 2812-2824, Dec. 2014. ***(ISSCC Special Issue)***

[108] W. Jia, X. Wang, S. Imani, A.J. Bandodkar, J. Ramirez, P.P. Mercier, J. Wang, "Wearable textiles biofuel cells for powering electronics*,"* *Journal of Materials Chemistry A*, doi: 10.1039/C4TA04796F, 2014.

[109] P.P. Mercier, S. Bandyopadhyay, A.C Lysaght, K.M. Stankovic, and A.P. Chandrakasan, "A sub-nW 2.4 GHz Transmitter for Low Data-Rate Sensing Applications," *IEEE Journal of Solid-State Circuits (JSSC),* vol. 49, no. 7, pp 1463-1474, Jul. 2014.

[110] J. Kim. G. Valdés-Ramírez, A.J. Bandodkar, W. Jia, A.G. Martinez, J. Ramírez, P. Mercier, J. Wang, "Non-invasive mouthguard biosensor for continuous salivary monitoring of metabolites," *Analyst*, vol. 139, pp 1632-1636, 2014.

[111] P.P. Mercier and A.P. Chandrakasan, "Rapid Wireless Capacitor Charging using a Multi-Tapped Inductively-Coupled Secondary Coil," *IEEE Trans. Circuits and Systems I (TCAS-I),* vol. 60, no. 9, pp 2263-2272, Sep. 2013.

[112] A. Paidimarri, P.M. Nadeau, P.P. Mercier, and A.P. Chandrakasan, "A 2.4GHz Multi-Channel FBAR-based Transmitter With an Integrated Pulse-Shaping Power Amplifier," *IEEE Journal of Solid-State Circuits (JSSC)*, vol. 48, no. 4, pp 1042-1054, Apr. 2013.

[113] P.P. Mercier, A.C Lysaght, S. Bandyopadhyay, A.P. Chandrakasan, and K.M. Stankovic, "Energy extraction from the biologic battery in the inner ear," *Nature Biotechnology* (**Cover Article**), vol. 30, no. 12, pp 1240—1243, Dec. 2012.

See also "Bioelectronics: Power from the ear," ***Nature***, vol. 491, Nov. 8, 2012.

[114] P.P. Mercier and A.P. Chandrakasan, "A Supply-Rail-Coupled eTextiles Transceiver for Body-Area Networks," *IEEE Journal of Solid-State Circuits (JSSC)*, vol. 46, no. 6, pp 1284-1295, Jun. 2011.

[115] P.P. Mercier, M. Bhardwaj, Denis C. Daly and A.P. Chandrakasan, "A Low-Voltage Energy-Sampling IR-UWB Digital Baseband Employing Quadratic Correlation," *IEEE Journal of Solid-State Circuits*, vol. 45, no. 6, pp 1209-1219, Jun. 2010.

[116] D.C. Daly, P.P. Mercier, M. Bhardwaj, A.L. Stone, Z.N. Aldworth, T.L. Daniel, J. Voldman, J.G. Hildebrand, A.P. Chandrakasan, "A Pulsed UWB Receiver SoC for Insect Motion Control," *IEEE Journal of Solid-State Circuits*, vol. 45, no. 1, pp 153-166, Jan. 2010. ***(ISSCC Special Issue)***

[117] P.P. Mercier, D.C. Daly, and A.P. Chandrakasan, "An Energy-Efficient All-Digital UWB Transmitter Employing Dual Capacitively-Coupled Pulse-Shaping Drivers," *IEEE Journal of Solid-State Circuits*, vol. 44, no. 6, pp. 1679 - 1688, Jun. 2009.

[118] A.P. Chandrakasan, F.S. Lee, D.D. Wenztloff, V. Sze, B.P. Ginsburg, P.P. Mercier, D.C. Daly, and R. Blazquez, "Low-Power Impulse UWB Architectures and Circuits," *Proceedings of the IEEE*, vol. 97, pp. 332-352, Feb. 2009.

[119] P.P. Mercier, S. M. Kilambi, and B. Nowrouzian, "Optimization of FRM FIR digital filters over CSD and CDBNS multiplier coefficient spaces employing a novel genetic algorithm," *Journal of Computers*, vol. 2, pp. 20–31, Sep. 2007.

## PEER-REVIEWED CONFERENCE PAPERS


[1] X. Cai, T. Zhang, W. Jie, Y. Zheng, D. Li, Y. Zhang, Y. Zhao, Y. Li, H. Jiang, P. Mercier, H. Wang, "BASS-PLL: A Bandwidth Augmented Sub-Sampling PLL Achieving a Wide Bandwidth above 30% of the Reference Frequency and a Worst Case $FoM_{REF}$ of -247.9dB at 3GHz with a Ring Oscillator," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Apr. 2025.

[2] W.-C.B. Liu, G. Pillonnet, P.P. Mercier, "Closed-loop Control of a Dual-Side Series/Parallel Piezoelectric-based DC-DC Converter," in Proc. *IEEE Applied Power Electronics Conference (APEC)*, Mar. 2025.

[3] M.H.K. Hmada, W.-C.B. Liu, G. Pillonnet, P.P. Mercier, "Merging Hybrid and Multi-Phase Topologies: a 6-Phase Triple-Step-Down DC-DC Converter Achieving up to a 60:1 Voltage Conversion Ratio and $868A/cm^3$ Current Density," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2025.

[4] Z. Lin, J. Wouda, S. Oukassi, G. Pillonnet, P.P. Mercier, "An Autonomous and Lightweight Microactuator Driving System Using Flying Solid-State Batteries," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2025.

[5] A.G. Gadelkarim, P.P. Mercier, "A 3.5mW mm-Wave Low-Noise Active Bandpass Filter Employing an All-Passive Interferer-Cancellation Feedforward Path," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2025.

[6] R. Huo, T. Zhang, W. Jie, Y. Zheng, D. Li, L. Gao, Y. Zhao, H. Jiang, Y. Li, P. Mercier, H. Wang, "A 1.8-to-3.0GHz Fully Integrated All-in-One CMOS Frequency Management Module Achieving -47/+42ppm Inaccuracy from -40 to 95°C and -150/+70ppm After Accelerated Aging," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2025.

[7] T. Zhang, R. Huo, P.P. Mercier, H. Wang, "A 1.2 GHz 5-bit RC-Based Phase Interpolator with High Linearity Achieved by Self-Centering Interpolation and Buffer Delay Matching," in Proc. *IEEE Biomedical Circuits and Systems Conference (BioCAS)*, Oct. 2024.

[8] S. Agarwal, G. Pillonett, H. Lu, N.S.K. Fathy, P.P. Mercier, "A Current-Source-Free Constant-Current Wireless Adiabatic Neural Stimulator Achieving a 5.5-27.7x Improved RF-to-Electrode Stimulation Efficiency Factor," in Proc. *IEEE VLSI Symposium*, Jun. 2024.

[9] T. Zhang, D. Zhang, P.P. Mercier, H. Wang, "Design and Analysis of a Family of pW-Level Sub-1V CMOS VRGs by Stacking a Current-Source Transistor and a Resistive-Load Transistor," in Proc. *IEEE International Symposium on Circuits and Systems (ISCAS)*, May. 2024.

[10] R. Burns, A. Wiechmann, P. Sadeghi, N. Lobandi, N. Fathy, R. Huang, N. Sun, P.P. Mercier, "A 24.4μW Room Temperature Gas Sensor based on Molecularly Imprinted Polymers Demonstrating SARS-Cov-2 and D-Glucose Aerosol Sensing," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Apr. 2024.

[11] A. Gadelkarim, P.P. Mercier, "A 18.2mW Subsampling mm-Wave Receiver Employing a Subtractive Anti-Aliasing Active Bandstop Filter at 23GHz," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Apr. 2024.

[12] W.-C.B. Liu, P.P. Mercier, "A Merged Backside Series/Parallel Hybrid Piezoelectric-Resonator-Based DC-DC Converter," in Proc. *IEEE Applied Power Electronics Conference and Exposition (APEC)*, Feb. 2024.

[13] W.-C.B. Liu, G. Pillonnet, P.P. Mercier, "An Integrated Dual-Side Series/Parallel Piezoelectric Resonator-based 20-to-2.2V DC-DC Converter Achieving a 310% Loss Reduction," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2024.

[14] H.R. Kooshkaki, P.P. Mercier, "A 0.75mW Receiver Front-end for NB-IoT," in Proc. *IEEE Radio Frequency Integrated Circuits Symposium (RFIC)*, Jun. 2023.

[15] G. Pillonnet, M. Kamel, P.P. Mercier, "Normalized Benchmarking of Hybrid Switched-Capacitor DC-DC Converters," in Proc. *IEEE Workshop on Control and Modeling for Power Electronics (COMPEL)*, Jun. 2023.

[16] J. Wu, A. Akinin, M. Lee, A. Paul, H. Lu, Y. Park, P. Fowler, S.-J. Kim, P.P. Mercier, G.C. Cauwenberghs, "A Low-Noise 0.001Hz-1kHz Sample-Level Duty-Cycling Neural Recording System-on-Chip," in Proc. *IEEE International Circuits and Systems Conference (ISCAS)*, May. 2023. **(Best Runner Up Paper Award; Women in Circuits and Systems Runner Up Award)**

[17] W.-C.B. Liu, P.P. Mercier, "A Series/Parallel Magnetic-Less Step-Down Converter based on Piezoelectric Resonators," in Proc. *IEEE Applied Power Electronics Conference (APEC)*, Mar. 2023.

[18] S.-H. Kuo, M. Dunna, H. Lu, A. Agarwal, D. Bharadia, P.P. Mercier, "An LTE-harvesting BLE-to-WiFi Backscattering Chip for Single-Device RFID-like Interrogation," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2023.

[19] C. Hardy, H. Pham, M.M. Jatlaoui, F. Voiron, T. Xie, P.-H. Chen, S. Jha, P.P. Mercier, H.-P. Le, "A Scalable Heterogeneous Integrated Two-Stage Vertical Power Delivery Architecture for High Performance Computing," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2023.

[20] C.B. Gungor, P.P. Mercier, H. Toreyin, "A Stochastic Resonance P and T-Wave Detection Algorithm," in Proc. *IEEE Engineering in Medicine and Biology Society Conference (EMBC)*, Jul. 2022.

[21] S.-K. Kuo, M. Dunna, D. Bharadia, P.P. Mercier, "A WiFi and Bluetooth Backscattering Combo Chip Featuring Beam Steering via a Fully-Reflective Phased-Controlled Multi-Antenna Termination Technique Enabling Operation Over 56 Meters," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2022.

[22] C.B. Gungor, P. Mercier, H. Toreyin, "A 3.75 nW Analog Electrocardiogram Processor Facilitating Stochastic Resonance for Real-Time R-Wave Detection," in Proc. *IEEE Biomedical Circuits and Systems Conference (BioCAS)*, Jun. 2021.

[23] A. Akinin, J.M. Ford, J. Wu, J. Park, H.D. Thacker, G. Cauwenberghs, P.P. Mercier, "Maximizing Wireless Power Transfer to Intraocular Implants under Unconstrained Eye Movements," in Proc. *IEEE EMBS Conference on Neural Engineering*, May 2021.

[24] M. Dunna, M. Meng, P.-H. Wang, C. Zhang, P. Mercier, D. Bharadia, "SyncScatter: Enabling WiFi like synchronization and range for WiFi backscatter Communication," *Symposium on Networked Systems Design and Implementation (NSDI)*, pp. 923-937, Apr. 2021. [journal equivalent conference]

[25] A. Abdulsalm, P.P. Mercier, "A 98.2%-Efficiency Reciprocal Direct Charge Recycling Inductor-First DC-DC Converter," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2021.

[26] J. Huang, P.P. Mercier, "A Distortion-Free VCO-based Sensor-to-Digital Front-end Achieving 178.9-dB FoM and 128-dB SFDR with a Calibration-Free Differential Pulse Code Modulation Technique," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2021.

[27] M. Meng, M. Dunna, H. Yu, S. Kuo, D. Bharadia, P.P. Mercier, "Improving the Range of Wi-Fi Backscatter via a Passive Retro-Reflective Single-Side-Band-Modulating MIMO Array and Non-Absorbing Termination," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2021.

[28] C. Pochet, J. Huang, P.P. Mercier, D.A. Hall, "A 400mVpp, 92.3 dB-SNDR, 1kHz-BW, 2nd-order VCO-based ExG-to-Digital Front-End Using a Multiphase Gated-Inverted Ring-Oscillator Quantizer," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2021.

[29] A. Akinin, J. Ford, J. Wu, C. Kim, H. Thacker, P.P. Mercier, G.C. Cauwenberghs, "An Optically-Addressed Nanowire-Based Retinal Prosthesis with 73% RF-to-Stimulation Power Efficiency and 20nC-3uC Wireless Charge Telemetering," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2021. ***(IEEE Brain Technical Community and IEEE Solid-State Circuits Society 2021 Brain-Related Best Paper Award – Honorable Mention)***

[30] J. Lee, A.-H. Lee, V. Leung, J. Huang, P. Asbeck, P.P. Mercier, S. Shellhammer, L. Larson, F. Laiwalla, A. Nurmikko, "A Wireless Network of Microimplants for Neural Recording and Microstimulation," in Proc. *IEEE Brain Workshop on Advanced Neural Technologies*, Oct. 2020.

[31] J. Huang, P.P. Mercier, "A -105dB THD 87dB-SNDR VCO-based Sensor Front-end Enabled by Background-Calibrated Differential Pulse Code Modulation," in Proc. *IEEE Symposium on VLSI Circuits*, Jun. 2020. ***(Best student paper award nominee)***

[32] P.-H. Wang, P.P. Mercier, "A 4.4µW -92/-90.3dBm Sensitivity Dual-mode BLE/Wi-Fi Wake-up Receiver," in Proc. *IEEE Symposium on VLSI Circuits*, Jun. 2020. ***(Best student paper award nominee)***

[33] A. Nikoofard, H. Abbasi Zadeh, P.P. Mercier, "A 920MHz 16-FSK Receiver Achieving a Sensitivity of -103dBm at 0.6mW via an Integrated N-Path Filter Bank," in Proc. *IEEE Symposium on VLSI Circuits*, Jun. 2020.

[34] H.R. Kooshkaki, P.P. Mercier, "A 0.55mW Fractional-N PLL with a DC-DC Powered Class-D VCO Achieving Better than -66dBc Fractional and Reference Spurs for NB-IoT," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Mar. 2020.

[35] S.S. Amin, P.P. Mercier, "H-SIMO: A Hybrid Single-Inductor Multi-Output 5-Level Thin-Oxide Power Management Unit Achieving 91.4% Efficiency from Li-ion Battery Voltages in 28nm FD-SOI," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Mar. 2020.

[36] X. Wang, P.P. Mercier, "A 11.1nJ-Start-up 16/20MHz Crystal Oscillator with Multi-Path Feedforward Negative Resistance Boosting and Optional Dynamic Pulse Width Injection," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Mar. 2020.

[37] P.-H. Wang, C. Zhang, H. Yang, D. Bharadia, P.P. Mercier, "A 28µW IoT Tag That Can Communicate with Commodity WiFi Transceivers via a Single-Side-Band QPSK Backscatter Communication Technique," in Proc. IEEE *International Solid-State Circuits Conference (ISSCC)*, Feb. 2020.

[38] G. Carfano, H. Murguia, P. Gudem, P.P. Mercier, "Impact of FR1 5G NR Jammers on UWB Indoor Position Location Systems," in Proc. *International Conference on Indoor Positioning and Indoor Navigation (IPIN)*, Oct. 2019.

[39] X. Wang, P.P. Mercier, "A Charge-Pump-based Digital LDO Employing an AC-Coupled High-Z Feedback Loop Towards a sub-4fs FoM and a 105,000x Stable Dynamic Current Range," *IEEE Custom Integrated Circuits Conference (CICC)*, Apr. 2019. ***(Outstanding student paper award nominee)***

[40] A. Abdulslam, B.H. Lam, P.P Mercier, "A Battery-Connected Symmetric Modified Multilevel Ladder Converter Achieving 0.45W/mm$^2$ Power Density and 90% Peak Efficiency," *IEEE Custom Integrated Circuits Conference (CICC)*, Apr. 2019.

[41] V.W. Leung, L. Cui, S. Alluri, J. Lee, J. Huang, E. Mok, S. Shellhammer, R. Rao, P. Asbeck, P.P. Mercier, L. Larson, A. Nurmikko, F. Laiwalla, "Distributed Microscale Brain Implants with Wireless Power Transfer and Mbps Bi-directional Networked Communications," *IEEE Custom Integrated Circuits Conference (CICC)*, Apr. 2019.

[42] J. Lee, E. Mok, J. Huang, L. Cui, A.-H. Lee, V. Leung, P.P. Mercier, S. Shellhammer, L. Larson, R.R. Rao, Y.-K. Song, A. Nurmikko, F. Laiwalla, "An Implantable Wireless Network of Distributed Microscale Sensors for Neural Applications," *IEEE EMBS Conference on Neural Engineering (NER)*, Mar. 2019.

[43] P.-H. Wang, P.P. Mercier, "A 220µW -85dBm Sensitivity BLE-compliant Wake-up Receiver Achieving -60dB SIR via Single-Die Multi-Channel FBAR-based Filtering and a 4-Dimentional Wake-Up Signature," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2019.

[44] J. Warchall, P. Thielmann, Y. Ouyang, H. Garudadi, P.P. Mercier, "A Rugged Wearable Modular ExG Platform Employing a Distributed Scalable Multi-Channel FM-ADC Achieving 101dB Input Dynamic Range and Motion-Artifact Resilience," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2019.

[45] J. Park, P. P. Mercier, "A sub-40µW 5Mb/s Magnetic Human Body Communication Transceiver Demonstrating Trans-Body Delivery of High-Fidelity Audio to a Wearable In-Ear Headphone," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2019.

[46] A. Abdulslam, P.P. Mercier, "A Continuous-Input-Current Passive-Stacked Third-Order Buck Converter Achieving 0.7W/mm$^2$ Power Density and 94% Peak Efficiency," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2019.

[47] F. Laiwalla, J. Lee, J. Huang, V. Leung, L. Larson, P. Mercier, S. Shellhammer, R. Rao, P. Asbeck, A. Nurmikko, "A Wireless Microscale Sensor Network for Chronic Implantable Neural Interfaces," *IEEE Brain Initiative Workshop on Advanced NeuroTechnologies*, Nov. 2018.

[48] J. Warchall, S. Kaleru, N. Jayapalan, B. Nayak, H. Garudadri, P.P. Mercier, "A 678µW Frequency-Modulation Based ADC with 104dB Dynamic Range in 44kHz Bandwidth," in Proc. *IEEE International Symposium on Integrated Circuits and Systems (ISICAS)*, Sep. 2018.

[49] D.-G. Lee, P.P. Mercier, "AMASS PLL: An Active-Mixer-Adopted Sub-Sampling PLL Achieving an FOM of -255.5dB and a Reference Spur of -66.5dBc," in Proc. *IEEE VLSI Symposium*, Jun. 2018.

[50] S.S. Amin, P.P. Mercier, "A 78%-Efficiency Li-ion-Compatible Fully-Integrated Modified 4-Level Converter with 0.01-40mW DCM-Operation in 28nm FDSOI," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Apr. 2018. ***(Outstanding student paper award nominee)***

[51] S.S. Amin, P.P. Mercier, "MISIMO: A Multi-Input Single-Inductor Multi-Output Energy Harvester Employing Event-Driven MPPT Control to Achieve 89% Peak Efficiency and a 60,000x Dynamic Range in 28nm FDSOI," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2018.

[52] A. Fazli Yeknami, X. Wang, S. Imani, A. Nikoofard, I. Jeerapan, J. Wang, P.P. Mercier, "A 0.3V Biofuel-Cell-Powered Glucose/Lactate Biosensing System Employing a 180nW 64dB SNR Passive $\Delta\Sigma$ ADC and a 920MHz Wireless Transmitter," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2018.

[53] L.G. Salem, P.P. Mercier, "A sub-1.55mV Accuracy 36.9ps FOM Digital Low-Dropout Regulator Employing Switched-Capacitor Resistance," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, Feb. 2018.

[54] H. Wang, P.P. Mercier, "A 113 pW Fully Integrated CMOS Temperature Sensor Operating at 0.5 V," in Proc. *IEEE Sensors Conference*, Nov. 2017.

[55] J. Park, C. Kim, A. Akinin, G.C. Cauwenberghs, P.P. Mercier, "Wireless Powering of mm-Scale Fully-on-Chip Neural Interfaces," in Proc. *IEEE Biomedical Circuits and Systems Conference (BioCAS)*, Oct. 2017.

[56] H. Wang, X. Wang, J. Park, A. Barfidokht, J. Wang, P.P. Mercier, "A 5.5nW Battery-Powered Wireless Ion Sensing System," in Proc. *IEEE European Solid-State Circuits Conference (ESSCIRC)*, Sep. 2017.

[57] H. Wang, P.P. Mercier, "A 420fW Self-Regulated 3T Voltage Reference Generator Achieving 0.47%/V Line Regulation from 0.4-to-1.2V," in Proc. *IEEE European Solid-State Circuits Conference (ESSCIRC)*, Sep. 2017.

[58] H. Wang, P.P. Mercier, "A 1.6%/V 124.2pW 9.3Hz Relaxation Oscillator Featuring a 49.7pW Voltage and Current Reference Generator," in Proc. *IEEE European Solid-State Circuits Conference (ESSCIRC)*, Sep. 2017.

[59] P.-H. Wang, H. Jiang, L. Gao, P. Sen, Y.-H. Kim, G. Rebeiz, P.P. Mercier, D.A. Hall, "A 400 MHz 4.5 nW -63.8 dBm Sensitivity Wake-up Receiver Employing an Active Pseudo-Balun Envelope Detector," in Proc. *IEEE European Solid-State Circuits Conference (ESSCIRC)*, Sep. 2017.

[60] T. Ajayi, K. Al-Hawaj, A. Amarnath, S. Dai, S. Davidson, P. Gao, G. Liu, A. Lotfi, J. Puscar, A. Rao, A. Rovinski, L. Salem, N. Sun, C. Torng, L. Vega, B. Veluri, X. Wang, S. Xie, C. Zhao, R. Zhao, C. Batten, R.G. Dreslinski, I. Galton, R.K. Gupta, P.P. Mercier, M. Srivastava, M.B. Taylor, Z. Zhang, "Celerity: An Open Source RISC-V Tiered Accelerator Fabric," *IEEE Hot Chips*, Aug. 2017.

[61] C. Kim, S. Ha, A. Akinin, J. Park, R. Kudendran, H. Wang, P.P. Mercier, G.C. Cauwenberghs, "Design of Miniaturized Wireless Power Receivers for mm-sized Implants," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, May 2017. DOI: 10.1109/CICC.2017.7993703 ***(Invited)***

[62] T. Kan, P.P. Mercier, C. Mi, "A Three-Phase Wireless Charging System for Lightweight Autonomous Underwater Vehicles," in Proc. *IEEE Applied Power Electronics Conference & Exposition (APEC)*, pp. 1407-1411, Mar. 2017. DOI: 10.1109/APEC.2017.7930881

[63] H. Jiang, P.-H. Wang, L. Gao, P. Sen, Y.-H. Kim, G. Rebeiz, D. Hall, P.P. Mercier, "A 4.5nW Wake-Up Radio with -69dBm Sensitivity," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, vol. 60, pp. 416-417, Feb. 2017. DOI: 10.1109/ISSCC.2017.7870438

[64] L.G. Salem, P.P. Mercier, "A 0.4-1V 1MHz-to-2GHz Switched-Capacitor Adiabatic Clock Driver Achieving 55.6% Clock Power Reduction," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, vol. 60, pp. 442-443, Feb. 2017. DOI: 10.1109/ISSCC.2017.7870451

[65] L.G. Salem, J. Warchall, P.P. Mercier, "A 100nA-2mA Successive-Approximation Digital LDO with PD Compensation and sub-LSB Duty Control Achieving a 15.1ns Response-Time at 0.5V," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, vol. 60, pp. 340-341, Feb. 2017. DOI: 10.1109/ISSCC.2017.7870400

[66] L.G. Salem, J.F Buckwalter, P.P. Mercier, "A Recursive House-of-Cards Digital Power Amplifier Employing a λ/4-less Doherty Power Combiner in 65nm CMOS," in Proc. *IEEE*

*European Solid-State Circuits Conference (ESSCIRC)*, vol. 42, pp. 189-192, Sep. 2016. DOI: 10.1109/ESSCIRC.2016.7598274

[67] C. Kim, J. Park, A. Akinin, S. Ha, R. Kubendran, H. Wang, P.P. Mercier, G.C. Cauwenberghs, "A Fully Integrated 144 MHz Wireless-Power-Receiver-on-Chip with an Adaptive Buck-Boost Regulating Rectifier and Low-Loss Fractal Signal Distribution," in Proc. *IEEE VLSI Symposium*, June 2016. DOI: 10.1109/VLSIC.2016.7573492

[68] H. Wang and P.P. Mercier, "A 14.5 pW, 31 ppm/°C Resistor-Less 5 pA Current Reference Employing A Self-Regulated Push-Pull Voltage Reference Generator," in Proc. *IEEE International Symposium on Circuits and Systems (ISCAS)*, pp. 1290-1293, May 2016. DOI: 10.1109/ISCAS.2016.7527442

[69] S. Imani, A.J. Bandodkar, J. Kim, J. Wang, P.P. Mercier, "Wearable Chemical Sensors: Opportunities and Challenges," in Proc. *IEEE International Symposium on Circuits and Systems (ISCAS)*, pp. 1122-1125, May 2016. DOI: 10.1109/ISCAS.2016.7527442

[70] J. Warchall, A. Balakrishnan, O. Balkan, W.D. Hairston, P. Theilmann, P.P. Mercier, H. Garudadri, "A Multi-Channel EEG System Featuring Single-Wire Data Aggregation via FM-FDM Techniques," in Proc. *IEEE International Symposium on Circuits and Systems (ISCAS)*, pp. 526-529, May 2016. DOI: 10.1109/ISCAS.2016.7527293

[71] L.G. Salem, J. G. Louie, and P.P. Mercier, "A Flying-Domain DC-DC Converter Powering a Cortex M0 Processor with 90.8% Efficiency," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, vol. 59, pp. 234-236, Feb. 2016. DOI: 10.1109/ISSCC.2016.7417993

[72] D.-G. Lee and P.P. Mercier, "A 1.65 mW PLL-free PSK Receiver Employing Super-regenerative Phase Sampling," in Proc. *IEEE Biomedical Circuits and Systems Conference*, Oct. 2015. DOI: 10.1109/BioCAS.2015.7348307

[73] J.-H. Lin, H. Liu, C.-H. Liu, P. Lam, G.-Y. Pan, H. Zhaung, I. Kang, P.P. Mercier, C.-K. Cheng, "An Interdigitated Non-Contact ECG Electrode for Impedance Compensation and Signal Restoration," in Proc. *IEEE Biomedical Circuits and Systems Conference*, Oct. 2015. DOI: 10.1109/BioCAS.2015.7348421

[74] L.G. Salem and P.P. Mercier, "A Single-Inductor 7+7 Ratio Reconfigurable Resonant Switched-Capacitor DC-DC Converter with 0.1-to-1.5V Output Voltage Range," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Sep. 2015.

[75] H. Wang and P.P. Mercier, "A 51 pW Reference-Free Capacitive-Discharging Oscillator Architecture Operating at 2.8 Hz," in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Sep. 2015. ***[Best student paper nomination]***

[76] J. Park and P.P. Mercier, "Magnetic Human Body Communication," in Proc. *IEEE Engineering in Medicine and Biology Society Conference (EMBC)*, Aug. 2015. *(highlighted in many press articles from the **MIT Technology Review, Fortune, IEEE Spectrum, Engadget,** etc.)*

[77] A. Yeung, H. Garudadri, C. Van Toen, P.P. Mercier, O. Balkan, S. Makeig, and N. Virji-Babul, "Comparison of Foam-Based and Spring-Loaded Dry EEG Electrodes with Wet Electrodes in Resting and Moving Conditions," in Proc. *IEEE Engineering in Medicine and Biology Society Conference (EMBC)*, Aug. 2015.

[78] L.G. Salem and P.P. Mercier, "A Battery-Connected 24-Ratio Switched Capacitor PMIC Achieving 95.5%-Efficiency," in Proc. *IEEE Symposium on VLSI Circuits*, Jun. 2015.

[79] S. Ha, A. Akinin, J. Park, C. Kim, H. Wang, C. Maier, G. Cauwenberghs, P.P. Mercier, "A 16-Channel Wireless Neural Interfacing SoC With RF-powered Energy-Replenishing Adiabatic Stimulation," in Proc. *IEEE Symposium on VLSI Circuits*, Jun. 2015. ***[Highlighted paper]***

[80] C. Kim, S. Ha, J. Park, A. Akinin, P.P. Mercier, G. Cauwenberghs, “A 144MHz Integrated Resonant Regulating Rectifier with Hybrid Pulse Modulation,” in Proc. *IEEE Symposium on VLSI Circuits*, Jun. 2015.

[81] L.G. Salem and P.P. Mercier, “A Footprint-Constrained Efficiency Roadmap for on-Chip Switched-Capacitor DC-DC Converters,” in Proc. *IEEE International Symposium on Circuits and Systems (ISCAS)*, May 2015.

[82] T.-C. Chou, R. Subramanian, J. Park, P.P. Mercier, “A Miniaturized Ultrasonic Power Delivery System,” in Proc. *IEEE Biomedical Circuits and Systems Conference (BioCAS)*, Oct. 2014.

[83] L. Salem and P.P. Mercier, “A 45-Ratio Recursively Sliced Series-Parallel Switched-Capacitor DC-DC Converter Achieving 86% Efficiency,” in Proc. *IEEE Custom Integrated Circuits Conference (CICC)*, Sep. 2014.

[84] L. Salem and P.P. Mercier, “An 85%-Efficiency Fully-Integrated 15-Ratio Recursive Switched-Capacitor DC-DC Converter With 0.1-2.2V Output Voltage Range,” in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, pp. 88-89, Feb. 2014.

[85] S. Bandyopadhyay, P.P. Mercier, A.C Lysaght, K.M. Stankovic, and A.P. Chandrakasan, “A 1.1nW Energy Harvesting System with 544pW Quiescent Power for Next Generation Implants,” in Proc. *IEEE International Solid-State Circuits Conference (ISSCC)*, pp.396-397, Feb. 2014.

[86] H. Su, H. Liu, S-H.Weng, H. Wang, A. Presswala, H. Zhuang, J-H. Lin, P. Mercier, and C-K. Cheng, “A Non-contact Biopotential Sensing System With Motion Artifact Suppression,” in Proc. *IEEE International Conference on Communications, Circuits, and Systems*, Nov. 2013.

[87] P.P. Mercier, S. Bandyopadhyay, A.P. Chandrakasan, “Enabling sub-nW RF Circuits through Subthreshold Leakage Management,” in Proc. *IEEE SOI-3D-Subthreshold Microelectronics Technology Unified Conference*, pp. 26-27, Oct. 2013.

[88] P.P. Mercier, S. Bandyopadhyay, A.C Lysaght, K.M. Stankovic, and A.P. Chandrakasan, “A 78 pW 1 b/s 2.4 GHz Radio Transmitter for Near-Zero-Power Sensing Applications,” in Proc. *IEEE European Solid-State Circuits Conf. (ESSCIRC),* pp. 133-136, Sep. 2013.

[89] A. Paidimarri, P.M. Nadeau, P.P. Mercier, and A.P. Chandrakasan, “A 440pJ/bit 1Mb/s 2.4GHz Multi-Channel FBAR-based TX and an Integrated Pulse-shaping PA,” in Proc. *IEEE Symposium on VLSI Circuits*, pp.34-35, Jun. 2012.

[90] P.M. Nadeau, A. Paidimarri, P.P. Mercier, and A.P. Chandrakasan, “Multi-channel 180pJ/b 2.4GHz FBAR-based Receiver,” in Proc. *IEEE Radio Freq. IC Symp. (RFIC)*, Jun. 2012.

[91] P.P. Mercier, A.P. Chandrakasan, "A 110μW 10Mb/s eTextiles Transceiver for Body Area Networks with Remote Batter Power," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC) Dig. Tech. Papers*, pp. 496-497, Feb. 2010.

[92] P.P. Mercier, M. Bhardwaj, D.C. Daly, and A.P. Chandrakasan, “A 0.55V 16Mb/s 1.6mW Non-Coherent IR-UWB Digital Baseband with ±1ns Synchronization Accuracy," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC) Dig. Tech. Papers*, pp. 252-253, Feb. 2009.

[93] D.C. Daly, P.P. Mercier, M. Bhardwaj, A. L. Stone, J. Voldman, R. B. Levine, J. G. Hildebrand, A. P. Chandrakasan, "A Pulsed UWB Receiver SoC for Insect Motion Control," in Proc. *IEEE International Solid-State Circuits Conference (ISSCC) Dig. Tech. Papers*, pp. 200-201, Feb. 2009.

[94] P.P. Mercier, D.C. Daly, and A.P Chandrakasan, “A 19pJ/pulse UWB Transmitter with Dual Capacitively-Coupled Digital Power Amplifiers,” in *Proc. IEEE Radio Freq. IC Symp. (RFIC),* Jun. 2008.

[95] P.P. Mercier, D. C. Daly, M. Bhardwaj, D. D. Wentzloff, F. S. Lee, and A. P. Chandrakasan, "Ultra-low-power UWB for sensor network applications," in *Proc. IEEE International Conference on Circuits and Systems (ISCAS)*, May 2008.

[96] D.C. Daly, M. Bhardwaj, F. S. Lee, P.P. Mercier, D. D. Wenztloff, J. Voldman, A. P. Chandrakasan, "Energy Efficient Pulsed-UWB Transceiver for Insect Flight Control," in *Government Microcircuit Applications & Critical Technology Conference (GOMACTech)*, pp. 401-404, Mar. 2008.

[97] D. D. Wentzloff, F. S. Lee, D. C. Daly, M. Bhardwaj, P.P. Mercier, and A. P. Chandrakasan, "Energy efficient pulsed-UWB CMOS circuits and systems," in *Proc. IEEE Int. Conf. Ultra-wideband (ICUWB)*, Sep. 2007.

[98] K. Boyle, P.P. Mercier, N. Sadeghi, V. Gaudet, C. Schlegel, C. Winstead, M. Kashyap, "Design and Implementation of an All-Analog Fast-Fourier Transform Processor," in *Proc. IEEE Midwest Symp. on Circuits and Systems (MWCAS)*, Aug. 2007, pp. 1532 – 1535.

[99] P.P. Mercier, S. Singh, K. Iniewski, B. Moore, and P. O'Shea, "Yield and cost modeling for 3D chip stack technologies," in *Proc. IEEE Custom Integr. Circuits Conf. (CICC)*, Sep. 2006, pp. 357–360.

[100] P.P. Mercier and B. Nowrouzian, "Design of FRM digital filters over the CSD multiplier coefficient space employing genetic algorithms," in *Proc. IEEE Int. Conf. on Acoust., Speech and Signal Process. (ICASSP)*, May 2006.

[101] P.P. Mercier and B. Nowrouzian, "A genetic algorithm for the design and optimization of FRM digital filters over a canonical double-base multiplier coefficient space," in *Proc. IEEE International Conference on Circuits and Systems (ISCAS)*, May 2006.

[102] K. Iniewski, C. Siu, S. Kilambi, S. Khan, B. Crowley, P.P. Mercier, and C. Schlegel, "Ultra-low power circuit and system design trade-offs for smart sensor network applications," in *Proc. IEEE Int. Conf. on Inf. and Comm. Tech.*, p. 309–321, Dec. 2005.

## TUTORIALS

[1] P.P. Mercier, "Enabling Standards-Compliant Wireless Communications at >100x Lower Power," *Tutorial Presented at the International Microwave Symposium* (IMS), Atlanta, GA (virtual due to COVID-19), Jun. 2021.

[2] P.P. Mercier, "Interface Circuits for Wearable and Implantable Sensing Systems," *Tutorial presented at the IEEE International Solid-State Circuits Conference (ISSCC)*, San Francisco, CA, Feb. 2020.

[3] P. P. Mercier, "Physiochemical Interface Circuits for Wearable and Implantable Sensing Systems," *IEEE Solid-State Circuits Society ISSCCedu online mini-course*, San Francisco, CA, Feb. 2020.

[4] P.P. Mercier, "Building Li-ion-compatible DC-DC Converters in Scaled CMOS," *IEEE Solid-State Circuits Society CICCedu online mini-course*, Austin, TX, Apr. 2019.

[5] P.P Mercier, "Power Management for the Internet-of-Things," *Tutorial presented at the IEEE Custom Integrated Circuits Conference (CICC)*, Austin, TX, Apr. 2019.

[6] P.P. Mercier, "Nanowatt wake-up radios: exploring power and sensitivity trade-offs," *Tutorial presented at the IEEE International Microwave Symposium (IMS),* Philadelphia, PA, June 2018.

[7] P.P. Mercier, "Design of Low-Power Wake-up Radios for IoT Applications," *Tutorial presented at the IEEE Custom Integrated Circuits Conference (CICC)*, San Diego, CA, April 2018.

[8] P.P. Mercier, "Unawearables: new wearable sensors and circuits for unobtrusive health and fitness monitoring," *Tutorial presented at the IEEE European Solid-State Circuits Conference (ESSCIRC)*, Leuven, Belgium, Sep. 2017.

[9] P.P. Mercier, "Improving Battery-Life of Deeply Duty-Cycled IoT Nodes via Ultra-Low-Power Wake-up Receivers," *Tutorial presented at the IEEE International Microwave Symposium (IMS)*, Honolulu, HI, Jun. 2017.

[10] P.P. Mercier, "Ultra-Low-Power RC Oscillators," *Tutorial presented at the IEEE International Microwave Symposium (IMS)*, Honolulu, HI, Jun. 2017.

## INVITED ABSTRACTS, PRESENTATIONS, AND POSTERS

[1] P.P. Mercier, "Wearable, Ingestible, and Implantable Wireless Sensing Systems for Healthcare Applications," *Presented at the Department of Neurosciences-Digital Tools and Wearable Devices Seminar*, La Jolla, CA, May. 2025.

[2] P.P. Mercier, "Wearable, Ingestible, and Implantable Wireless Sensing Systems for Healthcare Applications," *Presented at the LINKJ Special Symposium*, Tokyo, Japan, Apr. 2025.

[3] P.P. Mercier, "Ambient IoT: Power and Connecting the Next Information Frontier," *Presented at the University of California, Berkeley*, Berkeley, CA, Feb. 2025.

[4] P.P. Mercier, "Directions in Wearable Sensing," *Presented at the EverythingALS and ALSOne Neurotech Day*, Nov. 2024.

[5] P.P. Mercier, "Unawearables: Enabling Unobtrusive Wearable Devices via Smart Sensors and Low-Power Wireless Circuits," *Presented at the UC Davis ECE Department Distinguished Seminar Series*, Nov. 2024.

[6] P.P. Mercier, "Low-Power Wearable and Ingestible Physiochemical Monitoring Devices," *Presented at the Medical Wearables Conference*, Oct. 2024.

[7] P.P. Mercier, "Low-Power Standards-Compatible Wireless Communication Circuits for Next-Generation IoT and Wearable Applications," *Presented at the Tokyo Institute of Technology*, Tokyo, Japan, Jul. 2024.

[8] P.P. Mercier, "Low-Power Sensing and Wireless Communication Circuits," *Presented at the IEEE Internet of Things Vertical and Topical Summit*, Jan. 2024.

[9] P.P. Mercier, "Low-Power and Energy-Efficient Integrated Circuit Design for a Sustainable Future," *Presented at the IEEE Solid-State Circuits Society and Power Electronics Society: ICs Addressing Societal Grand Challenges: Sustainability and Climate Change Seminar*, Sep. 2023.

[10] P.P. Mercier, "Enabling Low-Power yet Standards Compatible Wireless Communication via Wake-Up Receivers and Backscatter Circuits," *Presented at the IEEE International Microwaves Symposium*, San Diego, CA, Jun. 2023.

[11] P.P. Mercier, "Next-Generation Wearable Hybrid Physiochemical Sensing Systems," *Presented at the Cali-Baja Symposium*, La Jolla, CA, Apr. 2023.

[12] P.P. Mercier, "Unawareables: Building Invisible yet Useful Wearable Devices," *Chancellor's Associates Colloquium*, La Jolla, CA, Mar. 2023.

[13] P.P. Mercier, "Next-Generation Wearable Sensor Technologies," *Presented at the National Academy of Engineering Southern California Regional Symposium*, San Diego, CA, Mar. 2023.

[14] P.P. Mercier, "Wearable Sensors and Low-Power WiFi-Compatible Communication Circuits for Emerging IoT Applications," *Presented at the Medical Wearables Conference*, Dec. 2022.

[15] P.P. Mercier, "Ultra-low-power Integrated Circuits and Physiochemical Sensors for Next-Generation Unawareables," *Presented at the BioXTech virtual group*, Dec. 2022.

[16] P.P. Mercier, "Energy Harvesting and Self-Powered Sensing for Miniaturized IoT and Unawareable Devices," *Presented at the ACM International Workshop on Energy Harvesting & Energy-Neutral Sensing,* Boston, CA, Nov. 2022.

[17] P.P. Mercier, "Unaware-ables: Low-Power, Robust, and Useful Wearable Devices", *Presented at the IEEE International Microwave Symposium*, Denver, CO, Jun. 2022.

[18] P.P. Mercier, "Energy-Efficient Power Management Circuits for IoT and Wearable Devices," *Keynote presentation at the IEEE Sensors Interface Meeting*, Veldhoven, The Netherlands, May 2022.

[19] P.P. Mercier, "Energy Harvesting and Self-Powered Sensing for Miniaturized IoT and "Unawareable" Devices," *Presented at the PSMA International Energy Harvesting Workshop (EnerHarv),* Raleigh, NC, Apr. 2022.

[20] P.P. Mercier, "Enabling Low-Power yet Standards Compatible Wireless Commication via Wake-up Receivers and Backscatter Circuits for the IoT," *Presented as an IEEE SSCS Society-wide Webinar*, Jan. 2022.

[21] P.P. Mercier, "Energy Harvesting and Self-Powered Sensing for Next-Generation "Unaware-ables" and IoT," *Presented at the Sensors Converge Conference*, (virtual due to COVID-19), Sep. 2021.

[22] P.P. Mercier, "Ultra-low-power integrated circuits and physiochemical sensors for next-generation unawearables," *IEEE Solid-State Circuits Society Distinguished Lecture at Oregon IEEE Solid-State Circuits Society local chapter*, Hillsboro, OR (virtual due to COVID-19), Jun 2021.

[23] P.P. Mercier, "Ultra-Low-Power Integrated Circuits and Physiochemical Sensors for Next-Generation Unawearables", *Presented at the International Symposium on Advanced Sensor Technology*, Seoul, Korea (virtual due to COVID-19), Mar. 2021.

[24] P.P. Mercier, "Energy-Efficient Communication Technologies for Emerging Internet-of-Things Applications," *IEEE Solid-State Circuits Society Distinguished Lecture at the SSCS Northern Virginia Section*, (virtual due to COVID-19), Oct. 2020.

[25] P.P. Mercier, "Hybrid Converters for Mobile and IoT Applications," *Presented at the Integrated Power Conversion and Power Management Conference (PwrSoC)* (virtual due to COVID-19), Nov. 2020.

[26] P.P. Mercier, "Low-Power Communication Circuits and Technologies for Emerging Internet-of-Things Applications," *IEEE Solid-State Circuits Society Distinguished Lecture at the SSCS Princeton Central Jersey Section*, (virtual due to COVID-19), Nov. 2020.

[27] P.P. Mercier, "Energy-Efficient Communication Technologies for Emerging Internet-of-Things Applications," *Presented at the 2020 RFID Conference*, (virtual due to COVID-19), Oct. 2020.

[28] P.P. Mercier, "Energy-Efficient Communication Technologies for Emerging Internet-of-Things Applications," *IEEE Solid-State Circuits Society Distinguished Lecture at the SSCS Utah Section*, (virtual due to COVID-19), Oct. 2020.

[29] P.P. Mercier, "Energy-Efficient Communication Technologies for Emerging Internet-of-Things Applications," *IEEE Solid-State Circuits Society Distinguished Lecture at the Advanced Circuits Research Center in Israel*, (virtual due to COVID-19), July 2020.

[30] P.P Mercier, "Ultra-low-power integrated circuits and physiochemical sensors for next-generation unawearables," *IEEE Solid-State Circuits Society Distinguished Lecture at the Beijing IEEE Solid-State Circuits Society local chapter*, (virtual due to COVID-19), May 2020.

[31] P.P. Mercier, "Low-Power Wireless Systems: Opportunities and Challenges," *Presented at the DARPA MTO Offsite Planning Meeting on the U.S.S. Midway*, San Diego, CA, Dec. 2019.

[32] P.P. Mercier, "Ultra-low-power integrated circuits and physiochemical sensors for next-generation unawearables," *IEEE Solid-State Circuits Society Distinguished Lecture at the Scotland and UK IEEE Solid-State Circuits Society local chapter*, Edinburgh, UK, Sep. 2019.

[33] P.P. Mercier, "Ultra-low-power integrated circuits and physiochemical sensors for next-generation unawearables," *IEEE Solid-State Circuits Society Distinguished Lecture at the Maryland/Virginia/DC IEEE Solid-State Circuits Society and Circuits and Systems local chapter*, College Park, MD, Sep. 2019.

[34] P.P. Mercier, "Ultra-low-power integrated circuits enabling next-generation IoT applications," *Presented at the National Academy of Engineering Frontiers of Engineering event*, San Diego, CA, Jun. 2019.

[35] P.P. Mercier, "Ultra-low-power integrated circuits and physiochemical sensors for next-generation unawearables," *IEEE Solid-State Circuits Society Distinguished Lecture at the San Diego IEEE Solid-State Circuits Society local chapter*, San Diego, CA, May. 2019.

[36] P.P. Mercier, "Unawearables: Addressing Sensor, Circuit, and Energy Harvesting Challenges in Next-Generation Wearable Devices," *Presented at the IEEE Custom Integrated Circuits Conference (CICC)*, Austin, TX, Apr. 2019.

[37] P.P. Mercier, "Ultra-Low-Power Integrated Circuits and Physiochemical Sensors for Next-Generation Unawearables," *Presented at the DARPA Actuation, Sensing, and Control for Rapid Injury Response Workshop*, Arlington, VA, Apr. 2019.

[38] P.P. Mercier, "Ultra-Low-Power Integrated Circuits and Physiochemical Sensors for Next-Generation Unawearables," *Presented at the University of Southern California*, Los Angeles, CA, Nov. 2018.

[39] P.P. Mercier, "Unawearables: new wearable sensors, circuits, and analytics for unobtrusive monitoring," *Presented at the SEMI MEMS & Sensors Executive Congress*, Napa, CA, Nov. 2018.

[40] P.P. Mercier, "Ultra-small near-zero-power radios, implants, and sensing systems," *Presented at the DARPA Microsystems Exploratory Council Millimeter-Scale Wirelessly Powered Sensors Workshop*, Los Angeles, CA, Jul. 2018.

[41] P. P. Mercier, "Wearable Sensors", *Presented at the US Marine Corps Innovation Event*, La Jolla, CA, Feb. 2018.

[42] P.P. Mercier, "The Next Industrial Revolution: IoT, Wearables, and AI," *Presented at the Next Business Forum*, Seoul, South Korea, Nov. 2017.

[43] P.P Mercier, "Global Hubs for Innovative Ecosystems in Biotechnology," *Presented at the Stevanato Innovation Day*, San Diego, CA, Jun. 2017.

[44] P.P Mercier, "Non-Invasive Blood Alcohol Monitoring," *Presented at the Biomedical Technology Exhibition, sponsored by the American Institute for Medical and Biological Engineering (AIMBE) in partnership with the Congressional Research and Development Caucus and the Congressional Robotics Caucus*, Capitol Hill, Washington, DC, May 2017.

[45] P.T. Theilman, J. Warchall, P. Mercier, H. Garudari, "Work Towards a Fieldable Multi-Channel EEG System for Continuous Monitoring," in Proc. *IEEE International Symposium on Circuits and Systems (ISCAS)*, Baltimore, MD, May 2017.

[46] P.P. Mercier, "Beyond Activity Tracking: next-generation wearable and implantable sensor technologies" *Presented at the SPIE Defense and Commercial Sensing Conference*, Anaheim, CA, Apr. 2017.

[47] D.A. Hall, H. Jiang, P.-H. Wang, L. Gao, P. Sen, Y.-H. Kim, G. Rebeiz, P.P. Mercier, "A 10nW Wake-up Radio with -60dBm Sensitivity," in *Government Microcircuit Applications & Critical Technology Conference (GOMACTech),* Reno, NV, Mar. 2017.

[48] P.P. Mercier, "Physiochemical Sensor Technologies and Ultra-Low-Power Integrated Circuits for Next-Generation "Unawearables" Systems," *Invited Seminar at the Microsystems Technology Lab at MIT*, Cambridge, MA, Dec. 2016.

[49] P.P. Mercier, "Transcutaneous Power of Single-Chip Implants," *Presented at the Sensors Global Summit*, La Jolla, CA, Dec. 2016.

[50] D. Ahn, P.P. Mercier, "A 200-kHz/6.78-MHz Wireless Power Transmitter Featuring Concurrent Dual-Band Operation," in Proc. *IEEE International SoC Design Conference (ISOCC),* Jeju, South Korea, Oct. 2016. DOI: 10.1109/ISOCC.2016.7799763

[51] P.P. Mercier, J. Rogers, A. Arias, N. Verma, J. Rabaey, "Drawing the line(s): processing sensor information in the right place(s) in energy-constrained systems," *Panel organization and presentation at the SRC SONIC Center Annual Review*, Champaign, IL, Oct. 2016.

[52] P.P. Mercier, "Wearables: an opportunity for healthcare?," *Presented at the 5G Connected Healthcare Workshop*, La Jolla, CA, May 2016.

[53] P.P Mercier, "New Circuit Topologies & Techniques for High-Efficiency Power Conversion in Compact Form Factors," *Invited seminar presented at UCLA and Intel Corporation*, Apr. 2016.

[54] P.P. Mercier, "Energy-Efficient Wearable Sensors," *Presented at the UCSD Orthopaedic Surgery Research Conference*, April 2016.

[55] P.P. Mercier and L.G. Salem, "Multi-Ratio Switched-Capacitor DC-DC Converters for Power Management Applications," *Presented at the International Symposium on Quality Electronic Design*, Santa Clara, CA, Mar. 2016.

[56] P.P. Mercier, "Energy-Harvesting for Autonomous Operation of Low-Power Wireless Sensors," *Presented at the Sensors Global Summit*, La Jolla, CA, Nov. 2015.

[57] P.P. Mercier, "Enabling energy-autonomous wearable and implantable sensors through energy harvesting and near-zero-power electronics," *Presented at the KAIST-UCSD Joint Symposium on Wearable Devices*, Daejeon, Korea, Oct. 2015.

[58] P.P. Mercier, "Enabling wide output voltage range switched-capacitor DC-DC converters," *Presented at a SRC/SONIC eWorkshop*, Jun. 2015.

[59] P.P. Mercier, "Next generation switched-capacitor DC-DC converter topologies," *Presented the at the CMOS Emerging Technologies Research Symposium*, Vancouver, BC, May 2015.

[60] P.P. Mercier, "Harvesting small amounts of power to enable miniaturized sensors," *Presented at the Trillion Sensors Summit*, La Jolla, CA, Nov. 2014

[61] P.P. Mercier, "Efficient on-chip power conversion for energy harvesting and low-power mobile applications," *Presented at the International Power Supply On Chip Workshop*, Boston, MA, Oct. 2014.

[62] P.P. Mercier, "A Tutorial on Wireless Power Transfer and Miniaturized DC/DC Power Converters," *Presented at SPAWAR Systems Center Pacific*, San Diego, CA, June 2014.

[63] P.P. Mercier, "New Advances in Wearable Devices, Biosensors, and Analytics", Panelist at the *Digital Health Forum of San Diego: The Future of Wearable Technologies in Healthcare,* La Jolla, CA, June 2014.

[64] P.P. Mercier, "Breaking down power barriers: efficient and miniaturized energy management and energy harvesting," *Presented at the Huawei Power Summit*, San Diego, CA, May 2014.

[65] P.P. Mercier S. Bandyopadhyay, A.C. Lysaght, K.M. Stankovic, A.P. Chandrakasan, "Powering Wireless Devices from the Biologic Battery in the Inner-Ear," *IEEE International SoC Conference*, Irvine, CA, Oct. 2013.

[66] P.P. Mercier and V. Sridharan, "Low-Power Transmitters for Body-Area Networks," *IEEE Symposium on Power Amplifiers for Wireless Communication*, La Jolla, CA, Sep. 2013.

[67] P.P. Mercier, "Powering a 2.4 GHz Radio from the Biologic Battery in the Inner-Ear," *Presented at the CMOS Emerging Technologies Symposium*, Whistler, BC, Canada, Jul. 2013.

[68] P.P. Mercier, "Electrochemical energy harvesting from the inner-ear," *Presented at the INC-IEM Neuroengineering Seminar Series,* La Jolla, CA, Mar. 2013.

[69] A.C. Lysagth, P.P. Mercier, S. Bandyopadhyay, A.P. Chandrakasan, and K.M. Stankovic, "Endocochlear Potential Powered Electronics" *Associated for Research in Otolaryngology Annual MidWinter Meeting*, vol. 36, Baltimore, MD, Feb., 2013.

[70] P.P. Mercier, "Enabling study and control of insects through extreme miniaturization of wireless electronics," *Presented at Burapha Univeristy,* Chonburi Province, Thailand, Dec., 2012.

[71] P.P. Mercier, "nW Energy Harvesting: What can it do for you?," *Presented at the Office of Naval Research Power and Energy Systems 6.1 Program Review*, San Diego, CA, Nov. 2012.

[72] P.P. Mercier, "Ultra-Low-Power Radios for Miniaturized Sensing Systems," *Presented at the Center for Wireless Communications Semiannual Research Review,* La Jolla, CA, Nov. 2012.

[73] P.P. Mercier, "Zero-Leakage Electronics and Opportunities in Miniaturized Wireless Systems," *Presented at the Center for Magnetic Recording Research Review*, La Jolla, CA, Oct. 2012.

[74] P.P. Mercier, "Cyborg Insects and Autonomous Sensors: How Efficient Radios can Enable the Next Generation of Connectivity," *Presented at the Qualcomm Research Center*, San Diego, CA, Oct. 2012.

[75] A. Paidimarri, P. Nadeau, P.P. Mercier, and A. Chandrakasan, "Ultra-low Power FBAR-based Multi-Channel Transceivers," *Presented at the ISSCC Student Research Preview*, San Francisco, CA, Feb. 2012.

[76] P.P. Mercier, "Self-Powered Personal Microsystems for Medical Monitoring Applications," *Presented at TechConnect World*, Boston, MA, Jun. 2011.

[77] P.P. Mercier, "Attaining Extreme Energy Efficiency in Body-Area Networks Using Electronic Textiles," *Presented at the MEDRC Next Generation Medical Electronic Systems Workshop*, Cambridge, MA, May, 2011.

[78] P.P. Mercier, "Connected Health for Remote Patient Monitoring," *Presented at the MTL Annual Research Conference (MARC)*, Cambridge, MA, Jan. 2010.

[79] P.P. Mercier, "Personal Medical Connectivity: Research Overview," *Presented at the Intel Digital Health Group*, Hillsboro, OR, Oct. 2009.

[80] P.P. Mercier, "Energy Efficient Pulsed-UWB for Miniaturized Flying Vehicles," *Presented at the CMOS Emerging Technologies Workshop*, Banff, AB, Canada, Feb. 2009.

[81] P.P. Mercier, "An Energy-Efficient UWB Transmitter with Dual Capacitively-Coupled Digital Power Amplifiers," *Presented at the Center for Integrated Circuits and Systems*, Cambridge, MA, Apr. 2008.

[82] P.P. Mercier, "A 22pJ/pulse All-Digital UWB Transmitter in 90nm CMOS," *Presented at the International Solid-State Circuits Conference (ISSCC) Student Forum*, San Francisco, CA, Feb. 2008.

[83] P.P. Mercier, "Fully Integrated Pulsed-UWB Transceivers for Small Lightweight Flying Vehicles," *Presented at the MTL Annual Research Conference (MARC)*, Waterville Valley, MA, Jan. 2008.

[84] P.P. Mercier, "Cost Modeling for Vertically Integrated Chip Sets," *Presented at the CMOS Emerging Technologies Workshop*, Banff, AB, Canada, Jul. 2006.

## ISSUED PATENTS

[1] P.-H. Wang, P. Mercier, D. Bharadia, "Low Power Wi-Fi backscatter communication," U.S. Patent 12,349,069, Jul. 1, 2025.

[2] M. Dunna, M. Meng, P.P. Mercier, D. Bharadia, "Termination circuit for low power backscatter communication," U.S. Patent 12,267,127 B2, Apr. 1, 2025.

[3] P. Mercier, J. Park, "Low Power Magnetic Field Body Area Network With Quenching and Quick Start," U.S. Patent 12,121,318, Oct. 22, 2024.

[4] J. Wang, A.J. Bandodkar, P.P. Mercier, "Non-invasive and wearable chemical sensors and biosensors," U.S. Patent 12,023,154, Jul. 2, 2024.

[5] J. Wang, P. Mercier, "Salivary Biosensors and Biofuel Cells," U.S. Patent 11,980,462, May 14, 2024.

[6] J. Wang, P. Mercier, A.F. Yeknami, S. Imani, "Self-Powered Biosensors," U.S. Patent 11,633,134, Apr. 25, 2023.

[7] P.-H. Wang, P. Mercier, "BLE and/or WiFi Compliant and Blocker-Resilient Wake-up Receiver and Method," U.S. Patent 11,570,709, Jan 31, 2023.

[8] H. Wang, P. Mercier, "Near Zero Power Fully Integrated Digital Conversion, Sensors, and Sensing Methods," U.S. Patent 11,444,633, Sep. 13, 2022.

[9] S. Amin, P. Mercier, "Li-ion-compatible fully-integrated hybrid converter," U.S. Patent 11,356,017, Jun. 7, 2022.

[10] P. Mercier, H. Wang, "Stabilized voltage and current reference generator and circuits," U.S. Patent 11,334,105, May 17, 2022.

[11] J. Wang, P. Mercier, "Flexible epidermal multimodal health monitor," U.S. Patent 11,122,982, Sep. 21, 2021.

[12] X. Wang, P. Mercier, "Low Power Transmitter Oscillator Circuits and Methods," U.S. Patent 10,897,240, Jan. 19, 2021.

[13] P. Mercier, H. Wang, "Near Zero Power Charging to Digital Converter, Sensors, and Sensing Methods," U.S. Patent 10,877,439, Dec. 29, 2020.

[14] C. Kim, G. Cauwenberghs, P.P. Mercier, S. Ha, J. Park, A. Akinin, "Resonant Regulating Rectifier with an Integrated Antenna," U.S. Patent 10,873,215, Dec. 22, 2020.

[15] P. Mercier, D. Ahn, "Wireless Power Transfer Device and Method with Dual-Frequency Operation," U.S. Patent 10,855,115, Dec. 1, 2020.

[16] P-H. Wang, H. Jiang, D. Hall, P. Mercier, "Low Power Wake-up Receiver," U.S. Patent 10,804,946, Oct. 13, 2020.

[17] C.-K. Cheng, P. Mercier, S.-H. Weng, "Electrical Wearable Capacitive Biosensor and Noise Artifact Suppression Method," U.S. Patent 10,729,379, Aug. 4, 2020.

[18] J. Wang, A.J. Bandodkar, P. Mercier, "Non-invasive and Wearable Chemical Sensors and Biosensors," U.S. Patent 10,722,160, Jul. 28, 2020.

[19] S. Ha, G. Cauwenberghs, C. Kim, J. Park, P.P. Mercier, A. Akinin, H. Wang, C.H. Maier, "Radio Frequency Powered Adiabatic Stimulation with Energy Replenishment," U.S. Patent 10,716,948, Jul 21, 2020.

[20] T. Nguyen, H. Garudadri, P. Mercier, A. Boothroyd, C. Mackersie, "External Device Leveraged Hearing Assistance and Noise Suppression Device, Method and Systems," U.S. Patent 10,701,495, Jun. 30, 2020.

[21] J. Park, P. Mercier, "Low power magnetic field body area network," U.S. Patent 10,623,112, Apr. 14, 2020.

[22] J. Wang, P. Mercier, "Salivary biosensors and biofuel cells," U.S. Patent 10,595,759, Mar. 24, 2020.

[23] L.G. Salem, P.P. Mercier, "Switched capacitor DC-to-DC converter and power conversion control methods," U.S. Patent 10,374,511, Aug. 6, 2019.

[24] L.G. Salem, P.P. Mercier, "Multi-level adiabatic charging methods, devices and systems," U.S. Patent 10,348,300, Jul. 9, 2019.

[25] L.G. Salem, J.F. Buckwalter, P.P. Mercier, "Switched Capacitor House of Cards Power Amplifier," U.S. Patent 10,333,477, Jun. 25, 2019.

[26] L.G. Salem, P.P. Mercier, "Successive approximation digital voltage regulation methods, devices and systems," U.S. Patent 10,224,944, Mar. 5, 2019.

[27] K. Stankovich, A. Chandrakasan, P. Mercier, S. Bandyopadhyay, A. Lysaght, "Energy Extraction," U.S. Patent 9,369,005, Jun. 14, 2016.

[28] P.P. Mercier and A.P. Chandrakasan, "Multi-Taped Inductively-Coupled Charging System," U.S. Patent 9,293,942, Mar. 22, 2016.

## Teaching Experience

**University of California, San Diego** La Jolla, CA

*Instructor*

Fall 2024: ECE 203 – Biomedical Integrated Circuits and Systems
Spring 2024: ECE 165 – Digital Integrated Circuits
Fall 2023: ECE 203 – Biomedical Integrated Circuits and Systems (87% instructor rating)
Spring 2023: ECE 165 – Digital Integrated Circuits (98% instructor rating)
Fall 2022: ECE 203 – Biomedical Integrated Circuits and Systems (92% instructor rating)
Spring 2022: ECE 165 – Digital Integrated Circuits (93% instructor rating)
Fall 2021: ECE 203 – Biomedical Integrated Circuits and Systems (83% instructor rating)
Spring 2021: ECE 165 – Digital Integrated Circuits (85% instructor rating)
Fall 2020: ECE 203 – Biomedical Integrated Circuits and Systems (94% instructor rating)
Spring 2020: ECE 165 – Digital Integrated Circuits (92% instructor rating – **even during fully virtual instruction due to COVID-19**)
Fall 2019: ECE 203 – Biomedical Integrated Circuits and Systems (94% instructor rating – **TA won the best ECE TA Award**)
Spring 2019: ECE 165 – Digital Integrated Circuits (96% course rating)
Fall 2018: ECE 203 – Biomedical Integrated Circuits and Systems (95% instructor rating)
Winter 2018: ECE 165 – Digital Integrated Circuits (100% instructor rating)
Winter 2018: ECE 203 – Biomedical Integrated Circuits and Systems (91% instructor rating)
Spring 2017: ECE 165 – Digital Integrated Circuits (100% instructor rating)
Spring 2017: ECE 203 – Biomedical Integrated Circuits and Systems (93% instructor rating)
Fall 2016: ECE260A - VLSI Digital System Algorithms and Architectures (93% instructor rating)
Spring 2015: ECE 165 – Digital Integrated Circuits **(100% instructor & course rating from an 82 student class – ECE dept. record)**
Winter 2015: ECE 203 – Biomedical Integrated Circuits and Systems (93% instructor rating)
Fall 2014: ECE260A - VLSI Digital System Algorithms and Architectures (87% instructor rating)
Spring 2014: ECE 165 – Digital Integrated Circuits **(100% instructor & course rating from a 77 student class – ECE dept. record)**
Winter 2014: ECE 203 – Biomedical Integrated Circuits and Systems (98% instructor rating)
Spring 2013: ECE 283 – Biomedical Integrated Circuits and Systems (99% instructor rating)
Winter 2013: ECE 165 – Digital Integrated Circuits (94% instructor rating)

**Massachusetts Institute of Technology** Cambridge, MA

*Teaching Assistant*
Spring 2010: MIT EECS Course 6.776 – High Speed Communication Circuits.

**Funding**

*Energy-Efficient Microsystems Lab*

As PI of the Energy-Efficient Microsystems Lab, I have raised over $40MM for research at UCSD from the following sources:

- DARPA
- NIH
- NSF
- The Arnold and Mabel Beckman Foundation
- Semiconductor Research Corporation
- ONR
- iARPA
- Army Research Lab
- KETI
- NextFlex
- The Fetzer Franklin Fund
- The Hellman Foundation
- Samsung
- Qualcomm
- Dockon Inc.
- Mouthsense Inc.
- Peregrine Semiconductor
- IMA Life North America
- Moore Foundation
- University of California Multi-Campus Research Programs and Initiatives
- California Energy Commission
- The UCSD Center for Brain Activity Mapping
- The UCSD Center for Wireless Communications (corporate sponsored)
- The UCSD Center for Wearable Sensors (corporate sponsored)
- The Power Management Integration Center (corporate sponsored)

*UC San Diego Center for Wearable Sensors*

As co-director of the Center for Wearable Sensors, I have been instrumental in fundraising over $7MM from corporate partners, with the bulk of this funding used to support collaborative

efforts across six engineering departments, the School of Medicine, and the Department of Visual Arts.

*Power Management Integration Center*

As Site Director of the Power Management Integration Center, I have help recruit corporate members to support research at both UCSD and at Dartmouth College.

## Service

### Journal service

- Guest Editor – *IEEE Open Journal of the Solid-State Circuits Society (OJ-SSCS) Special Issue on Low-Power RF Circuits and Systems (2023)*
- Guest Editor – *IEEE Journal of Solid-State Circuits* Special Issue on the 2018 *International Solid-State Circuits Conference (ISSCC) (2018)*
- Associate Editor – *IEEE Solid-State Circuits Letters* (2017-2023)
- Associate Editor – *IEEE Transactions on Biomedical Circuits & Systems* (2013-2023)
- Associated Editor – *IEEE Transactions on VLSI* (2015-2017)
- Guest Editor – *IEEE TBioCAS Special Issue on the 2014 International Solid-State Circuits Conference (ISSCC) (December, 2014)*
- Guest Editor – *IEEE TBioCAS Special Issue on the 2013 International Solid-State Circuits Conference (ISSCC) (December, 2013)*

### Conference service

- Executive Committee member – Demo Chair – *IEEE International Solid-State Circuits Conference (ISSCC)* (2022-present)
- Technical Program co-Chair – *IEEE Sensor Interfaces Meeting* (2022-2024)
- Subcommittee Chair – Power Management – *IEEE Custom Integrated Circuits Conference (CICC)* (2021-2023)
- Technical Program Committee member – *IEEE VLSI Circuits Symposium* (2018-2022)
- International Technical Program Committee member – *IEEE International Solid-State Circuits Conference (ISSCC)* Technology Directions subcommittee (2017-2022)
- Technical Program Committee member – *IEEE Custom Integrated Circuits Conference (CICC)* (2017-2023)
- Technical program committee – *IEEE Biomedical Circuits and Systems Conference (BioCAS)* (2014-2015)
- Session chair – *International Symposium on Low-Power Electronics and Design (ISLPED)* (2014)
- Technical program committee - *CMOS Emerging Technologies Research Symposium* (2013-2016)

### Peer reviewer (2009-present)

- IEEE *Journal of Solid-State Circuits* (JSSC)
- IEEE *Transactions on Circuits and Systems I (T-CAS I)*
- IEEE *Transactions on Circuits and Systems II (T-CAS II)*
- IEEE *Transactions on Microwave Theory and Techniques* (T-MTT)
- IEEE *Sensors Journal*
- IEEE *Transaction on Power Electronics*

- *Journal of Low Power Electronics and Applications* (JLPEA)
- IET *Circuits, Devices & Systems*
- IEEE *International Conference on Ultra-Wideband* (ICUWB)
- IEEE *Transactions on Biomedical Circuits & Systems (TBioCAS)*
- IEEE *Transactions on Biomedical Engineering* (TBME)
- IEEE *International Conference on Circuits and Systems* (ISCAS)
- IEEE *Biomedical Circuits and Systems Conference* (BioCAS)
- IEEE *Journal of Emerging and Selected Topics in Power Electronics*
- IEEE *Transactions on Industrial Electronics*
- *Nature Nanotechnology*
- *Advanced Materials*
- *Nature Biomedical Engineering*
- *Science Advances*

**Grant review service**

- NSF SenSE panel reviewer (July 2020)
- NSF ECCS panel reviewer (February 2019)
- NSF ECCS panel reviewer (January 2018)
- NSF ECCS panel reviewer (March 2015)
- ARL ARL Director's Research Initiative (DRI) reviewer (June 2015)

**UCSD Campus-wide Service**

- Chair, Academic Senate Faculty Affairs Committee (2024-present)
- Co-Director – *Center for Wearable Sensors* – including 23 faculty across four engineering departments, the School of Medicine, and Arts and Humanities (Department of Visual Arts). Funding comes from the membership of 6-10 corporate partners. (2014-present)
- Site Director – *Power Management Integration Center* – includes 5 faculty across multiple engineering departments. Funding comes from the membership of 8-12 corporate partners. (2021-present)
- Vice Chair Academic Senate Faculty Affairs Committee (2023-2024)
- Chair, UCSD Academic Senate Awards Committee (2020-2022)
- Member, UCSD Academic Senate Awards Committee (2018-2020)
- Member, Office of Research Affairs Center Launch Review Panel. (2017-2018)
- Member, UCSD School of Public Health Advisory Committee (2017-2019)
- UCSD representative on Capitol Hill – presented to congressional staffers via an event hosted by the American Institute for Medical and Biological Engineering, then met, alongside UCSD's Executive Director of Government Research Relations, with the offices of three San Diego Congressmen and one California Senator to discuss research at UCSD. (2017)
- Faculty representative, Campus-wide commencement ceremony (2017)
- Organizer & presenter, KAIST-UCSD Symposium on Micro/Nanotechnologies and Electronics for Next-Generation Mobile, Wearable, and IoT Systems, Deajeon, Korea (2015)
- Faculty representative, Welcome Week Convocation Ceremony (2013)

**UCSD ECE Departmental Service**

- Vice Chair, ECE Department (2024-present)
- Member, Faculty search committee, Systems Focus (2024)
- Adhoc committee member, faculty review files (2x in 2024)
- Chair, ECE Faculty Awards Committee (2023-present)

- Chair, ECE Admissions Steering Committee (2020-2022)
- Member, ECE Admissions Committee (2019-present)
- Medical Devices and Systems curriculum advisor (2018-2020)
- ECE 50th Anniversary planning committee (2015-2016)
- MS Exam committee (2014-present)
- Alumni Imitative (2014-2020)
- Undergraduate/Graduate Affairs and Student Award Nomination committee (2012-2014)
- Medical Devices and Systems curriculum director (2013-2014)
- Medical Devices and Systems Ad-hoc committee - responsible for creating a new program in this area (2012-2013)

**Co-Chair, Microsystem Technology Lab Annual Research Conference (2011)**
Annual research conference with over 200 academic and industrial attendees. Responsible for steering committee leadership and conference organization including: solicitation of papers, managing paper edits, keynote speaker invitation, opening and closing remarks, and general planning. Created interactive attendee activities to solicit social and technical engagement amongst industry members and students. Cited by a high-ranking industry member as "the best student run conference in the country".

## Broader Impacts & Outreach

- Presented a webinar at BioXTech, a country-wide club founded and run by high school women interested in the intersection of biology and technology, and answered questions about technology and gave career advice (2023)
- Featured in the publication entitled "Building Blocks for Better Science: Case Studies in Low-Cost and Open Tools for Science", which describes my work in low-cost COVID-19 symptoms monitoring devices (2020)
- Guest instructor at Hands-on-Technology summer camp at Wangenheim Middle School focused on accelerating the understanding of computer science in elementary and school-aged children (2014-present)
- Directly mentored ten B.S., M.S., and Ph.D. students from historically underrepresented backgrounds, including two high school students (2012-present)
- Directly mentored two high school students from historically underrepresented backgrounds (2013, and 2016-2017)
- Keynote speaker at ENSPIRE: one of the largest outreach at UCSD, where over 300 middle-school children visit UCSD to learn about higher education and engineering (Feb. 2015)

## Press Articles

Prof. Mercier's work across several different projects and his expert opinion have been featured in hundreds of press articles and in other forms of media (e.g., TV and radio). A few select articles/videos are shown below.

[1] Adee, S. "Cyborg moth gets a new radio," *IEEE Spectrum*, Feb. 2009. http://spectrum.ieee.org/robotics/military-robots/cyborg-moth-gets-a-new-radio
[2] Dillow, C. "Researchers turn animals ears into bio-batteries," *Popular Science*, Nov. 7, 2012. http://www.popsci.com/science/article/2012-11/building-batteries-mammalian-inner-ear
[3] Doyle, K. "A chip powered by the battery in your ear," *Popular Mechanics*, Nov. 7, 2012.

http://www.popularmechanics.com/how-to/blog/scientists-tap-into-the-battery-in-your-ear-14556133?click=pm_latest

[4] Subbaraman, N. "Gadget power coming out of your ear," *Technology Review*, Nov. 7, 2012. http://www.technologyreview.com/view/507166/gadget-power-coming-out-of-your-ears/

[5] Waltz, E. "Using the inner ear's biologic battery," *IEEE Spectrum*, Nov. 8, 2012. http://spectrum.ieee.org/tech-talk/biomedical/devices/using-the-inner-ears-biological-battery

[6] Brown, E. "Inner ear's energy can work like a battery, scientists say," *The Los Angeles Times*, Nov. 12, 2012. http://www.latimes.com/news/science/sciencenow/la-sci-sn-hearing-aid-inner-ear-battery-20121112,0,7178713.story

[7] Wang, S.S., "Harnessing energy from the body to run devices," *The Wall Street Journal*, Nov. 26, 2012. http://online.wsj.com/article/SB10001424127887324851704578137402753846438.html

[8] Thomsen, A. "Analog Designers Continue to Amaze," *New Electronics*, Apr. 22, 2014. http://www.newelectronics.co.uk/image-store/articles/60967%5CP31-32.pdf

[9] Betten, B. "The State of Wearable Sensor Technology," *Medical Device and Diagnostic Industry*, Jun. 8, 2015. http://www.mddionline.com/blog/devicetalk/state-wearable-sensor-technology-06-08-15

[10] Nusca, A. "Coming soon: Wearable tech that uses your body to transmit the signal," *Fortune*. Sep. 1, 2015. http://fortune.com/2015/09/01/magnetic-field-human-body-communication/

[11] Griffin, C. "Human Magnetic Fields Could be Used to Send Signals for Wireless Communication," *Science World Report*, Sep. 1, 2015. http://www.scienceworldreport.com/articles/29536/20150901/human-magnetic-fields-used-send-signals-wireless-communication.htm

[12] Metz, R. "Bluetooth Alternative Communicates through Your Body," *Technology Review*, Sep. 2, 2015. http://www.technologyreview.com/news/541041/bluetooth-alternative-communicates-through-your-body/

[13] Savage, N. "Body talk with magnets," *IEEE Spectrum*, Sept. 16, 2015. http://spectrum.ieee.org/tech-talk/consumer-electronics/gadgets/body-talk-with-magnets

[14] "Mouth guard monitors health markers, transmits information wirelessly to smart phone," *Phys.org*, Aug. 31, 2015. http://phys.org/news/2015-08-mouth-health-markers-transmits-wirelessly.html

[15] Pell, R., "Smart Mouth Guard Monitors Health Markers in Real Time," *EE Times*, Sep. 2, 2015. http://www.eetimes.com/document.asp?doc_id=1327580

[16] Orcutt, M., "Smart Mouthguard Monitors Your Saliva, and Your Health," *Technology Review*, Sep. 9, 2015. http://www.technologyreview.com/news/541111/smart-mouthguard-monitors-your-saliva-and-your-health/

[17] Starr, M., "Flexible patch performs like a wearable tricorder," *CNET*, May 23, 2016. https://www.cnet.com/news/flexible-patch-performs-like-a-wearable-tricorder/

[18] Mandlebaum, R.F., "This small, flexible patch will monitor your sweat," *Popular Science*, May 23, 2016. http://www.popsci.com/small-flexible-patch-stuck-to-your-chest-monitor-sweat-fitness?dom=rss-default&src=syn

[19] NBC12 staff, "Could Star Trek-like 'tricorder' for health be near?", *NBC12*, May 23, 2016. http://www.nbc12.com/story/32039999/could-star-trek-like-tricorder-for-health-be-near

[20] Revell, T., "Radio powered by your own sweat hints at future of wearables", *New Scientist,* June 22, 2017. https://www.newscientist.com/article/2138282-radio-powered-by-your-own-sweat-hints-at-future-of-wearables/

[21] Dormehl, L., "Crazy-efficiency temperature sensor uses less than 1-billionth of a watt", *Yahoo News,* July 6, 2017. https://ca.news.yahoo.com/crazy-efficient-temperature-sensor-uses-213404635.html

[22] Thompson, A., "This hacked together glove can translate sign language", *Popular Mechanics,* July 13, 2017.
http://www.popularmechanics.com/technology/gear/a27292/glove-translate-sign-language/
[23] "Smartphone case delivers blood glucose readings in one device," *The Engineer*, Dec. 7, 2017.
https://www.theengineer.co.uk/smartphone-glucose-diabetics/
[24] The Doctors TV Show on CBS, "Could a Temporary Tattoo Help Detect Your Alcohol Content Level?" *The Doctors*, Nov. 7, 2018.
https://www.thedoctorstv.com/videos/could-temporary-tattoo-help-detect-your-alcohol-content-level
[25] Moore, S.K., "Wireless Network Brings Dust-Sized Brain Implants a Step Closer," *IEEE Spectrum*, May 14, 2019.
https://spectrum.ieee.org/the-human-os/biomedical/devices/wireless-network-brings-dustsized-brain-implants-a-step-closer
[26] "Cutting Edge Chip for waking up small wireless devices uses only 0.000000022 Watts", *SciTechDaily,* Nov. 11, 2019.
https://scitechdaily.com/cutting-edge-chip-for-waking-up-small-wireless-devices-only-uses-0-000000022-watts/
[27] Nield, D. "Low power, tiny chip could see connected smart devices go battery-free," *New Atlas*, Feb. 19, 2020.
https://newatlas.com/telecommunications/tiny-wi-fi-chip-smart-home-devices/
[28] Labios, L., "Wearables: Where are We?", *Triton Magazine,* January 14, 2021.
http://tritonmag.com/wearables-where-are-we/
[29] Szporer, R., "The Road to Energy Efficiency in Video Starts with Standards", *6G World,* April
https://www.6gworld.com/exclusives/the-road-to-energy-efficiency-in-video-starts-with-standards/
[30] O'Carroll, E., "Your workouts could charge your smartwatch", *Experience Magazine,* May, 2021.
https://expmag.com/2021/05/your-workouts-could-charge-your-smartwatch/
[31] Szporer, R., "Wearable Tech's Marriage Between Fashion and Functionality has Expiry Date", *6G World, June 22*, 2021.
https://www.6gworld.com/exclusives/wearable-techs-marriage-between-fashion-and-functionality-has-expiry-date/
[32] Keen, C., "Multi-tasking microneedle sensor tracks glucose, alcohol and lactate levels in real time", *Physics World, June 13*, 2022.
https://physicsworld.com/a/multi-tasking-microneedle-sensor-tracks-glucose-alcohol-lactate-levels-in-real-time/
[33] Dameron, E., "A self-powered ingestible sensor opens new avenues for gut research", *MedicalXpress, December 1*, 2022.
https://medicalxpress.com/news/2022-12-self-powered-ingestible-sensor-avenues-gut.html
[34] Manners, D., "IC for piezoelectric resonator DC-DC conversion achieves 310% loss reduction", *Electronics Weekly, February 21*, 2024.
https://www.electronicsweekly.com/news/business/piezoelectric-based-dc-dc-converter-achieves-310-loss-reduction-2024-02/
[35] Buntz, B., "New microactuator system could shrink power supplies for drones, robotics and medical devices", *R&D World, February 24*, 2025.
https://www.rdworldonline.com/new-microactuator-system-could-shrink-power-supplies-for-drones-robotics-and-medical-devices/
[36] Moore, S.K., "Flying Batteries Could Help Microdrones Take Off", *IEEE Spectrum, March 6*, 2025.
https://spectrum.ieee.org/microbots

# APPENDIX B

# APPENDIX B – MATERIALS CONSIDERED

**Patents and File Histories**

- U.S. Patent No. 12,268,475
- File Wrapper for U.S. Patent No. 12,268,475 (excerpts attached as Appendix D to my declaration)

**Samsung IPR Materials**

- *Samsung Elecs. Co., Ltd. v. Omni MedSci, Inc.*, IPR2025-01254, Paper No. 1 (P.T.A.B. Aug. 5, 2025)
- *Samsung Elecs. Co., Ltd. v. Omni MedSci, Inc.*, IPR2025-01254, Paper No. 14 (P.T.A.B. Nov. 12, 2025) (Exhibit 10 to WHOOP's Opening Claim Construction Brief)
- *Samsung Elecs. Co., Ltd. v. Omni MedSci, Inc.*, IPR2025-01254, Paper No. 19 (P.T.A.B. Feb. 3, 2026)
- *Samsung Elecs. Co., Ltd. v. Omni MedSci, Inc.*, IPR2025-01254, Paper No. 28 (P.T.A.B. May 7, 2026) (Exhibit 11 to WHOOP's Opening Claim Construction Brief)

**Background Materials**

- Bronzino, J., "The Biomedical Engineering Handbook" (1995) (excerpts attached as Appendix C to my declaration)

# APPENDIX C

# THE Biomedical Engineering HANDBOOK

Editor-in-Chief
JOSEPH D. BRONZINO
Trinity College
Hartford, Connecticut

CRC PRESS    IEEE PRESS
A CRC Handbook Published in Cooperation with IEEE Press

**Library of Congress Cataloging-in-Publication Data**

The biomedical engineering handbook / editor-in-chief, Joseph D. Bronzino.
p. cm. — (The electrical engineering handbook series)
Includes bibliographical references and index.
ISBN 0-8493-8346-3
1. Biomedical engineering—Handbooks, manuals, etc. I. Bronzino, Joseph D., 1937– . II. Series.
[DNLM: 1. Biomedical Engineering—handbooks. QT 29 B615 1995]
R856.15.B86 1995
610′.28—dc20
DNLM/DLC
For Library of Congress 95-6294
CIP

This book contains information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. A wide variety of references are listed. Reasonable efforts have been made to publish reliable data and information, but the author and the publisher cannot assume responsibility for the validity of all materials or for the consequences of their use.

Neither this book nor any part may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording, or by any information storage or retrieval system, without prior permission in writing from the publisher.

All rights reserved. Authorization to photocopy items for internal or personal use, or the personal or internal use of specific clients, may be granted by CRC Press, Inc., provided that $.50 per page photocopied is paid directly to Copyright Clearance Center, 27 Congress Street, Salem, MA 01970, USA. The fee code for users of the Transactional Reporting Service is ISBN 0-8493-8346-3/95/ $0.00+$.50. The fee is subject to change without notice. For organizations that have been granted a photocopy license by the CCC, a separate system of payment has been arranged.

CRC Press, Inc.'s consent does not extend to copying for general distribution, for promotion, for creating new works, or for resale. Specific permission must be obtained in writing from CRC Press, Inc. for such copying.

Direct all inquiries to CRC Press, Inc., 2000 Corporate Blvd. N.W., Boca Raton, Florida 33431.

© 1995 by CRC Press, Inc.

No claim to original U.S. Government works

International Standard Book Number 0-8493-8346-3
Library of Congress Card Number 95-6294
Printed in the United States of America 1 2 3 4 5 6 7 8 9 0
Printed on acid-free paper

# 52

# Optical Sensors

52.1 Instrumentation .................................... 765
Light Source • Optical Element • Photodetectors • Signal Processing
52.2 Optical Fibers .................................... 766
Probe Configurations • Optical Fiber Sensors • Indicator-Mediated Transducers
52.3 General Principles of Optical Sensing .................... 767
Evanescent Wave Spectroscopy • Surface Plasmon Resonance
52.4 Applications .................................... 769
Oximetry • Blood Gases • Glucose Sensors • Immunosensors

Yitzhak Mendelson
*Worcester Polytechnic Institute*

Optical methods are among the oldest and best-established techniques for sensing biochemical analytes. Instrumentation for optical measurements generally consists of a light source, a number of optical components to generate a light beam with specific characteristics and to direct this light to some modulating agent, and a photodetector for processing the optical signal. The central part of an optical sensor is the modulating component, and a major part of this chapter will focus on how to exploit the interaction of an analyte with optical radiation in order to obtain essential biochemical information.

The number of publications in the field of optical sensors for biomedical applications has grown significantly during the past two decades. Numerous scientific reviews and historical perspectives have been published, and the reader interested in this rapidly growing field is advised to consult these sources for additional details. This chapter will emphasize the basic concept of typical optical sensors intended for continuous in vivo monitoring of biochemical variables, concentrating on those sensors which have generally progressed beyond the initial feasibility stage and reached the promising stage of practical development or commercialization.

Optical sensors are usually based on optical fibers or on planar waveguides. Generally, there are three distinctive methods for quantitative optical sensing at surfaces:

1. The analyte directly affects the optical properties of a waveguide, such as evanescent waves (electromagnetic waves generated in the medium outside the optical waveguide when light is reflected from within) or surface plasmons (resonances induced by an evanescent wave in a thin film deposited on a waveguide surface).
2. An optical fiber is used as a plain transducer to guide light to a remote sample and return light from the sample to the detection system. Changes in the intrinsic optical properties of the medium itself are sensed by an external spectrophotometer.
3. An indicator or chemical reagent placed inside, or on, a polymeric support near the tip of the optical fiber is used as a mediator to produce an observable optical signal. Typically, conventional techniques, such as absorption spectroscopy and fluorimetry, are employed to measure changes in the optical signal.



0-8493-8346-3/95/$0.00+$.50
© 1995 by CRC Press, Inc.

## 52.1 Instrumentation

The actual implementation of instrumentation designed to interface with optical sensors will vary greatly depending on the type of optical sensor used and its intended application. A block diagram of a generic instrument is illustrated in Fig. 52.1. The basic building blocks of such an instrument are the light source, various optical elements, and photodetectors.

### Light Source

A wide selection of light sources are available for optical sensor applications. These include: highly coherent gas and semiconductor diode lasers, broad spectral band incandescent lamps, and narrow-band, solid-state, light-emitting diodes (LEDs). The important requirement of a light source is obviously good stability. In certain applications, for example in portable instrumentation, LEDs have significant advantages over other light sources because they are small and inexpensive, consume low power, produce selective wavelengths, and are easy to work with. In contrast, tungsten lamps produce a broader range of wavelengths, higher intensity, and better stability but require a sizable power supply and can cause heating problems inside the apparatus.

### Optical Elements

Various optical elements are used routinely to manipulate light in optical instrumentation. These include lenses, mirrors, light choppers, beam splitters, and couplers for directing the light from the light source into the small aperture of a fiber optic sensor or a specific area on a waveguide surface and collecting the light from the sensor before it is processed by the photodetector. For wavelength selection, optical filters, prisms, and diffraction gratings are the most common components used to provide a narrow bandwidth of excitation when a broadwidth light source is utilized.

### Photodetectors

In choosing photodetectors for optical sensors, a number of factors must be considered. These include sensitivity, detectivity, noise, spectral response, and response time. Photomultipliers and




**FIGURE 52.1** General diagram representing the basic building blocks of an optical instrument for optical sensor applications.

semiconductor quantum photodetectors, such as photoconductors and photodiodes, are both suitable. The choice, however, is somewhat dependent on the wavelength region of interest. Generally, both give adequate performance. Photodiodes are usually more attractive because of the compactness and simplicity of the circuitry involved.

Typically, two photodetectors are used in optical instrumentation because it is often necessary to include a separate reference detector to track fluctuations in source intensity and temperature. By taking a ratio between the two detector readings, whereby a part of the light that is not affected by the measurement variable is used for correcting any optical variations in the measurement system, a more accurate and stable measurement can be obtained.

### Signal Processing

Typically, the signal obtained from a photodetector provides a voltage or a current proportional to the measured light intensity. Therefore, either simple analog computing circuitry (e.g., a current-to-voltage converter) or direct connection to a programmable gain voltage stage is appropriate. Usually, the output from a photodetector is connected directly to a preamplifier before it is applied to sampling and analog-to-digital conversion circuitry residing inside a computer.

Quite often two different wavelengths of light are utilized to perform a specific measurement. One wavelength is usually sensitive to changes in the species being measured, and the other wavelength is unaffected by changes in the analyte concentration. In this manner, the unaffected wavelength is used as a reference to compensate for fluctuations in instrumentation over time. In other applications, additional discriminations, such as pulse excitation or electronic background subtraction utilizing synchronized lock-in amplifier detection, are useful, allowing improved selectivity and enhanced signal-to-noise ratio.

## 52.2 Optical Fibers

Several types of biomedical measurements can be made by using either plain optical fibers as a remote device for detecting changes in the spectral properties of tissue and blood or optical fibers tightly coupled to various indicator-mediated transducers. The measurement relies either on direct illumination of a sample through the endface of the fiber or by excitation of a coating on the side wall surface through evanescent wave coupling. In both cases, sensing takes place in a region outside the optical fiber itself. Light emanating from the fiber end is scattered or fluoresced back into the fiber, allowing measurement of the returning light as an indication of the optical absorption or fluorescence of the sample at the fiber optic tip.

Optical fibers are based on the principle of total internal reflection. Incident light is transmitted through the fiber if it strikes the cladding at an angle greater than the so-called critical angle, so that it is totally internally reflected at the core/cladding interface. A typical instrument for performing fiber optic sensing consists of a light source, an optical coupling arrangement, the fiber optic light guide with or without the necessary sensing medium incorporated at the distal tip, and a light detector.

A variety of high-quality optical fibers are available commercially for biomedical sensor applications, depending on the analytic wavelength desired. These include plastic, glass, and quartz fibers which cover the optical spectrum from the UV through the visible to the near IR region. On one hand, plastic optical fibers have a larger aperture and are strong, inexpensive, flexible, and easy to work with but have poor UV transmission below 400 nm. On the other hand, glass and quartz fibers have low attenuation and better transmission in the UV but have small apertures, are fragile, and present a potential risk in in vivo applications.

### Probe Configurations

There are many different ways to implement fiber optic sensors. Most fiber optic chemical sensors employ either a single-fiber configuration, where light travels to and from the sensing tip in one

# APPENDIX D

DocCode - SCORE

# Placeholder Sheet for Supplemental Content

Application Number: 18927698 Document Date: 10/25/2024

The presence of this form indicates that the following document type was received in electronic format on the date identified above. This document is stored separately from the typical case contents which are stored in image format.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded and no paper documents or physical media exist.

- Drawing

At the time of document entry (noted above):

- USPTO employees may access this supplemental content via Docket Application Viewer (DAV) or Supplemental Content Viewer (SCV).
- External customers may access this supplemental content via Patent Center.

DocCode - SCORE

# Placeholder Sheet for Supplemental Content

Application Number: 18927698 Document Date: 10/25/2024

The presence of this form indicates that the following document type was received in electronic format on the date identified above. This document is stored separately from the typical case contents which are stored in image format.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded and no paper documents or physical media exist.

- Drawing

At the time of document entry (noted above):

- USPTO employees may access this supplemental content via Docket Application Viewer (DAV) or Supplemental Content Viewer (SCV).
- External customers may access this supplemental content via Patent Center.

UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **18/927,698** | **10/25/2024 07:14:44 PM Z ET** | **OMNI0101PUSA13** |

## Title of Invention

WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9133 | FILED BY | Sharon Kaiser |
| PATENT CENTER # | 67724752 | FILING DATE | - |
| CUSTOMER # | 109543 | FIRST NAMED INVENTOR | Mohammed N. ISLAM |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | Kevin Heinl |

## Documents

## TOTAL DOCUMENTS: 7

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| ADS-aia0014_OMNI0101PUSA13.pdf | 12 | Application Data Sheet | 1229 KB |
| Track1-Request_for_Prioritized_Examination_aia0424.pdf | 2 | Track One Request | 180 KB |
| Application_OMNI0101PUSA13-APP.TEXT.docx | 132 | Application body structured text document | 264 KB |
| Figures_OMNI0101PUSA13.pdf | 100 | Drawings-only black and white line drawings | 14472 KB |
| POA_OMNI0101PUSA13.pdf | 2 | Power of Attorney | 929 KB |
| Declaration-Assignment_OMNI0101PUS | 1 | Oath or Declaration filed | 551 KB |

| | | | |
|---|---|---|---|
| A13.pdf | | | |
| Application_OMNI0101PUSA13.pdf | 132 | Auxiliary PDF of Application | 1483 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| ADS-aia0014_OMNI0101PUSA13.pdf | 4DE26C60EF7FE226C0E739C66A43EC78DF3312D8A0228E75B6BBB44AA986A75BB4C78D832874CF02A03788114D0BE4973764E0C0A9FBAC5FCD57223AF7AB0616 |
| Track1-Request_for_Prioritized_Examination_aia0424.pdf | B6D013E456BE1BD6627E583BC1F731089F47A732A258F83C821DB6831C0842B42648FA72947E62B972358F91AA679572773AF735E3A4984624064B553B9E32E5 |
| Application_OMNI0101PUSA13-APP.TEXT.docx | 5D58F79E24C9D44D96A5646D7ECAACCB0FD99DCCDF23C74754648EC51E9B8B36CA7D3F32A0587C4C9896CE96C5602DEADB2C2D908D8391CFDC86443B5834DC83 |
| Figures_OMNI0101PUSA13.pdf | DA7E69AF29CA816C64A4C6FF9CBD397BCB1A797CC183BFE001D2D178C09820C41B6394B46D4DD65C650190A4A07E9DE034515AD842F01C2B1D95128AFE88C52E |
| POA_OMNI0101PUSA13.pdf | D4857F1401916700F38CD620192771F02BCDFD8D6E41E64E18F628A8EC03E5D94F01C107B27AE8B5983C9FD99CF0772812EF9C6AD32FBD5E87D940BC379CAB04 |
| Declaration-Assignment_OMNI0101PUSA13.pdf | 86EB02138F79B069ADD725A7930C1EF94343339F3D13AEDD42A377649DF1AA614F2E05335C6A9CDA978DD774B5D5BFBECD0C291AFE50A50D6FB503443D7961C2 |
| Application_OMNI0101PUSA13.pdf | C43E75252082F45A527A0BF3C9FDC6F149FBB894F20DF09319BC1F77D7ADD82A1BE4B6E9B1FA1BB0E7597D002EA687221400103B5C3D99BB9174A9FAF553E4AD |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

UNITED STATES PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC PAYMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **18/927,698** | **10/25/2024 07:14:44 PM Z ET** | **OMNI0101PUSA13** |

## Title of Invention

WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9133 | FILED BY | Sharon Kaiser |
| PATENT CENTER # | 67724752 | AUTHORIZED BY | Kevin Heinl |
| CUSTOMER # | 109543 | FILING DATE | - |
| CORRESPONDENCE ADDRESS | - | FIRST NAMED INVENTOR | Mohammed N. ISLAM |

## Payment Information

| PAYMENT METHOD | PAYMENT TRANSACTION ID | PAYMENT AUTHORIZED BY |
|---|---|---|
| **DA / 023978** | **E20240OJ18028122** | **Sharon Kaiser** |

**PRE-AUTHORIZED ACCOUNT**

**023978**

**PRE-AUTHORIZED CATEGORY**

**37 CFR 1.16 (National application filing, search, and examination fees); 37 CFR 1.17 (Patent application and reexamination processing fees); 37 CFR 1.21 (Miscellaneous fees and charges)**

| FEE CODE | DESCRIPTION | ITEM PRICE($) | QUANTITY | ITEM TOTAL($) |
|---|---|---|---|---|
| 2830 | PROCESSING FEE, EXCEPT IN PROVISIONAL APPLICATIONS | 56.00 | 1 | 56.00 |
| 2817 | REQUEST FOR PRIORITIZED EXAMINATION | 1680.00 | 1 | 1680.00 |
| 2111 | UTILITY PATENT APPL. SEARCH FEE | 280.00 | 1 | 280.00 |
| 4011 | BASIC FILING FEE- UTILITY | 64.00 | 1 | 64.00 |
| 2311 | EXAMINATION OF ORIGINAL PATENT APPLICATION | 320.00 | 1 | 320.00 |

| | | | | |
|---|---|---|---|---|
| 2081 | UTILITY APPL. SIZE FEE > THAN 100 PAGES (FEE X PAGES >= 101 IN 50 PAGE INCREMENTS) | 168.00 | 2 | 336.00 |
| | | | **TOTAL AMOUNT:** | **$2,736.00** |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B or equivalent) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5. If the Power of Attorney by Applicant form is not accompanied by this transmittal form or an equivalent, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | |
| Filing Date | |
| First Named Inventor | MOHAMMED N. ISLAM |
| Title | WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | OMNI0101PUSA13 |

## SIGNATURE of Applicant or Patent Practitioner

| | | | |
|---|---|---|---|
| Signature | /Kevin J. Heinl/ | Date (Optional) | 2024-10-25 |
| Name | Kevin J. Heinl | Registration Number | 29,805 |
| Title (if Applicant is a juristic entity) | | | |
| Applicant Name (if Applicant is a juristic entity) | | | |

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

☒ * Total of 1 forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/82B(07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in the attached transmittal letter.

☒ I hereby appoint Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent): 109543

OR

☐ I hereby appoint Practitioner(s) named below as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A or equivalent):

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Please recognize or change the correspondence address for the application identified in the attached transmittal letter to:

☒ The address associated with the above-mentioned Customer Number.

OR

☐ The address associated with Customer Number:

OR

| | |
|---|---|
| ☐ Firm or individual Name | |
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the Applicant:

☐ Inventor or Joint Inventor

☐ Legal Representative of a Deceased or Legally Incapacitated Inventor

☒ Assignee or Person to Whom the Inventor is Under an Obligation to Assign

☐ Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document)

**SIGNATURE of Applicant for Patent**

| | | | |
|---|---|---|---|
| Signature | [signature] | Date | October 10, 2012 |
| Name | Mohammed N. Islam | Telephone | 734-647-8941 |
| Title and Company | President - OMNI MEDSCI, INC. | | |

**NOTE**: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms for more than one signature, see below *.

☐ *Total of ____________ forms are submitted.

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | OMNI0101PUSA13 |
|---|---|---|
| | Application Number | |

| Title of Invention | WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1** [Remove]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Mohammed | N. | ISLAM | |

**Residence Information (Select One)** ◉ US Residency ○ Non US Residency ○ Active US Military Service

| City | Ann Arbor | State/Province | MI | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 1718 Newport Creek Drive | | |
|---|---|---|---|
| Address 2 | | | |
| City | Ann Arbor | State/Province | MI |
| Postal Code | 48103 | Country | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. [Add]

## Correspondence Information:

**Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a).**

☐ **An Address is being provided for the correspondence Information of this application.**

| Customer Number | 109543 |
|---|---|
| Email Address | [Add Email] [Remove Email] |

## Application Information:

| Title of the Invention | WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW | | |
|---|---|---|---|
| Attorney Docket Number | OMNI0101PUSA13 | Small Entity Status Claimed | ☒ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 100 | Suggested Figure for Publication (if any) | 82 |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | OMNI0101PUSA13 |
|---|---|---|
| | Application Number | |
| Title of Invention | WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW | |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 109543 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| | Continuation of | 18899012 | 2024-09-27 |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | OMNI0101PUSA13 |
|---|---|---|
| | Application Number | |

| Title of Invention | WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW |
|---|---|

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 18899012 | Continuation of | 18891970 | 2024-09-20 |

| Prior Application Status | Pending | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 18891970 | Continuation of | 18438144 | 2024-02-09 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 18438144 | Continuation of | 18103408 | 2023-01-30 | 11896346 | 2024-02-13 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 18103408 | Continuation of | 17514778 | 2021-10-29 | 11564577 | 2023-01-31 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 17514778 | Continuation of | 17078771 | 2020-10-23 | 11160455 | 2021-11-02 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 17078771 | Continuation of | 16/722188 | 2019-12-20 | 10820807 | 2020-11-03 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 16/722188 | Continuation of | 16/506885 | 2019-07-09 | 10517484 | 2019-12-31 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 16/506885 | Continuation of | 16/272069 | 2019-02-11 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 16/272069 | Continuation of | 16/029611 | 2018-07-08 | 10201283 | 2019-02-12 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 16/029611 | Continuation of | 15/888052 | 2018-02-04 |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | OMNI0101PUSA13 |
|---|---|---|
| | Application Number | |

| Title of Invention | WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW |
|---|---|

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 15/888052 | Continuation of | 15/212549 | 2016-07-18 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15/212549 | Continuation of | 14/650897 | 2015-06-10 | 9494567 | 2016-11-15 |

| Prior Application Status | Expired | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 14/650897 | a 371 of international | PCT/US2013/075700 | 2013-12-17 |

| Prior Application Status | Expired | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| PCT/US2013/075700 | Claims benefit of provisional | 61/747472 | 2012-12-31 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 16/506885 | Continuation of | 16/004359 | 2018-06-09 | 11109761 | 2021-09-07 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 16/004359 | Continuation of | 14/109007 | 2013-12-17 | 9993159 | 2018-06-12 |

| Prior Application Status | Expired | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 14/109007 | Claims benefit of provisional | 61/747553 | 2012-12-31 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 16/506885 | Continuation of | 16/188194 | 2018-11-12 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 16/188194 | Continuation of | 16/004154 | 2018-06-08 | 10126283 | 2018-11-13 |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | OMNI0101PUSA13 |
|---|---|---|
| | Application Number | |

| Title of Invention | WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW |
|---|---|

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 16/004154 | Continuation of | 15/855201 | 2017-12-27 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 15/855201 | Continuation of | 15/711907 | 2017-09-21 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 15/711907 | Division of | 15/357225 | 2016-11-21 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15/357225 | Continuation of | 14/650981 | 2015-06-10 | 9500634 | 2016-11-22 |

| Prior Application Status | Expired | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 14/650981 | a 371 of international | PCT/US2013/07576 | 2013-12-17 |

| Prior Application Status | Expired | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| PCT/US2013/075767 | Claims benefit of provisional | 61/747485 | 2012-12-31 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 16/506885 | Continuation of | 16/241628 | 2017-01-07 | 10441176 | 2019-10-15 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 16/241628 | Continuation of | 16/015737 | 2018-06-22 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 16/015737 | Continuation of | 15/594053 | 2017-05-12 |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | OMNI0101PUSA13 |
|---|---|---|
| | Application Number | |

| Title of Invention | WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW |
|---|---|

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15/594053 | Continuation of | 14/875709 | 2015-10-06 | 9651533 | 2017-05-16 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 14/875709 | Continuation of | 14/108986 | 2013-12-17 |

| Prior Application Status | Expired | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 14/108986 | Claims benefit of provisional | 61/747487 | 2012-12-31 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 16/506885 | Continuation of | 16/284514 | 2019-02-25 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 16/284514 | Continuation of | 16/016649 | 2018-06-24 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 16/016649 | Continuation of | 15/860065 | 2018-01-02 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 15/860065 | Continuation of | 15/686198 | 2017-08-25 |

| Prior Application Status | Abandoned | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 15/686198 | Continuation of | 15/357136 | 2016-11-21 |

| Prior Application Status | Patented | | | | Remove |
|---|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
| 15/357136 | Continuation of | 14/651367 | 2015-06-11 | 9500635 | 2016-11-22 |

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | OMNI0101PUSA13 |
|---|---|---|
| | Application Number | |

| Title of Invention | WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW |
|---|---|

| Prior Application Status | Expired | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| 14/651367 | a 371 of international | PCT/US2013/075736 | 2013-12-17 |
| Prior Application Status | Expired | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| PCT/US2013/075736 | Claims benefit of provisional | 61/747477 | 2012-12-31 |
| Prior Application Status | Expired | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
| PCT/US2013/075736 | Claims benefit of provisional | 61/754698 | 2013-01-21 |
| Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. | | | Add |

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |
| Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. | | | Add |

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☒ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | OMNI0101PUSA13 |
|---|---|---|
| | Application Number | |
| Title of Invention | WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW | |

## Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | OMNI0101PUSA13 |
|---|---|---|
| | Application Number | |
| Title of Invention | WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW | |

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant 1** Remove

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

- (●) Assignee
- ( ) Legal Representative under 35 U.S.C. 117
- ( ) Joint Inventor
- ( ) Person to whom the inventor is obligated to assign.
- ( ) Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here. [X]

| | | | |
|---|---|---|---|
| Organization Name | OMNI MEDSCI, INC. | | |
| **Mailing Address Information For Applicant:** | | | |
| **Address 1** | 1718 Newport Creek Drive | | |
| Address 2 | | | |
| **City** | Ann Arbor | **State/Province** | MI |
| **Country** | US | Postal Code | 48103 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button. Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | OMNI0101PUSA13 |
|---|---|---|
| | Application Number | |

| Title of Invention | WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW |
|---|---|

**Assignee 1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| | | | |
|---|---|---|---|
| **Address 1** | | | |
| Address 2 | | | |
| **City** | | **State/Province** | |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button. Add

## Signature:

Remove

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the INITIAL filing of the application and either box A or B is not checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| **Signature** | /Kevin J. Heinl/ | | | Date (YYYY-MM-DD) | 2024-10-25 |
|---|---|---|---|---|---|
| First Name | Kevin J. | Last Name | Heinl | Registration Number | 29,805 |

Additional Signature may be generated within this form by selecting the Add button. Add

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | OMNI0101PUSA13 |
|---|---|---|
| | Application Number | |

| Title of Invention | WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW |
|---|---|

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1 The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3 A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc Code: DIST.E.File
Description: Electronic Terminal Disclaimer - Filed

PTO/SB/25

UNITED STATES PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A PRIOR PATENT

| APPLICATION # | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET # |
|---|---|---|---|
| **18927698** | **10/25/2024** | **Mohammed ISLAM** | **OMNI0101PUSA13** |

## Title of Invention

WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW

- [x] Filing of terminal disclaimer does not obviate requirement for response under 37 CFR 1.111 to outstanding Office Action
- [x] This electronic Terminal Disclaimer is not being used for a Joint Research Agreement.

| Owner | Percent interest |
|---|---|
| OMNI MEDSCI, INC. | 100% |
| **Total** | **100%** |

The owner(s) of percent interest listed above in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of any patent granted on pending reference Application Number(s)

| Application # | Filing Date |
|---|---|
| 18899012 | 09/27/2024 |

| | |
|---|---|
| 18891970 | 09/20/2024 |

as the term of any patent granted on said reference application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending reference application. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and any patent granted on the reference application are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.
In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term of any patent granted on said reference application, "as the term of any patent granted on said reference application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending reference application," in the event that any such patent granted on the pending reference application: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims canceled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as shortened by any terminal disclaimer filed prior to its grant.

The owner(s) of percent interest listed above in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of prior patent number(s)

| **Patent #** |
|---|
| 12193790 |
| 11896346 |
| 9494567 |
| 9993159 |
| 10441176 |
| 11564577 |
| 9500635 |
| 9164032 |
| 9500634 |

as the term of said prior patent is presently shortened by any terminal disclaimer. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of the term of any patent granted on the instant application that would extend to the expiration date of the full statutory term of the prior patent, "as the term of said prior patent is presently shortened by any terminal disclaimer," in the event that said prior patent later:

- expires for failure to pay a maintenance fee;
- is held unenforceable;
- is found invalid by a court of competent jurisdiction;
- is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321;
- has all claims canceled by a reexamination certificate;
- is reissued; or
- is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

---

☑ Terminal disclaimer fee under 37 CFR 1.20(d) included with Electronic Terminal Disclaimer request.

**Applicant claims the following entity status:**
Small

---

I hereby declare that all statements made herein of my own knowledge are true and that all statemnts made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

---

I certify, in accordance with 37 CFR 1.4(d)(4) that I am: An attorney or agent registered to practice before the Patent and Trademark Office who is of record in this application

| Signature | Name | Registration # |
|---|---|---|
| /Kevin J. Heinl/ | Kevin Heinl | 29805 |

* Statement under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner). Form PTO/SB/96 may be used for making this certification. See MPEP 324.

Doc code : DISQ.E.FILE
Description : Electronic Terminal Disclaimer - Approved

UNITED STATES
PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# APPROVAL LETTER

| APPLICATION # | FILING DATE | APPLICANT/PATENT UNDER REEXAMINATION |
|---|---|---|
| 18/927,698 | 10/25/2024 | Mohammed ISLAM |

## Title of Invention

WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW

**Electronic terminal disclaimer filed on 01/28/2025**

☑ Approved

**This patent is subject to a Terminal Disclaimer**

**Approved / Disapproved by: Electronic Terminal Disclaimer automatically approved**

UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **18/927,698** | **01/28/2025 03:55:10 PM Z ET** | **OMNI0101PUSA13** |

## Title of Invention

WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9133 | FILED BY | Sharon Kaiser |
| PATENT CENTER # | 68952097 | FILING DATE | 10/25/2024 |
| CUSTOMER # | 109543 | FIRST NAMED INVENTOR | Mohammed N. ISLAM |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | Kevin Heinl |

## Documents

## TOTAL DOCUMENTS: 2

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| petition-request.pdf | 3 | Terminal Disclaimer-Filed (Electronic) | 49 KB |
| grantLetter.pdf | 1 | Terminal Disclaimer-Electronic-Approved | 18 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| petition-request.pdf | 5D5CD8313FCE592E50294DEE428B9F0A9BBA40B53AF90FEC 0FD7778B83D4214F5C3670858B4E3B20F9BC864A853E09B14 4655018EC5C83EE283338FE1B1FF86C |
| grantLetter.pdf | 4EC364716D574892364EC3864792E056A34EC68D99C6F41893 |

10D0074EC2B950AE280FF2E63A3E39CA903833707BFD5909F
A392851E6841D122C51F7925F8519

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

UNITED STATES PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC PAYMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **18/927,698** | **01/28/2025 03:55:10 PM Z ET** | **OMNI0101PUSA13** |

## Title of Invention

WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9133 | FILED BY | Sharon Kaiser |
| PATENT CENTER # | 68952097 | AUTHORIZED BY | Kevin Heinl |
| CUSTOMER # | 109543 | FILING DATE | 10/25/2024 |
| CORRESPONDENCE ADDRESS | - | FIRST NAMED INVENTOR | Mohammed N. ISLAM |

## Payment Information

| PAYMENT METHOD | PAYMENT TRANSACTION ID | PAYMENT AUTHORIZED BY |
|---|---|---|
| **DA / 023978** | **E20251RF55599575** | **Kevin Heinl** |

**PRE-AUTHORIZED ACCOUNT**

**023978**

**PRE-AUTHORIZED CATEGORY**

**37 CFR 1.16 (National application filing, search, and examination fees); 37 CFR 1.17 (Patent application and reexamination processing fees); 37 CFR 1.21 (Miscellaneous fees and charges)**

| FEE CODE | DESCRIPTION | ITEM PRICE($) | QUANTITY | ITEM TOTAL($) |
|---|---|---|---|---|
| 2814 | STATUTORY DISCLAIMER, INCLUDING TERMINAL DISCLAIMER | 183.00 | 1 | 183.00 |
| | | | **TOTAL AMOUNT:** | **$183.00** |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d)

and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

| Examiner-Initiated Interview Summary | Application No. 18/927,698 | Applicant(s) ISLAM, Mohammed N. | | |
|---|---|---|---|---|
| | Examiner MD M RAHMAN | Art Unit 2877 | AIA (First Inventor to File) Status Yes | Page 1 of 1 |

| All Participants (applicant, applicants representative, PTO personnel) | Title | Type |
|---|---|---|
| MD M RAHMAN | Primary Examiner | Telephonic |
| Kevin Heinl | Attorney | |

**Date of Interview:** 27 January 2025

**Issues Discussed:**

**Other**

Examiner initiated an interview notifying the applicant's representative that the application would be in condition for allowance considering applicant agrees to file the terminal disclaimer.

/MD M RAHMAN/
Primary Examiner, Art Unit 2877

**Applicant is reminded that a complete written statement as to the substance of the interview must be made of record in the application file. It is the applicants responsibility to provide the written statement, unless the interview was initiated by the Examiner and the Examiner has indicated that a written summary will be provided. See MPEP 713.04**
Please further see:
MPEP 713.04
Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews, paragraph (b)
37 CFR § 1.2 Business to be transacted in writing

**Applicant recordation instructions:** It is not necessary for applicant to provide a separate record of the substance of interview.

**Examiner recordation instructions:** Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

109543 7590 02/13/2025

Brooks, Kushman P.C./Cheetah Omni MedSci
150 W 2nd St., Suite 400N
Royal Oak, MI 48067

| EXAMINER | |
|---|---|
| RAHMAN, MD M | |
| ART UNIT | PAPER NUMBER |
| 2877 | |

DATE MAILED: 02/13/2025

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/927,698 | 10/25/2024 | Mohammed N. ISLAM | OMNI0101PUSA13 | 9133 |

TITLE OF INVENTION: WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $516 | $0.00 | $0.00 | $516 | 05/13/2025 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 40% the amount of undiscounted fees, and micro entity fees are 20% the amount of undiscounted fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**



PTOL-85 (Rev. 11/23)

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via the USPTO patent electronic filing system.

By mail, send to: Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to: (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. **Because electronic patent issuance may occur shortly after issue fee payment, any desired continuing application should preferably be filed prior to payment of this issue fee in order not to jeopardize copendency.**

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

109543 7590 02/13/2025

Brooks, Kushman P.C./Cheetah Omni MedSci
150 W 2nd St., Suite 400N
Royal Oak, MI 48067

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via the USPTO patent electronic filing system or by facsimile to (571) 273-2885, on the date below.

(Typed or printed name)

(Signature)

(Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/927,698 | 10/25/2024 | Mohammed N. ISLAM | OMNI0101PUSA13 | 9133 |

TITLE OF INVENTION: WEARABLE DEVICE FOR DIFFERENTIAL MEASUREMENT ON PULSE RATE AND BLOOD FLOW

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | SMALL | $516 | $0.00 | $0.00 | $516 | 05/13/2025 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| RAHMAN, MD M | 2877 | 356-330000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❑ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❑ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1____________________

2____________________

3____________________

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❑ Individual ❑ Corporation or other private group entity ❑ Government

4a. Fees submitted: ❑Issue Fee ❑Publication Fee (if required)

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❑ Electronic Payment via the USPTO patent electronic filing system ❑ Enclosed check ❑ Non-electronic payment by credit card (Attach form PTO-2038)

❑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. __________

5. **Change in Entity Status** (from status indicated above)

❑ Applicant certifying micro entity status. See 37 CFR 1.29

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

❑ Applicant asserting small entity status. See 37 CFR 1.27

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

❑ Applicant changing to regular undiscounted fee status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature ____________________ Date ____________________

Typed or printed name ____________________ Registration No. ____________________



PTOL-85 Part B (11/23) Approved for use through 03/31/2026 OMB 0651-0033 U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 18/927,698 | 10/25/2024 | Mohammed N. ISLAM | OMNI0101PUSA13 | 9133 |

109543 7590 02/13/2025

Brooks, Kushman P.C./Cheetah Omni MedSci
150 W 2nd St., Suite 400N
Royal Oak, MI 48067

| EXAMINER | |
|---|---|
| RAHMAN, MD M | |
| **ART UNIT** | **PAPER NUMBER** |
| 2877 | |

DATE MAILED: 02/13/2025

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. The United States Patent and Trademark Office (USPTO) collects the information in this record under authority of 35 U.S.C. 2. The USPTO's system of records is used to manage all applicant and owner information including name, citizenship, residence, post office address, and other information with respect to inventors and their legal representatives pertaining to the applicant's/ owner's activities in connection with the invention for which a patent is sought or has been granted. The applicable Privacy Act System of Records Notice for the information collected in this form is COMMERCE/PAT-TM-7 Patent Application Files, available in the Federal Register at 78 FR 19243 (March 29, 2013).
https://www.govinfo.gov/content/pkg/FR-2013-03-29/pdf/2013-07341.pdf

Routine uses of the information in this record may include disclosure to:

1) law enforcement, in the event that the system of records indicates a violation or potential violation of law;
2) a federal, state, local, or international agency, in response to its request;
3) a contractor of the USPTO having need for the information in order to perform a contract;
4) the Department of Justice for determination of whether the Freedom of Information Act (FOIA) requires disclosure of the record;
5) a Member of Congress submitting a request involving an individual to whom the record pertains, when the individual has requested the Member's assistance with respect to the subject matter of the record;
6) a court, magistrate, or administrative tribunal, in the course of presenting evidence, including disclosures to opposing counsel in the course of settlement negotiations;
7) the Administrator, General Services Administration (GSA), or their designee, during an inspection of records conducted by GSA under authority of 44 U.S.C. 2904 and 2906, in accordance with the GSA regulations and any other relevant (i.e., GSA or Commerce) directive, where such disclosure shall not be used to make determinations about individuals;
8) another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c));
9) the Office of Personnel Management (OPM) for personnel research purposes; and
10) the Office of Management and Budget (OMB) for legislative coordination and clearance.

If you do not furnish the information requested on this form, the USPTO may not be able to process and/or examine your submission, which may result in termination of proceedings, abandonment of the application, and/or expiration of the patent.

| *Notice of Allowability* | Application No. 18/927,698 | Applicant(s) ISLAM, Mohammed N. | |
|---|---|---|---|
| | Examiner MD M RAHMAN | Art Unit 2877 | AIA (FITF) Status Yes |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to 10/25/24.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ______.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ______; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 1-20 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   **Certified copies:**

   a) ☐All b) ☐ Some* c) ☐ None of the:

   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. ______ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: ______ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date ______ .

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)
2. ☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date ______.
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material ______.
4. ☑ Interview Summary (PTO-413), Paper No./Mail Date. ______.
5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other ______.

/MD M RAHMAN/
Primary Examiner, Art Unit 2877

***Notice of Pre-AIA or AIA Status***

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

**Information Disclosure Statement**

Acknowledgment is made of Applicant's Information Disclosure Statement (IDS) form PTO 1449.These IDS has been considered.

**Terminal Disclaimer**

The terminal disclaimer filed on 1/28/25 disclaiming the terminal portion of any patent granted on this application which would extend beyond the expiration date of US (12193790, 11896346, 9494567, 9993159, 10441176, 11564577, 9500635, 9164032 and 9500634) has been reviewed and is accepted. The terminal disclaimer has been recorded.

***Allowable Subject Matter***

Claims 1-20 are allowed.

The following is an Examiner's statement of reasons for allowance: the closest prior art obtained from an Examiner's search (Harrison et al. (US 9430093 B2) does not teach nor suggest in detail the limitations:

As to claim 1, the prior arts alone or in combination fail to disclose the claimed limitations such as, "wherein the output signal is indicative of the one or more physiological parameters; the apparatus being configured to increase the signal-to-noise ratio by increasing light intensity of at least one of the plurality of light emitting

diodes from an initial light intensity; and the detection system further configured to: generate a first signal responsive to light received while the light emitting diodes are off, generate a second signal responsive to light received while at least one of the light emitting diodes is on, and increase the signal-to-noise ratio by comparing the first signal and the second signal; and wherein the apparatus is at least in part configured to determine, based at least in part on the output signal, that the apparatus is being worn by the user" along with all other limitations of the claim.

As to claim 8, the prior arts alone or in combination fail to disclose the claimed limitations such as, "generate a first output signal having a first signal-to-noise ratio; and (ii) responsive to the light source being off and the detector receiving ambient light, generate a second output signal having a second signal-to-noise ratio; (iii) generate a third output signal using at least a portion of the first output signal and at least a portion of the second output signal, the third output signal having a third signal-to-noise ratio that is greater than the first signal-to-noise ratio and greater than the second signal-to-noise ratio, the third output signal being associated with a physiological parameter of the user; and (iv) determine, based at least in part on the third output signal, that the wearable device is being worn by the user" along with all other limitations of the claim.

As to claim 15, the prior arts alone or in combination fail to disclose the claimed limitations such as, "wherein the output signal is associated with one or more physiological parameters; and wherein the detection system configured to: generate a first signal responsive to light received while the light emitting diodes are off, generate a

second signal responsive to light received while at least one of the light emitting diodes is on, and increase the signal-to-noise ratio by comparing the first signal and the second signal; and measuring the one or more physiological parameters when worn by the user, wherein the one or more physiological parameters change in response to stretching of a hand of the user, movement of a finger of the user, or movement of a thumb of the user, and wherein the device is at least in part configured to determine, based at least in part on the output signal, that the device is being worn by the user" along with all other limitations of the claim.

Harrison only teaches: FIG. 4A illustrates an example 400 of a stylus input object 404 in a hover state with respect to a phone interactive interface 406 projected onto a notepad interface object 402. The stylus input object 404 and notepad interface object 402 may be identified and/or tracked within an environment with respect to one another. The phone interactive interface 406 may be projected onto the notepad interface object 402…col. 9, lines 5-11; FIG. 6A illustrates an example 600 of a finger input object 604 in a hover state 606. The finger input object 604 may be indentified and tracked as an input object within an environment. Similarly, a palm interface object 602 may be indentified and tracked as an interface object within the environment. The palm interface object 602 and the finger input object 604 may be tracked with respect to one another in the environment…col.10, lines 10-17.

Claims 2-7, 9-14 and 16-20 are allowable due to their dependencies.

**The closest references, Harrison et al. and Bailey et al. (US 9915726 B2) alone or in combination disclose some features of the claimed invention but do not disclose the claimed invention.**

Any inquiry concerning this communication or earlier communications from the examiner should be directed to MD M RAHMAN whose telephone number is (571)272-9175. The examiner can normally be reached on Mon-Thur.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, TARIFUR CHOWDHURY can be reached on 571-272-2287. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

**/MD M RAHMAN/**
**Primary Examiner, Art Unit 2886**

/MD M RAHMAN/
Primary Examiner, Art Unit 2877