**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OMNI MEDSCI, INC.,<br>*Plaintiff*,<br>v.<br>WHOOP, INC.,<br>*Defendant.* | C.A. No. 25-140-WCB |

**JOINT STATUS REPORT ON CLAIM CONSTRUCTION**

Pursuant to the Amended Scheduling Order (D.I. 111), Plaintiff Omni MedSci, Inc. ("Omni") and Defendant WHOOP, Inc. ("WHOOP") hereby submit their Joint Status Report on Claim Construction for[1]:

- U.S. Patent No. 9,055,868 ("the '868 Patent"): claims 7, 9;
- U.S. Patent No. 9,651,533 ("the '533 Patent"): claims 5, 11, 12;
- U.S. Patent No. 10,874,304 ("the '304 Patent"): claims 11, 12, 19, 26;
- U.S. Patent No. 11,160,455 ("the '455 Patent"): claim 1;
- U.S. Patent No. 12,193,790 ("the '790 Patent"): claim 7; and
- U.S. Patent No. 12,268,475 ("the '475 Patent"): claims 1, 5, 12, and 13.

## I. Agreed-Upon Constructions

The parties previously agreed to the constructions of the claim terms set forth in the table below (*see* D.I. 86 at 2–3):

| Patents & Claims | Term or Phrase | Agreed Construction |
|---|---|---|
| '868 patent, cls. 7, 9<br><br>'533 patent, cls. 5, 12<br><br>'304 patent, cls. 11, 19 | "beam" | "photons or light transmitted to a particular location in space" |
| '304 patent, cl. 19 | "modulating" / "modulation" | "[varying/the varying of] the amplitude, frequency, or phase of the light produced" |
| '475 patent, cl. 13 | "modulate" / "modulation" | "[vary/the varying of] the amplitude, frequency, or phase of the light produced" |
| '790 patent, cl. 7 | "to identify an object" | "to recognize or establish an object as being a particular thing" |
| '533 patent, cl. 11 | "one or more filters in front of one of more detectors to | Plain and ordinary meaning |

[1] The following claims are not asserted in this litigation: claim 5 of the '533 Patent and claims 11 and 19 of the '304 Patent. The parties sought their construction because certain of these claims' dependent claims are asserted.

| Patents & Claims | Term or Phrase | Agreed Construction |
|---|---|---|
| | select a fraction of the one or more optical wavelengths.” | NOTE: The parties agree this limitation is not met by software or electronic signal processing alone. |

## II. Withdrawn Terms

In an effort to narrow the disputes between the parties at the claim construction stage, WHOOP previously identified the following terms for construction, but has since withdrawn them from construction:

- “control logic at the host to process at least the portion of the wireless data to generate a status of the user” (’868 patent, cl. 7);
- “selection or identification of an object” (’304 patent, cls. 12, 26);
- “wherein the detection system comprises a plurality of detectors that are spatially separated from each other” (’455 patent, cl. 1; ’790 patent, cl. 7; and ’475 patent, cl. 1);
- “spatially separated detectors” (’455 patent, cl. 1); and
- “blood flow” (’475 patent, cls. 1 and 12).

## III. Disputed Terms

The following terms or phrases remain disputed by the parties:

- “voice input signals” (’868 patent, cl. 7);
- “position information from a location sensor” (’868 patent, cl. 7);
- “a light source comprising a driver and a plurality of semiconductor sources” (’455 patent, cl. 1); and
- “one or more biosensors adapted to be placed on the user, wherein one or more physiological parameters are measured, wherein measuring of the one or more physiological parameters comprises a differential measurement, and wherein the one or

more physiological parameters comprises a pulse rate monitoring and a blood flow measurement" ('475 patent, cl. 1, 5).

WHOOP's claim construction positions are set forth in its opening brief (D.I. 114) and reply brief (D.I. 125), and Omni's claim construction positions are set forth in its answering brief (D.I. 122) and sur-reply brief (D.I. 129).

Pursuant to the Amended Scheduling Order (D.I. 111), the parties met and conferred on September 21, 2026 "in an effort to narrow their disputes as to claim construction issues." The parties were not able to narrow or resolve their claim construction disputes as to the aforementioned four disputed terms.

Dated: September 24, 2026

BAYARD, P.A.

/s/ Ronald P. Golden III
Stephen B. Brauerman (No. 4952)
Ronald P. Golden III (No. 6254)
Emily L. Skaug (No. 6921)
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com
eskaug@bayardlaw.com

***Attorneys for Plaintiff Omni MedSci, Inc.***

OF COUNSEL:

Daniel S. Stringfield (Admitted *pro hac vice*)
dstringfield@nixonpeabody.com
Timothy P. Maloney (Admitted *pro hac vice*)
tmaloney@nixonpeabody.com
Daniel D. Georgiev (Admitted *pro hac vice*)
dgeorgiev@nixonpeabody.com
Peter Krusiewicz (Admitted *pro hac vice*)
pkrusiewicz@nixonpeabody.com
Karl Fink (Admitted *pro hac vice*)
kbrfink@nixonpeabody.com
NIXON PEABODY LLP
70 West Madison
Suite 5200
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

Elizabeth M. Chiaviello (Admitted *pro hac vice*)
echiaviello@nixonpeabody.com
Benjamin R. Holt (Admitted *pro hac vice*)
bholt@nixonpeabody.com
Hang Zheng (Admitted *pro hac vice*)
hzheng@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Suite 500
Washington, D.C. 20001
Tel: (202) 585-8000
Fax: (202) 585-8080

Taylor Pfeifer
tpfeifer@nixonpeabody.com
Nixon Peabody LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Tel : (213) 629-6071

William E. Davis, III (Admitted *pro hac vice*)
bdavis@davisfirm.com
Ty Wilson (Admitted *pro hac vice*)
twilson@davisfirm.com
DAVIS FIRM PC

213 N. Fredonia Street, Suite 230
Longview, TX 75601
Tel: (903) 230-9090
Fax: (903) 230-9661

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

<u>*/s/ Jennifer Ying*</u>

Jennifer Ying (#5550)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@morrisnichols.com
tmurray@morrisnichols.com

***Attorneys for Defendant WHOOP, Inc.***

OF COUNSEL:

Brian A. Rosenthal
Hyunjong Ryan Jin
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

Jaysen S. Chung
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
(415) 393-8200

Nathaniel R. Scharn
GIBSON, DUNN &
CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
(949) 451-3800

Audrey Yang
Julia G. Tabat
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
(214) 698-3100

David Brzozowski
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500